UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAROL A. FORTI,

CASE NUMBER 1:06CV00613 JR

v.

W.C. & A.N. MILLER DEVELOPMENT CO. ET AL.

### AFFIDAVIT OF SERVICE

I, Ralph Guokas, hereby declare that on the 4th day of April 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested to George Masson, Jr. and Hamilton and Hamilton, 1900 M Street, Suite 410, Washington, D.C. 20036-3532.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  P.J. Sweeney    ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>P.J. Sweeney            4/5/06 |
| 1. Article Addressed to:<br>George Masson, Jr.<br>Hamilton and Hamilton<br>1900 M Street, Suite 410<br>Wash., D.C. 20036-3532 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service lab) | 7004 1160 0000 8026 1974 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

Ralph Guokas
18A West Chapman Street
Alexandria, VA 22301
703.549.7947

RECEIVED
APR 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT