UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAROL A. FORTI,

CASE NUMBER 1:06CV00613 JR

v.

W.C. & A.N. MILLER DEVELOPMENT CO. ET AL.

### AFFIDAVIT OF SERVICE

I, Ralph Guokas, hereby declare that on the 4th day of April 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested to Luisa Zanforlin, 2936 Garfield Terrace, N.W., Washington, D.C. 20008.

[Domestic Return Receipt card, PS Form 3811, February 2004, addressed to Luisa Zanforlin, 2936 Garfield Terrace, Wash., D.C. 20008; Article Number 7004 1160 0000 8026 3787; Certified Mail]

Ralph Guokas
18A West Chapman Street
Alexandria, VA 22301
703.549.7947

**RECEIVED**

APR 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT