UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CAROL A. FORTI,**

                                                                     **CASE NUMBER 1:06CV00613 JR**

v.

**W.C. & A.N. MILLER DEVELOPMENT CO. ET AL.**

<u>AFFIDAVIT OF SERVICE</u>

I, Ralph Guokas, hereby declare that on the 4th day of April 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested to Nathan Finkelstein and Finkelstein & Horwitz, 7315 Wisconsin Ave., Suite 400 East, Bethesda, MD 20814.

[Domestic Return Receipt (PS Form 3811, February 2004) addressed to Nathan Finkelstein, Finkelstein & Horwitz, 7315 Wisconsin Ave., Suite 400 East, Bethesda, MD 20814. Article Number: 7004 1160 0000 8026 2025. Certified Mail.]

Ralph Guokas
18A West Chapman Street
Alexandria, VA 22301
703.549.7947

**RECEIVED**

APR 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT