UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


CAROL A. FORTI,

CASE NUMBER 1:06CV00613 JR

v.

W.C. & A.N. MILLER DEVELOPMENT CO. ET AL.


### AFFIDAVIT OF SERVICE

I, Ralph Guokas, hereby declare that on the 4th day of April 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested to CT Corporation Systems, 1015 15th Street, Suite 1000, 1015 15th Street, Washington, D.C. 2005, the registered agent for W.C. & A.N. Miller Development Co., 4701 Sangamore Road, Bethesda, MD 20816.

[Domestic Return Receipt PS Form 3811 attached, article number 7004 1160 0000 8026 1998, addressed to CT Corporation Systems, 1015 15th Street, Suite 1000, Wash., D.C. 20005]

RECEIVED
APR 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ralph Guokas
18A West Chapman Street
Alexandria, VA 22301
703.549.7947

/s/ Ralph Guokas