IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CAROL A. FORTI, | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | **Case No. 1:06CV00613 (JR)** |
| | ) | |
| W.C. & A.N. MILLER | ) | |
| DEVELOPMENT COMPANY | ) | |
| 4830 Massachusetts Avenue, N.W. | ) | |
| Washington, D.C. 20016-2066 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| JUNE HUMBERT, | ) | |
| 4901 Scarsdale Road | ) | |
| Bethesda, MD 20816 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| HAMILTON AND HAMILTON, LLP | ) | |
| 1900 M Street, N.W., Suite 410 | ) | |
| Washington, D.C. 20036-3532 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| GEORGE MASSON, JR., et al. | ) | |
| 1900 M Street, N.W., Suite 410 | ) | |
| Washington, D.C. 20036-3532 | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION OF DEFENDANTS W.C. & A.N. MILLER DEVELOPMENT
COMPANY, JUNE HUMBERT, HAMILTON AND HAMILTON, LLP, AND
GEORGE T. MASSON, JR., TO DISMISS THE COMPLAINT OR, IN THE
ALTERNATIVE, FOR SUMMARY JUDGMENT**

COME NOW defendants W.C. & A.N. Miller Development Company, June Humbert,

Hamilton and Hamilton, LLP, and George T. Masson, Jr., and hereby move the Court to dismiss

the Complaint filed herein pursuant to Fed. R. Civ. P. 12(b)(6)  or, in the alternative, for a grant

summary judgment pursuant to Fed. R. Civ. P. 56(b) for the reason that the Complaint fails to

state a claim upon which relief can be granted; the claims asserted by plaintiff are barred under

principles of *res judicata*; the claims are barred by the applicable statute of limitations; and the

claims are barred by the doctrine which prohibits splitting of causes of action.

The reasons supporting this motion are more specifically set forth in the accompanying

memorandum of points and authorities filed in support of this motion.

Respectfully submitted,

_____
Patrick Kavanaugh
D.C. Bar No. 192963
Hamilton and Hamilton, LLP
1900 M Street, N.W., Suite 410
Washington, D.C. 20036-3532
(202) 463-8282

_____
George T. Masson, Jr.
D.C. Bar No. 51953
Hamilton and Hamilton, LLP
1900 M Street, N.W., Suite 410
Washington, D.C. 20036-3532
(202) 463-8282

Attorneys for Defendants W.C. & A.N.
Miller, June Humbert, Hamilton and
Hamilton, LLP, and George T. Masson, Jr.

**REQUEST FOR HEARING**

Pursuant to LCvR 7(f), Defendants W.C. & A.N. Miller, June Humbert, Hamilton and

Hamilton and Hamilton, LLP, and George T. Masson, Jr., request an oral hearing on this motion.

_____
Patrick Kavanaugh

_____
George T. Masson, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading was mailed, postage prepaid, this 25th day of April, 2006, to the following:

     Carol A. Forti, Esq.
     14 West Chapman Street
     Alexandria, Virginia 22301

     John Jay Range, Esq.
     Hunton & Williams LLP
     1900 K Street, N.W.
     Washington, D.C. 20006

       and

     Nathan Finkelstein, Esq.
     Finkelstein & Horwitz
     7315 Wisconsin Ave., Suite 400 East
     Bethesda, MD 20814

_____
George T. Masson, Jr.