IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CAROL A. FORTI,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | Case No. 1:06CV00613 (JR) |
| | ) | |
| **W.C. & A.N. MILLER** | ) | |
| **DEVELOPMENT COMPANY, et al.,** | ) | |
| | ) | |
| **Defendants** | ) | |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for W.C. & A.N. Miller Development Company, certify that to the best of my knowledge and belief, that company has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

 

_____
George T. Masson, Jr.
Attorney for Defendant W.C. & A.N. Miller
 Development Company