priv. sunny estate-like grounds, 2-car gar. EZ access... SUNDAY ONLY 12:30-3:30. 5637 Western Ave, NW.
ROBERT ISREAL    301-961-5295



### Gerloch real estate, inc.

**CH CH/FRIENDSHIP**    **$965,000**

**LAST ONE - CLOSE OUT!**
New home by Chase Builders w/4 fin lvls, garage, superior construct., exquisite detailing, crisp, open spaces near Ch Ch Pav, Metro, Mazza, etc. OPEN SUN ONLY 12-2. 4200 Military Rd, NW.
MEL SILICKI    301-495-5481

### Gerloch real estate, inc.

**CHEVY CHASE**    **$384,900**
**JUST LISTED - OPEN SAT & SUN**
**CHRISTOPHER MEWS**
Private gated courtyard community. Spacious end-unit townhouse condo with spectacular private roof deck. LR w/fplc. 3 BR/ 2.5 BA Freshly painted. Lots of windows & lovely window treatments. Great closet space (including walk-in). Hardwoods throughout. New appliances. Parking space. Wonderful in-town living. Walk to METRO, restaurants, stores, theatres and more. For detailed info. & photos see www.SherryDavis.com. Open 12-3. N Conn, just past Nebraska see sign on right - Christopher Mews - 5227 Conn. Ave. DOES NOT FRONT CONN. AVE. Follow walkway back to courtyard to #1007.
SHERRY DAVIS    301-996-3220
   202-362-0708

### MILLER

**Chevy Chase**    **$399,000**
**FIRST OPEN 2:30-5**
## Parkland Views
Listing/Barnaby Wds Appealing setting

---

FR only... FP, gorgeous ... 2 add'l BRs + Bath on 3rd, great rec rm + au pair ste in bsmt. 2 car gar. Cathedral view! It doesn't get much better than this! Subject to assignment of existing contract.
wfpslr.com
Liz Lavette Shorb    202-243-1629

Exclusive Affiliate of
## SOTHEBY'S
International Realty

**Cleveland Pk/Woodley Pk**
Beaut. award-winning 4 BR home on 1/4 ac. 2FB/2HB's. Spac LR, DR, Kit. Fin bsmt/family rm, aux pair suite. Spect. patio/tall hrdwds. $895,000. Fin pre-appr. req. Show 4/13, 4/14, 1-3:30 p.m. Appt only. 202/462-1843. Co-op 3%. Dir: N on Conn. Ave. L Woodley Rd to Garfield St. 2nd L to 2936 Garfield Terrace.

## Open Today

**COLONIAL VILLAGE $895,000**
Open Sat & Sun 1-3 Det cust. brk. & stone rambler overlooking the Rock Creek Church golf course. Spac 7 BRS, 3 FBA, 4HBA, 2-car gar. on 1/3 acre. Sec. cul de sac. 60' rec. rm. & 33' LR w/fp. tw firs. 1625 Underwood St. NW. Call 301-980-2001

## LONG & FOSTER

**COLUMBIA HGHTS/5302 8TH ST NW**
3br/2ba. 1 car garage. Renovated. Open 1-4. $219,900.
United Realty 703-966-2241

**COLUMBIA HGTS $610,000**
3238 13th St. NW Open 1-5
Four Victorian Units. Great Area! New. Updated, partially finished bsmt. More info. on site? Katie Moore 202-362-8784
Weichert Realtors    202-326-1100

**COLUMBIA HGTS**    **$499,999**
**OPEN SUN 2-3**
1323 GIRARD ST NW. Det. huge. over 7,000 s.f. 301-306-6314/X1. or email at ewilsonrealty@hotmail.com. ERNESTINE L WILSON RE.

## NEAR Ⓜ METRO

**COLUMBIA HTS NW**    **Open 2-5**
**SUCCESS**
spell it without 'U'! You ...an investment and ...ensure your future. ...unit duplex in desir-...home that offers ...

---

formal dining rm. & gracious ... ng onto Ige brick-paved garc foyer, powder rm, fam.rm v laundry rm. Top level: Master w/fpl; 2 dressing rms; & Ige b tub. 2 more ample BRs & ... include oversized det. 2-car g
**Mary Grover Bow**
**John A. Vardas**

## RANDALL

**Dup**    **NEW LISTING**
**Multi-Unit!**
Four renovated 2BR units in HISTORIC VICTORIAN! Half blk to Fresh Fields, sep util, lg priv. yard! Units always well-rented! By Appt Tour @ www.Martin-Jeff.com
1506 P St    $899,000
Martin Toews & Jeff Brier
202-471-5203 / 202-333-6100

## PARDOE ERA
www.pardoe.com

**DUP**    **$359,000**
## A RARE FIND
2BR, 2BA Contemporary townhome with great kitchen, hardwood floors, great light. Extras include roofdeck & garage parking. You better not wait!
OPEN 1-4
1607 T Street NW
The New Washington Land Co.
Suzanne Winter    202-271-8282

**DUPONT**    **1-4**    **$479,000**
**'HEAVEN IN THE CITY'**
**'SPRINT TO METRO'**
Stunning 3 BRs. TH with gorgeous hardwood floors. Spacious Living Room and large Dining Room that is ideal for entertaining. Renovated Kitchen & Baths. VERY DEEP PRIVACY YARD. FULLY FENCED WITH DECK. Large parking pad for 2 cars! 1424 S Street, N.W.
STEVEN FIGLMAN    202-359-5324
Weichert Realtors    202-326-1300

**DUPONT CIRCLE**    **BY APPT**
Back on the Market! The 4BR 3.5BA Vic... hrdwd fl... marble... deck. &...

DEFENDANT'S EXHIBIT
1
