**District of Columbia
Court of Appeals**



FILED
OCT - 6 2004
DISTRICT OF COLUMBIA
COURT OF APPEALS

No. 03-CV-1254

CAROL A. FORTI,

                    Appellant,

v.                                         CA4745-02

W.C. AND A.N. MILLER
DEVELOPMENT COMPANY, ET AL.,

                    Appellees.

BEFORE:   Farrell and Ruiz, Associate Judges, and Nebeker, Senior Judge.

**ORDER**

On consideration of appellant's motion to recall mandate, the oppositions and replies thereto, appellant's lodged reply brief, appellant's lodged opposition to the motion for summary affirmance, and it appearing that the arguments presented by appellant in her motion to recall mandate and lodged reply brief and opposition lack merit to recall the mandate, it is

ORDERED that appellant's motion to recall mandate is denied.

                                  PER CURIAM

Copies to:

Honorable Melvin R. Wright

Clerk, Superior Court

Carol A. Forti
14 West Chapman Street
Alexandria, VA 22301

George T. Masson, Jr., Esquire
1900 M Street, N.W.
Suite 410
Washington, D.C. 20036-3532

Richard L. Aguglia, Esquire
1900 K Street, N.W.
Suite 1200
Washington, D.C. 20036

jb



DEFENDANT'S
EXHIBIT
10