## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CAROL A. FORTI,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | **Case No. 1:06CV00613 (JR)** |
| | ) | |
| **W.C. & A.N. MILLER** | ) | |
| **DEVELOPMENT COMPANY, et al.,** | ) | |
| | ) | |
| **Defendants** | ) | |

### NOTICE OF FILING PROPOSED ORDER PERTAINING TO
### MOTION OF DEFENDANTS W.C. & A.N. MILLER DEVELOPMENT
### COMPANY, JUNE HUMBERT, HAMILTON AND HAMILTON, LLP, AND
### GEORGE T. MASSON, JR., TO DISMISS THE COMPLAINT OR, IN THE
### ALTERNATIVE, FOR SUMMARY JUDGMENT

Defendants W.C. & A.N. Miller Development Company, June Humbert, Hamilton and

Hamilton and Hamilton, LLP, and George T. Masson, Jr., through their counsel, give notice of

filing the attached proposed Order pertaining to their motion to dismiss, or in the alternative, for

summary judgment.

Respectfully submitted,

_____
George T. Masson, Jr.
D.C. Bar No. 51953
Hamilton and Hamilton, LLP
1900 M Street, N.W., Suite 410
Washington, D.C. 20036-3532
(202) 463-8282

Attorney for Defendants W.C. & A.N.
Miller, June Humbert, Hamilton and
Hamilton, LLP, and George T. Masson, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was mailed, postage prepaid, this 25th day of April, 2006, to the following:

Carol A. Forti, Esq.
14 West Chapman Street
Alexandria, Virginia 22301

John Jay Range, Esq.
Hunton & Williams LLP
1900 K Street, N.W.
Washington, D.C. 20006

   and

Nathan Finkelstein, Esq.
Finkelstein & Horwitz
7315 Wisconsin Ave., Suite 400 East
Bethesda, MD 20814

_____
George T. Masson, Jr.