**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CAROL A. FORTI,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Case No. 1:06CV00613 (JR) |
| ) | |
| **W.C. & A.N. MILLER** ) | |
| **DEVELOPMENT COMPANY, et al.,** ) | |
| ) | |
| **Defendants** ) | |

**ORDER**

Upon consideration of the Motion of Defendants W.C. & A.N. Miller Development Company, June Humbert, Hamilton and Hamilton, LLP, and George T. Masson, Jr., to dismiss the Complaint or, in the Alternative, for Summary Judgment filed herein, the statement of material facts as to which there is no genuine issue, and the memorandum of points and authorities filed in support thereof, and it appearing that the Complaint of Carol A. Forti should be dismissed with prejudice, it is, by the Court, this_____day of _____, 2006,

ORDERED: that the Motion of Defendants W.C. & A.N. Miller Development Company, June Humbert, Hamilton and Hamilton, LLP, and George T. Masson, Jr., to dismiss the Complaint or, in the Alternative, for Summary Judgment be, and the same is, hereby GRANTED; and it is

FURTHER ORDERED: that the Complaint filed herein be, and the same is, hereby dismissed with prejudice; and it is

FURTHER ORDERED: that Defendant W.C. & A.N. Miller Development Company shall submit its claim to the Court within thirty (30) days of this Order for attorney's fees for

which it seeks reimbursement pursuant to the terms of the Regional Sales Contract executed by the parties.

_____
JUDGE

Copies to:

    Carol A. Forti, Esq.
    14 West Chapman Street
    Alexandria, Virginia 22301

    John Jay Range, Esq.
    Hunton & Williams LLP
    1900 K Street, N.W.
    Washington, D.C. 20006

    Patrick Kavanaugh, Esq.
    George T. Masson, Jr.
    Hamilton and Hamilton, LLP
    1900 M Street, N.W., Suite 410
    Washington, D.C. 20036-3532

    Nathan Finkelstein, Esq.
    Finkelstein & Horwitz
    7315 Wisconsin Ave., Suite 400 East
    Bethesda, MD 20814