UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAROL A. FORTI, )
 )
       Plaintiff, )
 )  Case No. 1:06CV00613
v. )  Judge: James Robertson
 )  Deck Type: Contract
W.C. & A.N. MILLER )
DEVELOPMENT COMPANY, et al., )
 )
       Defendants. )

## JOINT MOTION OF CO-DEFENDANTS ALBERTO CHONG, LUISA ZANFORLIN, RICHARD AGUGLIA AND JEFFREY HARDIE TO DISMISS COMPLAINT FOR CIVIL FRAUD AND CONSPIRACY TO COMMIT CIVIL FRAUD OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

Co-Defendants Alberto Chong, Luisa Zanforlin, Richard Aguglia and Jeffrey Hardie hereby move to dismiss the Complaint filed in this case or, in the alternative, for summary judgment for failure to state a claim upon which relief can be granted, as being barred under principles of *res judicata*, accord and satisfaction, and voluntary payment, and by the statute of limitations, as more specifically set forth in the attached memorandum of points and authorities in support of this motion. A proposed order is also attached.

Respectfully submitted,                           Respectfully submitted,

RICHARD AGUGLIA                                   ALBERTO CHONG
JEFFREY HARDIE                                    AND LUISA ZANFORLIN

By: _____                       By: _____
John Jay Range                                    Richard L. Aguglia
DC Bar No. 376028                                 DC Bar No. 53751
Counsel for Co-Defendants                         Counsel for Co-Defendants
Richard Aguglia and Jeffrey Hardie                Alberto Chong and Luisa Zanforlin
HUNTON & WILLIAMS, LLP                            HUNTON & WILLIAMS, LLP
1900 K Street, N.W.                               1900 K Street, N.W.
Suite 1200                                        Suite 1200
Washington, D.C. 20006                            Washington, D.C. 20006

61681.000002 WASHINGTON 592534v8

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Joint Motion of Co-Defendants Alberto Chong, Luisa Zanforlin, Richard Aguglia and Jeffrey Hardie to Dismiss Complaint for Civil Fraud and Conspiracy to Commit Civil Fraud, or, in the Alternative, for Summary Judgment, together with a Memorandum of Points and Authorities in support thereof and proposed Order, was sent by first-class mail, postage prepaid, this 25th day of April, 2006, to:

>Carol A. Forti, Esq.
>14 West Chapman Street
>Alexandria, Virginia 22301
>
>George Masson, Jr., Esq.
>1900 M Street, N.W.
>Suite 410
>Washington, D.C. 20036
>
>Nathan Finkelstein, Esq.
>7315 Wisconsin Avenue, N.W.
>Suite 400 East
>Bethesda, MD 20814

_____
John Jay Range