UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. FORTI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:06CV00613 |
| v. ) | Judge: James Robertson |
| ) | Deck Type: Contract |
| W.C. & A.N. MILLER ) | |
| DEVELOPMENT COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the Joint Motion of Co-Defendants Alberto Chong, Luisa Zanforlin, Richard Aguglia and Jeffrey Hardie to Dismiss the Complaint filed herein or, in the Alternative, for Summary Judgment, the Memorandum of Points and Authorities in support thereof, and the opposition thereto, and for good cause shown, it is this ___ day of _____, 2006,

ORDERED that the Motion to Dismiss or, in the Alternative, for Summary Judgment, be and the same is hereby granted; and it is further

ORDERED that the Complaint be and the same is hereby dismissed with prejudice; and it is further

ORDERED that Co-Defendants are entitled to an award of attorneys fees and costs against Plaintiff in an amount to be determined by the court.

_____
Judge James Robertson

61681.000002 WASHINGTON 592534v8

2

Copies to:

Carol A. Forti, *pro se*
14 West Chapman Street
Alexandria, VA 22301

George Masson, Jr., Esq.
1900 M Street, N.W.
Suite 410
Washington, D.C. 20036

John Jay Range, Esq.
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Suite 1200
Washington, D.C. 20006

Nathan Finkelstein, Esq.
7315 Wisconsin Avenue, N.W.
Suite 400 East
Bethesda, MD 20814

2