**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAROL A. FORTI, | * |
| Plaintiff, | * |
| | * Case No. 1:06CV00613 |
| v. | * Judge: James Robertson |
| | * Deck Type: Contract |
| W.C. & A.N. MILLER DEVELOPMENT COMPANY, et al., | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION OF DEFENDANTS NATHAN I. FINKELSTEIN AND FINKELSTEIN & HORVITZ, P.C. TO DISMISS COMPLAINT OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

COME NOW, Defendants Nathan I. Finkelstein and Finkelstein & Horvitz, P.C., and hereby move to dismiss the Complaint filed in this case or, in the alternative, move for summary judgment in favor of Defendants Nathan I. Finkelstein and Finkelstein & Horvitz, P.C. for the reasons specifically set forth in the attached Memorandum of Points and Authorities. Defendants Nathan I. Finkelstein and Finkelstein & Horvitz, P.C. assert that Plaintiff Carol A. Forti's Complaint is barred by the doctrines of collateral estoppel and failure to state a claim upon which relief can be granted, and is also barred by the applicable statute of limitations. A proposed Order is also attached hereto.

WHEREFORE, Defendants Nathan I. Finkelstein and Finkelstein & Horvitz, P.C. respectfully request that this Honorable Court enter an Order granting the instant Motion and dismissing Plaintiff Carol A. Forti's Complaint with prejudice or, in the alternative, entering final judgment in this matter in favor of Defendants Nathan I. Finkelstein and Finkelstein & Horvitz, P.C.

Respectfully submitted,

_____/s/_____
Nathan I. Finkelstein, # 173682
Laurie B. Horvitz, # 384702
Robert J. Goldman, # 481642
Finkelstein & Horvitz, P.C.
7315 Wisconsin Avenue, Suite 400 East
Bethesda, Maryland 20814
Telephone: (301) 951-8400
Facsimile: (301) 951-8401