**<u>EXHIBIT B</u>**

Case 1:06-cv-00613-JR    Document 15-4    Filed 04/28/2006    Page 1 of 6




**District of Columbia Court of Appeals**

FILED AUG - 6 2004
DISTRICT OF COLUMBIA
COURT OF APPEALS

No. 03-CV-1254

CAROL A. FORTI,
    Appellant,

v.

W.C. AND A.N. MILLER DEVELOPMENT COMPANY, ET AL.,
    Appellees.

CA4745-02

BEFORE:  Farrell and Ruiz, Associate Judges, and Nebeker, Senior Judge.

## JUDGMENT

On consideration of appellees' motion for summary affirmance, no opposition having been filed and the briefs filed by the parties, it is

ORDERED AND ADJUDGED that the judgment on appeal is hereby affirmed. *See King v. Industrial Bank of Washington*, 474 A.2d 151, 156 (D.C. 1984) and *Facchina v. Sullivan*, 109 A.2d 581, 582 (D.C. 1954).

FOR THE COURT:

*[signature]*

JOY A. CHAPPER
Acting Clerk of the Court

Copies to:

Honorable Melvin R. Wright

Clerk, Superior Court

Carol A. Forti
14 West Chapman Street
Alexandria, VA 22301

Richard L. Aguglia, Esquire
1900 K Street, N.W.
Suite 1200
Washington, D.C. 20036

George T. Masson, Jr., Esquire
1900 M Street, N.W.
Suite 410 Washington, D.C. 20036-3532

jb

District of Columbia
Court of Appeals



FILED
SEP 2 1 2004
DISTRICT OF COLUMBIA
COURT OF APPEALS

No. 03-CV-1254

CAROL A. FORTI,  Appellant,   CA4745-02

v.

W.C. & A.N. MILLER DEVELOPMENT
COMPANY, et al.   Appellees.

ORDER

On consideration of appellant's motion to supplement the record on appeal, the oppositions thereto, and the mandate issued by this court on August 31, 2004, it is

ORDERED that appellant's motion to supplement the record is denied as moot.

BY THE COURT:

ANNICE M. WAGNER
Chief Judge

Copies to:

Carol A. Forti
14 West Chapman Street
Alexandria, VA 22301

George T. Masson, Esquire
1900 M Street, NW - Suite 410
Washington, DC 20036

Richard L. Aguglia, Esquire
1900 K Street, NW - Suite 1200
Washington, DC 20006

lw

**District of Columbia
Court of Appeals**



FILED OCT - 6 2004 DISTRICT OF COLUMBIA COURT OF APPEALS

No. 03-CV-1254

CAROL A. FORTI,

                          Appellant,

v.                                              CA4745-02

W.C. AND A.N. MILLER
DEVELOPMENT COMPANY, ET AL.,

                          Appellees.

BEFORE:    Farrell and Ruiz, Associate Judges, and Nebeker, Senior Judge.

### ORDER

On consideration of appellant's **motion to recall mandate**, the oppositions and replies thereto, appellant's lodged reply brief, appellant's **lodged opposition** to the motion for summary affirmance, and it appearing that the arguments presented by appellant in her motion to recall mandate and lodged reply brief and opposition lack merit to recall the mandate, it is

ORDERED that appellant's motion to recall mandate is denied.

                                          PER CURIAM

Copies to:

Honorable Melvin R. Wright

Clerk, Superior Court

Carol A. Forti
14 West Chapman Street
Alexandria, VA 22301

George T. Masson, Jr., Esquire
1900 M Street, N.W.
Suite 410
Washington, D.C. 20036-3532

Richard L. Aguglia, Esquire
1900 K Street, N.W
Suite 1200
Washington, D.C. 20036

jb

# District of Columbia
# Court of Appeals

No. 03-CV-1254

CAROL A. FORTI,

                        Appellant,     CA4745-02

v.

W.C. & A.N. MILLER DEVELOPMENT
COMPANY, INC., ET AL.,

                        Appellees.

BEFORE: Wagner, Chief Judge; Terry, Schwelb, Farrell, Ruiz, Reid, *Glickman, and Washington, Associate Judges.

## ORDER

On consideration of appellant's *pro se* petition for rehearing en banc; and it appearing that no judge of this court has called for a vote on the petition for rehearing en banc, it is

ORDERED that the petition for rehearing en banc is denied.

PER CURIAM

*Associate Judge Glickman has recused himself from this case.

Copies to:

Honorable Melvin R. Wright

Clerk, Superior Court

Carol A. Forti
14 West Chapman Street
Alexandria, VA 22301

George T. Masson, Esquire
1900 M Street, NW, Suite 410
Washington, DC 20036

Richard L. Aguglia, Esquire
1900 K Street, NW, Suite 1200
Washington, DC 20006

sl

# District of Columbia Court of Appeals

No. 03-CV-1254

CAROL A. FORTI,

      Appellant,

           CA4745-02

v

W.C. & A.N. MILLER DEVELOPMENT
COMPANY, INC., ET AL.,

      Appellees

FILED MAR 15 2005 DISTRICT OF COLUMBIA COURT OF APPEALS

BEFORE: Farrell and Ruiz, Associate Judges; Nebeker, Senior Judge

## ORDER

On consideration of appellant's *pro se* motion to void the judgment and other relief and the responses of appellees, it is

ORDERED that the motion is denied. It is

FURTHER ORDERED that appellant is hereby prohibited from filing any further motions or pleadings in this appeal and the Clerk shall not accept for filing any further pleadings, papers or motions in this appeal.

            PER CURIAM

Copies to

Carol A. Forti
14 West Chapman Street
Alexandria, VA 22301

Richard L. Aguglia, Esquire
1900 K Street, NW, Suite 1200
Washington, DC 20006

George T. Masson, Esquire
1900 M Street, NW, Suite 410
Washington, DC 20036

aj