UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. FORTI, | * |
| Plaintiff, | * |
| v. | * Case No. 1:06CV00613 |
| | * Judge: James Robertson |
| W.C. & A.N. MILLER DEVELOPMENT COMPANY, et al., | * Deck Type: Contract |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Having considered the Motion of Defendants Nathan I. Finkelstein and Finkelstein & Horvitz, P.C. to Dismiss Complaint or, in the Alternative, for Summary Judgment, and the record herein, for good cause shown, it is this ____ day of _____, 2006, hereby

ORDERED that the Motion of Defendants Nathan I. Finkelstein and Finkelstein & Horvitz, P.C. to Dismiss Complaint or, in the Alternative, for Summary Judgment is GRANTED; and

FURTHER ORDERED that Plaintiff's Complaint is dismissed with prejudice;

FURTHER ORDERED that all costs and fees incurred by Defendants Nathan I. Finkelstein and Finkelstein & Horvitz, P.C. in this matter shall be paid by Plaintiff Carol A. Forti;

SO ORDERED.

_____
Judge James Robertson

2

Copies to:

Carol A. Forti, *pro se*
14 West Chapman Street
Alexandria, Virginia 22301

John Jay Range, Esq.
Richard L. Arguglia, Esq.
Jeffrey Hardie, Esq.
Hunton & Williams, LLP
1900 K Street, N.W.
Suite 1200
Washington, D.C. 20006

George Masson, Jr., Esq.
1900 M Street, N.W.
Suite 410
Washington, D.C. 20036

Laurie B. Horvitz, Esq.
Robert J. Goldman, Esq.
Finkelstein & Horvitz, P.C.
7315 Wisconsin Avenue
Suite 400 East
Bethesda, Maryland 20814