UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAROL A. FORTI,                          :
                                         :
        Plaintiff,                       :
                                         :
    v.                                   : Civil Action No. 06-0613 (JR)
                                         :
W.C. & A.N. MILLER DEVELOPMENT           :
CO., *et al.*,                           :
                                         :
        Defendants.                      :

### ORDER TO SHOW CAUSE

The Court has carefully considered the motions to dismiss of Hamilton & Hamilton, LLP, W.C.& A.N. Miller Development Co., June Humbert, and George Masson, Jr. [10], of Jeffrey Hardie, Alberto Chong, Luisa Zanforlin and Richard Agulia [12], and of Nathan Finkelstein [15], together with the opposition thereto filed by plaintiff [16], and the reply filed by Hamilton & Hamilton, LLP, W.C.& A.N. Miller Development Co., June Humbert, and George Masson, Jr. [17]. It is completely clear that this action should be, and that it will be, dismissed, either as res judicata or as precluded by the doctrine of collateral estoppel, depending on whether or not the defendants named in this suit were actually parties to Superior Court Case No. 02ca4745. The only question is whether the order of dismissal will be accompanied by an order imposing monetary sanctions upon the plaintiff for what appears on its face to be a complaint filed in flagrant violation of Rules 11(b)(1), 11(b)(2)

and 11(b)(3) of the Federal Rules of Civil Procedure.  It is by the Court sua sponte

**ORDERED** that plaintiff show cause within 30 days of the date of this order why the complaint she has filed in this case – and the opposition she has filed to defendants' motions – do not violate Rules 11(b)(1), 11(b)(2) and 11(b)(3) of the Federal Rules of Civil Procedure.

> JAMES ROBERTSON
> United States District Judge