IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAROL A. FORTI,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v.  ) | Case No. 1:06CV00613 (JR) |
| ) | |
| **W.C. & A.N. MILLER** ) | |
| **DEVELOPMENT COMPANY, et al.,** ) | |
| ) | |
| **Defendants** ) | |

**ORDER**

Upon consideration of the Motion of Defendants W.C. & A.N. Miller Development Company, June Humbert, Hamilton and Hamilton, LLP, and George T. Masson, Jr., for Sanctions Against Carol A. Forti Pursuant to Fed. R. Civ. P. 11 and 28 U.S.C. § 1927 filed herein, the memorandum of points and authorities filed in support thereof, and it appearing that sanctions should be imposed against Plaintiff Carol A. Forti, it is, by the Court, this_____day of _____, 2006,

ORDERED: that the Motion of Defendants W.C. & A.N. Miller Development Company, June Humbert, Hamilton and Hamilton, LLP, and George T. Masson, Jr., to for Sanctions Against Carol A. Forti Pursuant to Fed. R. Civ. P. 11 and 28 U.S.C. § 1927 be, and the same is, hereby GRANTED; and it is

FURTHER ORDERED: that Defendant W.C. & A.N. Miller Development Company is entitled to an award of attorney's fees and costs in an amount to be determined by the Court; and it is

FURTHER ORDERED: that Plaintiff shall pay a penalty in the amount of _____ to the Clerk of the Court no later than the ____ day of _____ , 2006;

and it is

FURTHER ORDERED: that Plaintiff Carol A. Forti is referred to the bar of the Commonwealth of Pennsylvania for a determination of whether her conduct warrants the imposition of sanctions.

```
                                        _____
                                        JUDGE
```

Copies to:

    Carol A. Forti, Esq.
    14 West Chapman Street
    Alexandria, Virginia 22301

    John Jay Range, Esq.
    Richard L. Aguglia, Esq.
    Hunton & Williams LLP
    1900 K Street, N.W.
    Washington, D.C. 20006

    Nathan I. Finkelstein, Esq.
    Laurie B. Horvitz, Esq.
    Robert J. Goldman, Esq.
    Finkelstein & Horvitz, P.C.
    7315 Wisconsin Ave., Suite 400 East
    Bethesda, MD 20814

    Patrick Kavanaugh, Esq.
    George T. Masson, Jr.
    Hamilton and Hamilton, LLP
    1900 M Street, N.W., Suite 410
    Washington, D.C. 20036-3532