A. **Settlement Statement**    U.S. Department of Housing and Urban Development    FINAL    OMB NO. 2502-0265

B. Type of Loan:
1. ☐ FHA  2. ☐ FmHA  3. ☒ Conv. Unins.  6. File Number: 2002-____  7. Loan Number: 0013303052  8. Mortgage Insurance Case Number:
4. ☐ VA  5. ☐ Conv. Ins.

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.
WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

| | |
|---|---|
| D. NAME OF BORROWER: | Alberto E. Chong and Luisa Zanforlin |
| ADDRESS: | 2936 Garfield Terrace, Washington, D.C. 20008 |
| E. NAME OF SELLER: | Carol A. Forti |
| ADDRESS: | 2936 Garfield Terrace, N.W., Washington, D.C. 20008 |
| F. NAME OF LENDER: | Charter One Mortgage |
| ADDRESS: | 6011 Executive Boulevard, #300, Rockville, Maryland 20852 |
| G. PROPERTY ADDRESS: | 2936 Garfield Terrace, N.W., Washington, D.C. 20008 |
| H. SETTLEMENT AGENT: | Nathan I. Finkelstein, Phone: 301-951-8400 / Fax: 301-951-8401 |
| PLACE OF SETTLEMENT: | 7315 Wisconsin Avenue, Suite 400 East, Bethesda, MD 20814 |
| I. SETTLEMENT DATE: | 04/29/2002 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER: | |
| 101. Contract sales price | 950,000.00 | 401. Contract sales price | 950,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 46,157.37 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 903,842.63 | 420. GROSS AMOUNT DUE TO SELLER: | 950,000.00 |
| 200. AMOUNTS PAID BY OR ON BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER | |
| 201. Deposit or earnest money | 40,000.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loans | 650,000.00 | 502. Settlement charges to seller (line 1400) | 40,630.70 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff 4800102715612 Greenpoint Mortgage Corp. | 460,792.61 |
| 205. | | 505. Payoff of Second Mortgage Loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes   04/01/02 to 04/29/02 | 414.26 | 510. City/town taxes   04/01/02 to 04/29/02 | 414.26 |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 690,414.26 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 501,837.57 |
| 300. CASH AT SETTLEMENT FROM OR TO BORROWER | | 600. CASH AT SETTLEMENT TO OR FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | 903,842.63 | 601. Gross amount due to seller (line 420) | 950,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | 690,414.26 | 602. Less reduction amount due seller (line 520) | 501,837.57 |
| 303. CASH FROM BORROWER | 213,428.37 | 603. CASH TO SELLER | 448,162.43 |

SUBSTITUTE FORM 1099 SELLER STATEMENT: The information contained herein is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. The Contract Sales Price described on line 401 above constitutes the Gross Proceeds of this transaction.

SELLER INSTRUCTIONS: If the real estate was your principal residence, file Form 2119, Sale or Exchange of Principal Residence, for any gain, with your income tax return; for other transactions, complete the applicable parts of Form 4797, Form 6252 and/or Schedule D (Form 1040).

You are required by law to provide the Settlement Agent with your correct taxpayer identification number. If you do not provide your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law.
Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

TIN: 025281782    SELLER(S) SIGNATURE(S): _Carol A. Forti_

SELLER(S) NEW MAILING ADDRESS: _____

TitleExpress Settlement System  Printed 05/07/2002 at 17:20    REV. HUD-1 (3/86)

