
EXHIBIT D

CAROL A. FORTI
PH. (202) 462-1843
2336 GARFIELD TERRACE NW
WASHINGTON DC 20008

6646

DATE 8/19/02

Pay to the Order of Laley Rollins    $ 1,412.50

One Thousand four hundred twelve and 50/100 DOLLARS

FOR Legal Service

Carol A. Forti