

EXHIBIT
E

# JACKSON & CAMPBELL
*A Professional Corporation*

ATTORNEYS AT LAW

1120 Twentieth Street, N.W.
South Tower
Washington, D.C. 20036-3437
202-457-1600
Fax: 202-457-1678
www.jackscamp.com
Tax ID# 52-1173577

February 11, 2003

Carol A. Forti, Esq.                                    99459
14 West Chapman Street
Alexandria, 22301


RE:  Dispute with W.C. & A.N. Miller
     Our File No. 061438.00001

FOR PROFESSIONAL SERVICES RENDERED:
     through January 31, 2003

```
*----------------------------TIME AND FEE SUMMARY----------------------------*
*-----------TIMEKEEPER---------*    RATE    HOURS             FEES
VERNON W. JOHNSON                  300.00    6.25           1875.00
                    TOTALS                   6.25           1875.00


    TOTAL FEES----------------------------------------- $   1,875.00
                                                          -------------
    TOTAL THIS INVOICE------------------------------- $   1,875.00

    TOTAL AMOUNT DUE--------------------------------- $   1,875.00

          *    See attached sheet(s) for details.
```

PAGE 2
DESCRIPTION OF SERVICES
through January 31, 2003

| Date | Atty | Description | Hours |
|---|---|---|---|
| 01/07/03 | VWJ | Review pleadings and underlying documentation provided by Ms. Forti; perform case analysis; extended telephone conference, Ms. Forti re: Case analysis. | 2.50 |
| 01/08/03 | VWJ | Receive and review memorandum from Ms. Forti re: Case status; extended telephone conference, Mr. Masson re: Case status and possibility of settlement. | .75 |
| 01/09/03 | VWJ | Telephone conference, Ms. Forti re: Status, discussions with Mr. Masson, and possibility of settlement; telephone conference, Mr. Aguglia re: Case status; draft, edit, and revise letter to Mr. Masson and Mr. Aguglia re: Settlement offer; fax same to Ms. Forti; receive and review fax from Ms. Forti re: Same; telephone conference, Ms. Forti re: Finalizing letter and related issues and other issues concerning case; finalize letter and send same to Messrs. Masson and Aguglia. | 1.00 |
| 01/11/03 | VWJ | Telephone conference, Ms. Forti re: Status; draft, edit, and revise letter to Mr. Masson and Mr. Aguglia. | .25 |
| 01/13/03 | VWJ | Telephone conference, Ms. Forti re: Status; receive and review email from Mr. Masson; receive and review correspondence from Ms. Friedman; further telephone conference, Ms. Forti. | .25 |
| 01/14/03 | VWJ | Receive and review fax from Ms. Forti re: Possibility of serving as expert witness; receive and review voicemail and letter from Mr. Aguglia re: Settlement; voicemail to Mr. Masson re: Same; telephone conference, Ms. Forti re: Same, case strategies (and decision not to act as expert witness), and related issues. | .50 |
| 01/15/03 | VWJ | (No charge) Additional attention to expert witness issue and settlement issue; related telephone conferences, Ms. Forti. | .00 |
| 01/16/03 | VWJ | Further assist Ms. Forti re: Attempting to locate expert witness; telephone conference, Ms. Forti re: Same; memo to Ms. Forti re: Same. | .50 |

PAGE    3
DESCRIPTION OF SERVICES
     through January 31, 2003

| Date | Init. | Description | Hours |
|---|---|---|---|
| 01/27/03 | VWJ | Receive and review fax from Ms. Forti re: Case status and draft Rule 26(b)(4) statement; telephone conference, Ms. Forti re: Same and suggesting edits and revisions to Rule 26(b)(4) statement. | .25 |
| 01/28/03 | VWJ | Receive and review various emails from Ms. Gumpert; telephone conference, Ms. Forti re: Expert witness issues. | .25 |

                                    TOTAL SERVICES----------   $   1,875.00

     VWJ   -   VERNON W. JOHNSON