EXHIBIT

F

CAROL A. FORTI
PH. (703) 535-5449
14 WEST CHAPMAN ST
ALEXANDRIA, VA 22301

7287

15-7434/2540

DATE 6/5/05

Pay to the
Order of McNamee Hosea, Jernigan, Kim, Gum Walker, P.A.     $ 4,550

Four Thousand ———————————— DOLLARS

CONGRESSIONAL          (703) 924-8300
FEDERAL                (800) 491-CFCU
CREDIT UNION
U.S. HOUSE OF REPRESENTATIVES
WASHINGTON, DC

FOR retainer

⑆254074345⑆ ⑈001317913⑈ 7287 10 ⑆0000400000⑆

1222697694
07082005
0520-0027-B
ENT=1673  TRC=1615  PK=05

PAY TO THE ORDER
COLUMBIA BANK
FOR DEPOSIT ONLY
McNAMEE, HOSEA, JERNIGAN,
GREENAN & WALKER
ATTORNEY ESCROW

CAROL A. FORTI 7266
PH. (703) 535-5449
14 WEST CHAPMAN ST
ALEXANDRIA, VA 22301 15-7434/2540

DATE 7/13/05

Pay to the
Order of M.C Namee Hosea $ 1500.

Fifteen hundred DOLLARS

(703) 934-8300
(800) 491-CFC
PROFESSIONAL
U.S. HOUSE OF REPRESENTATIVES
WASHINGTON, D.C.

FOR Tem tem Gon the Beall and Jun Graen to represent me in PIOA suit

Carol A Forti

⑆254074345⑆ ⑆00637913⑈ 7266 10 ⑆000050000⑆

0124449245
07182005
0520-0027-6
ENT=2435 TRC=2436 PK=05

PAY TO THE ORDER OF
COLUMBIA BANK
FOR DEPOSIT ONLY
McNAMEE, HOSEA, JERNIGAN, KIM,
GREENAN & WALKER, P.A.
ATTORNEY ESCROW ACCOUNT
5204137101

THE COLUMBIA BA
ELLICOTT CITY

**CAROL A. FORTI**
**14 WEST CHAPMAN ST**
**ALEXANDRIA, VA 22301**

7275

15-7434/2540

DATE 7/28/05

Pay to the Order of  McNees Horla                                    $ 1,629.00

One thousand six hundred twenty nine                          DOLLARS

CONGRESSIONAL (703) 934-8300
FEDERAL (800) 491-CFCU
CREDIT UNION
U.S. HOUSE OF REPRESENTATIVES
WASHINGTON, D.C.

FOR  Statement No 49118                    Carol A. Forti

⑆254074345⑆ ⑈0013179123⑈ 7275 10  ⑈00001629000⑈

PAY TO THE ORDER OF
COLUMBIA BANK
FOR DEPOSIT ONLY
McNAMEE, HOSEA, JERNIGAN, KIM,
GREENAN & WALKER, P.A.
GENERAL ACCOUNT
5294

0520435335
08042005
0520-0027-8
ENT=2429  TRC=2429  PK=05

05-207-00290 SP70 8/3/05
THE COLUMBIA BANK
55055000
ELLICOTT

**CAROL A. FORTI**
PH. (703) 535-5449
14 WEST CHAPMAN ST
ALEXANDRIA, VA 22301

7243

15-7434/2540

DATE 7/30/05

Pay to the
Order of _McNamee Hosea_    $ 3500,

_Thirty    five    hundred_ ————— DOLLARS

(703) 934-8300
(800) 491-CFCU
U.S. HOUSE OF REPRESENTATIVES
WASHINGTON, D.C.

FOR _1500 to Gaitt + 3500 = 5,000_    Carol A. Forti

⑈254074345⑈ ⑈0013179130⑈ 7243  10  ⑈0000850000⑈

0726797842-
08082005
0520-0027-8
ENT=0925  TRC=0877  PK=05

82-336-86708  IF70 8/3/05
5204117461

THE COLUMBIA BANK
ELLICOTT CITY

PAY TO THE ORDER OF
COLUMBIA BANK
FOR DEPOSIT ONLY
McNAMEE, HOSEA, JERNIGAN, KIM,
GREENAN & WALKER, P.A.
ATTORNEY ESCROW ACCOUNT
5204117101