UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAROL A. FORTI,
    Plaintiff,

v.

                                        Civil Action No. 1:06CV00613 JR

NATHAN FINKELSTEIN
    Defendant,

FINKELSTEIN & HORVITZ, P.C.
    Defendant.

## ORDER

Having carefully considered the pleadings, the motion for summary judgment, and the affidavit in support of the motion for summary judgment, it is, this ___ day of June 2006, HEREBY DECIDED that plaintiff's motion for summary judgment is GRANTED. It is further decided that Nathan Finkelstein and Finkelstein & Horvitz will pay Forti compensatory damages in the amount of $290. It is further decided that Nathan Finkelstein and Finkelstein & Horvitz will pay Forti punitive damages of 2 million dollars.

                                                  _____
                                                  Judge James Robertson

Please serve the parties on page two.

Carol A. Forti
Plaintiff pro se
14 West Chapman Street
Alexandria, VA 22301

Nathan Finkelstein
Finkelstein & Horvitz P.C.
7315 Wisconsin Ave
Suite 400 East
Bethesda, MD 20814