

EXHIBIT
D

CAROL A. FORTI
PH: (202) 462-1843
2936 GARFIELD TERRACE NW
WASHINGTON, DC 20008

6646

DATE 8/17/02

Pay to the Order of Caleb Rollins    $ 1,412.50

One Thousand Four Hundred Twelve and 50/100 DOLLARS

FOR: Legal Services