EXHIBIT

*F*

tabbies*

CAROL A. FORTI                                      7287
PH. (703) 535-5449
14 WEST CHAPMAN ST
ALEXANDRIA, VA 22301                 DATE 6/5/05        15-7434/2540

Pay to the  McNemee, Hosea, Hermon, Kim, Hsen 21  $ 4,550
Order of

Four Thousand                           DOLLARS 🔒

        (703) 934-8300
        (800) 491-CFCU
U.S. HOUSE OF REPRESENTATIVES
WASHINGTON, DC
FOR  retainer                        Carol A. Forti

⑆254074345⑆ ⑈0013179131⑈ 7287 10 ⑈00000400000⑈

1222697694
07062005
0520-0027-8
ENT=1673  TRC=1816  PK=05

86-895-80860 2P78 7/7/05
0804117401

PAY TO THE ORD...
COLUMBIA BANK
FOR DEPOSIT ONLY
McNAMEE, HOSEA, JERNIGAN,
GREENAN & WALKER
ATTORNEY ESCROW

THE COLUMBIA BANK
ELLICOTT CITY

**CAROL A. FORTI**
PH. (703) 535-5449
14 WEST CHAPMAN ST
ALEXANDRIA, VA 22301

7266

15-7434/2540

DATE 7/13/05

Pay to the Order of _McNamee Hosea_    $ 1500.

_Fifteen hundred_    DOLLARS

(703) 934-8300
(800) 491-CFCU
CONGRESSIONAL FEDERAL
CREDIT UNION
U.S. HOUSE OF REPRESENTATIVES
WASHINGTON, D.C.

FOR _To represent me in PTOA lawsuit against Bentsen and the Beall and Jim Green_    Carol A. Forti

⑆254074345⑆ ⑈0013179130 7266 10 ⑇0000150000⑈

.0124449245
07182005
0520-0027-6
ENT=2435 TRC=2436 PK=05

10-045-03780 EP70 7.725.765
688417P001
THE COLUMBIA
>050082336X
ELLICOTT CITY

PAY TO THE ORDER OF
COLUMBIA BANK
FOR DEPOSIT ONLY
McNAMEE, HOSEA, JERNIGAN, KIM,
GREENAN & WALKER, P.A
ATTORNEY ESCROW ACCOUNT
5204187401

CAROL A. FORTI                                                    7275
PH. (703) 538-5443
14 WEST CHAPMAN ST                                         15-7434/2540
ALEXANDRIA, VA  22301                    DATE 7/28/05

Pay to the
Order of    Mc Nerree Horla                    $ 1,629.00

One  thousand  six  hundred  Twenty  Nine            DOLLARS 🔒

                    (703) 934-8500
CONGRESSIONAL       (800) 491-CFCU
FEDERAL
CREDIT UNION
U.S. HOUSE OF REPRESENTATIVES
WASHINGTON, D.C.
FOR    Statement No 49118        Carol A. Forti

⑆254071345⑆ ⑈0013179113⑈ 7275  10   ⑈000016 2900⑈

0520435335
08042005
0520-0027-6
ENT=2420 TRC=2429 PK=05

PAY TO THE ORDER OF
COLUMBIA BANK
FOR DEPOSIT ONLY
McNAMEE, HOSEA, JERNIGAN, KIM,
GREENAN & WALKER, P.A.
GENERAL ACCOUNT
5204

CAROL A. FORTI
PH. (703) 535-6449
14 WEST CHAPMAN ST
ALEXANDRIA, VA 22301

DATE 7/30/05

7243

15-7434/2540

Pay to the
Order of _McNamee Hosea_ $ 3500,

_Thirty five hundred_ DOLLARS

CONGRESSIONAL    (703) 934-8300
FEDERAL          (800) 491-CFCU
CREDIT UNION
U.S. HOUSE OF REPRESENTATIVES
WASHINGTON, D.C.

FOR _1500 to Garth + 3500 = 5,000_

⑆254074345⑈ ⑇0013179131⑈ 7243 10 ⑈000035000⑈

0726797842
08082005
0520-0027-8
ENT=0925 TRC=0877 PK=05

05-006-00753 IP#0 8/3/05
5204117401

THE COLUMBIA BANK
ELLICOTT CITY

PAY TO THE ORDER OF
COLUMBIA BANK
FOR DEPOSIT ONLY
McNAMEE, HOSEA, JERNIGAN, KIM,
GREENAN & WALKER, P.A.
ATTORNEY ESCROW ACCOUNT
5204117401
MD