# AFFIDAVIT OF CAROL A. FORTI IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT

I, Carol A. Forti, am a resident of 14 West Chapman Street, Alexandria, VA. 22301. I am over 18 years of age and of sound mind. I personally experienced every single material fact listed in my motion for summary judgment. Throughout the litigation initiated by W.C. & A.N. Miller, I acted as my own counsel.

Then came Carol A. Forti, who, under the pain and penalties of perjury, hereby attests that everything that I have said in my Motion for Summary Judgment against each of the defendants is true and accurate.

_May 30, 2006_
Date

_Carol A. Forti_
Carol A. Forti

_05/30/06_
Date

_[signature]_
Notary Public

My Commission Expires September 30, 200_

Notary Public
State of Virginia
City of Alexandria.