UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAROL A. FORTI,
    Plaintiff,

v.

                                                Civil Action No. 1:06CV00613 JR

ALBERTO CHONG
    Defendant,

LUISA ZANFORLIN
    Defendant,

RICHARD AGULIA, counsel to Chong and Zanforlin
    Defendant,

JEFFREY HARDIE, counsel to Chong and Zanforlin
    Defendant.

## ORDER

Having carefully considered the pleadings, the motion for summary judgment, and the affidavit in support of the motion for summary judgment, it is, this ____ day of June 2006, HEREBY DECIDED that plaintiff's motion for summary judgment is GRANTED. It is further decided that Richard Agulia and Jeffrey Hardie will pay Forti compensatory damages in the amount of $54,655.16. It is further decided that Agulia and Hardie will pay Forti punitive damages in the amount of 4 million dollars each. It is further decided that Alberto Chong and Luisa Zanforlin will pay Forti compensatory damages in the amount of $44,383.66 and punitive damages in the amount of 2 million dollars.

                                                                     Judge James Robertson

Please serve the parties on page two.

Carol A. Forti
Plaintiff pro se
14 West Chapman Street
Alexandria, VA 22301

Alberto Chong
2936 Garfield Terrace, N.W.
Washington, D.C. 20008

Luisa Zanforlin
2936 Garfield Terrace, N.W.
Washington, D.C. 20008

Richard Agulia
Hunton & Williams, LLP
1900 K Street N.W.
Washington, D.C. 20006

Jeffrey Hardie
Hunton & Williams, LLP
1900 K Street N.W.
Washington, D.C. 20006