EXHIBIT C

14 West Chapman Street
Alexandria, Virginia 22301
May 16, 2002

Gant Redmon
Redmon, Peyton & Braswell, L.L.P.
510 King Street, Suite 301
Alexandria, Virginia 22314

Dear Mr. Redmon:

    I received your letter of May 13, 2002 in yesterday's mail. I hope that you explained to your client, Michael Paradis, that the delay (from April 29, 2002 to May 8, 2002) in "going to settlement" on the sale of my home at 2936 Garfield Terrace, N.W., Washington, D.C., was the fault of the Buyers and the Buyers' Real Estate Agent—not that of the Seller. Since I, you, and the settlement attorney had executed an "Assignment of Proceeds" from the sale of 2936 Garfield Terrace to Mr. Paradis for my purchase of his home at 14 West Chapman Street, Alexandria, Virginia, the same parties are responsible for the delay in his receipt of those proceeds. However, since Mr. Paradis was a completely innocent party in the "back-to-back" settlements scheduled for April 29, he should not be financially harmed, because the Buyers and Buyers' agent inexcusably delayed settlement. He should receive interest immediately on the money that he would have received had the "back to back" settlements gone forward as previously agreed to and as previously planned. I concur that Mr. Paradis is entitled immediately to interest that he would otherwise have received on $346,177.69 from May 1 through today. Accordingly, I am enclosing a check made payable to Mr. Paradis in the amount of $616.46—the amount of interest that you requested in your May 13 letter.

    While I plan to sue the Buyers and W.C. & A.N. Miller, the real estate company for whom the Buyers' agent works, for breach of contract and damages, including the interest that I am paying to Mr. Paradis, Mr. Paradis should not have to wait for the outcome of that suit to be "made whole."

    I greatly appreciate your patience and understanding and the patience and understanding of Mr. Paradis in a situation that was, I assure you, as distressing to me, emotionally and financially, as it was to both of you.

Sincerely,

Carol A. Forti

Enclosure: personal check for $616.46



Received original
5/20/02 3:20 PM.
Paul Redmond
Atty for Michael H.
Paradis