EXHIBIT D

