EXHIBIT F

CAROL A. FORTI  7287
PH. (703) 535-5449
14 WEST CHAPMAN ST
ALEXANDRIA, VA 22301                     DATE 6/5/05     15-7434/2540

Pay to the Order of  McNamee, Hosea, Jernigan, Kim, Greer & Walker, P.A.    $ 4,000

Four Thousand ———————————————————————— DOLLARS

CONGRESSIONAL  (703) 934-8300
FCU WASHINGTON  (800) 491-CFCU
U.S. HOUSE OF REPRESENTATIVES
WASHINGTON, D.C.

FOR Retainer                                    Carol A. Forti

⑆254074345⑆ ⑈001317913⑈ 7287 10 ⑆0000400000⑆

```
1222697694
07082005
0520-0027-B
ENT=1673 TRC=1616 PK=05
```

PAY TO THE ORDER
COLUMBIA BANK
FOR DEPOSIT ONLY
McNAMEE, HOSEA, JERNIGAN,
GREENAN & WALKER
ATTORNEY ESCROW

ELLICOTT CITY

```
CAROL A. FORTI                                              7266
PH. (703) 535-5449
14 WEST CHAPMAN ST                    DATE 7/13/05       15-7434/2540
ALEXANDRIA, VA 22301

Pay to the  McNamee Hosea                        $ 1500.
Order of
        Fifteen hundred                                 DOLLARS

[CONGRESSIONAL  (703) 934-8390
 FEDERAL        (800) 491-CFCU]   to represent me in PLOT
 U.S. HOUSE OF REPRESENTATIVES
 WASHINGTON, D.C.
FOR  ------- vs the Beals and Jim Breen      Carol A Forti

⑆254074345⑆ ⑈0013179130⑉  7266 10  ⑆0000150000⑆
```

```
0124449245
07182005
0520-0027-6
ENT=2435 TRC=2436 PK=05
```

PAY TO THE ORDER OF
COLUMBIA BANK
FOR DEPOSIT ONLY
McNAMEE, HOSEA, JERNIGAN, KIM,
GREENAN & WALKER, P.A.
ATTORNEY ESCROW ACCOUNT
5204137401

THE Columbia Bank
X05580233BX
ELLICOTT CITY

CAROL A. FORTI                                                    7275
PH. (703) ~~~-~~~~
14 WEST CHAPMAN ST                              DATE 7/28/05     15-7434/2540
ALEXANDRIA, VA 22301

Pay to the  McNamee Hosea                              $ 1,629.00
Order of
One thousand six hundred twenty nine                        DOLLARS

CONGRESSIONAL    (703) 934-8300
FEDERAL          (800) 491-CFCU
CREDIT UNION
U.S. HOUSE OF REPRESENTATIVES
WASHINGTON, D.C.
FOR  Settlement No 49118                     Carol A. Forti

⑇254073455⑇ ⑇001317913⑇ 7275  10   ⑇000162900⑇

0520435395
08042005
0520-0027-6
ENT=2429 TRC=2429 BK=05

05-027-00P90 8P70 8/3/05

PAY TO THE ORDER OF
COLUMBIA BANK
FOR DEPOSIT ONLY
McNAMEE, HOSEA, JERNIGAN, KIM,
GREENAN & WALKER, P.A.
GENERAL ACCOUNT
5204170907
THE COLUMBIA BANK
ELLICOTT

```
CAROL A. FORTI                                              7243
PH. (703) 535-6449
14 WEST CHAPMAN ST                    DATE 7/30/05        15-7434/2540
ALEXANDRIA, VA 22301

Pay to the    McNamee Hosea                         $ 3500.
Order of
Thirty five hundred                              ——— DOLLARS

    CONGRESSIONAL  (703) 934-8300
    FEDERAL        (800) 491-CFCU
    CREDIT UNION
    U.S. HOUSE OF REPRESENTATIVES
    WASHINGTON, D.C.
FOR  1500 to Geitt + 3500 = 5,000        Carol A. Forti

⑆254074345⑆ ⑈001317913⑈  7243  10  ⑆000050000⑆
```

```
0726797842
08082005
0520-0027-8
ENT=0925 TRC=0877 PK=05
```

PAY TO THE ORDER OF
COLUMBIA BANK
FOR DEPOSIT ONLY
McNAMEE, HOSEA, JERNIGAN, KIM,
GREENAN & WALKER, P.A.
ATTORNEY ESCROW ACCOUNT
520411 3101

THE COLUMBIA
ELLICOTT CITY
520411-7401