## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**CAROL A. FORTI,**
    Plaintiff,

    v.

                        **Civil Action No. 1:06CV00613**
                        **JR**

**W.C. & A.N. MILLER DEVELOPMENT CO. et al.**
    Defendants

**JUNE HUMBERT, AGENT, W.C. & A.N. MILLER**
    Defendant,

**GEORGE MASSON, JR. AND HAMILTON**
**AND HAMILTON LLP (COUNSEL TO**
    **W.C. & A.N. MILLER)**
    Defendants

### ORDER

Having carefully considered the pleadings, the motion for summary judgment, and the affidavit in support of the motion for summary judgment, it is, this \_\_\_\_\_ day of June 2006, HEREBY DECIDED that plaintiff's motion for summary judgment is GRANTED. It is further decided that Miller and Humbert will pay Forti compensatory damages in the amount of $164,383.66. It is further decided that Miller and Humbert will pay Forti punitive damages in the amount of 4 million dollars each. It is further decided that George Masson, Jr. and Hamilton and Hamilton LLP will pay Forti compensatory damages of $49, 585.49 and punitive damages of $4 million dollars.

                              _____
                              Judge James Robertson

Please serve the parties on page two

Carol A. Forti
Plaintiff pro se
14 West Chapman Street
Alexandria, VA 22301

W.C. & A.N. Miller Development Co.
4701 Sangamore Road
Bethesda, MD 20816

June Humbert
4901 Scarsdale Road
Bethesda, MD 20816

George Masson, Jr. and
Hamilton and Hamilton, LLP
1900 M Street—Suite 410
Washington, D.C. 20036-3532