MAY 07 2002 18:13    301 9516481    PAGE.02

# SETTLEMENT STATEMENT

File Number: 2002070

## L. SETTLEMENT CHARGES

| | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $950,000.00 | | | |
| Division of commission (line 700) as follows: | | | |
| 701. $ | to | | |
| 702. $ | to | | |
| 703. Commission paid at Settlement | | | |
| 704. $ 40,000.00 POC, Earnest Money retained as part of commission by W.C. & A.N. Miller Realtors | | | |
| 705. Disputed Commission of 3%-held in escrow per escrow agreement | | | 28,500.00 |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | |
| 801. Loan Origination Fee   1.000 % Charter One Mortgage | | 6,500.00 | |
| 802. Loan Discount   % | | | |
| 803. Appraisal Fee | to Richard Gill | 400.00 | |
| 804. Credit Report | | | |
| 805. | | | |
| 806. Underwriting Fee | to Charter One Mortgage | 150.00 | |
| 807. Flood Certification Fee | to Charter One Mortgage | 19.00 | |
| 808. Tax related Service Fee | to 1st American | 48.00 | |
| 809. Doc Processing Fee | to Charter One Mortgage | 300.00 | |
| 810. | | | |
| 811. | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | |
| 901. Interest From 04/29/2002 to 05/01/2002 @$ 120.2050 /day   2 Days | | 240.41 | |
| 902. Mortgage Insurance Premium for   to | | | |
| 903. Hazard Insurance Premium for 1 year to Geico   (P.O.C.) 1,928.00 Buyer | | | |
| 904. | | | |
| 905. | | | |
| **1000. RESERVES DEPOSITED WITH LENDER FOR** | | | |
| 1001. Hazard Insurance   3 mo. @ $ 160.67 /mo | | 482.01 | |
| 1002. Mortgage Insurance   mo. @ $   /mo | | | |
| 1003. City Property Taxes   mo. @ $ 434.51 /mo | | | |
| 1004. County Property Taxes   7 mo. @ $ 434.51 /mo | | 3,041.57 | |
| 1005. Annual Assessments   mo. @ $   /mo | | | |
| 1009. Aggregate Analysis Adjustment   to Charter One Mortgage | | 916.52- | |
| **1100. TITLE CHARGES** | | | |
| 1101. Settlement Fee | to Nathan I. Finkelstein, Attorney at Law | | 175.00 |
| 1102. Abstract or title search | to Capital Abstracts, L.P./NIF | 155.00 | |
| 1103. Title examination | to Nathan I. Finkelstein, Attorney at Law | 295.00 | |
| 1104. Title insurance binder | to Nathan I. Finkelstein, Attorney at Law | 50.00 | |
| 1105. Document Preparation | | | |
| 1106. Notary Fees | | | |
| 1107. Attorney's fees | | | |
| (includes above items No: | ) | | |
| 1108. Title Insurance | to Commonwealth Land Title Insurance Company | 2,067.00 | |
| (includes above items No: | ) | | |
| 1109. Lender's Coverage $   650,000.00   - 1,387.50 | | | |
| 1110. Owner's Coverage $   950,000.00   - 679.50 | | | |
| 1111. Release Fee(s) | to Nathan I. Finkelstein, Attorney at Law | | 90.00 |
| 1112. | | | |
| 1113. | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | |
| 1201. Recording Fees Deed $   ; Mortgage $ 90.00   ; Release $ 40.00 | | 90.00 | 40.00 |
| 1202. City Transfer Tax   Deed $10,450.00; Mortgage $ | | | 10,450.00 |
| 1203. City Recordation Tax   Deed $10,450.00; Mortgage $ | | 10,450.00 | |
| 1204. | | | |
| 1205. | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | |
| 1301. Survey | | | |
| 1302. Pest inspection | | | |
| 1303. Overnight/Courier/Faxes/Copies | to Nathan I. Finkelstein, Attorney at Law | 80.00 | 25.00 |
| 1304. Heloc fees paid by Lender | to Nathan I. Finkelstein, Attorney (P.O.C.) 260.00 Buyer | | |
| 1305. Proceeds from 2nd Trust | to Chong/Zanforlin | 69,608.84- | |
| 1306. Property Taxes adjustment | to NIF Escrow | | 128.61 |
| 1307. Interest Adjustment -1st trust | to NIF Escrow | | 1,081.85 |
| 1308. Interest Adjustment -2nd trust | to NIF Escrow Account | | 140.24 |
| **1400. TOTAL SETTLEMENT CHARGES**   (enter on lines 103, Section J and 502, Section K) | | 46,157.37- | 40,630.70 |

HUD CERTIFICATION OF BUYER AND SELLER

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Arsenio E. Cheng
626103672

Luisa Zanforlin
225790723

Carol A. Forti
C25281782

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18 U.S. CODE SECTION 1001 AND SECTION 1010.

DATE _____

REV. HUD-1 (3/86)

MAY 07 2002 16:13                    301 9518401                   TOTAL P.03
                                                                      PAGE.03