UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. FORTI, | * |
| Plaintiff, | * |
| v. | * Case No. 1:06CV00613 |
| | * Judge: James Robertson |
| W.C. & A.N. MILLER | * Deck Type: Contract |
| DEVELOPMENT COMPANY, et al., | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PRAECIPE

Pursuant to the Court's Order to Show Cause of May 25, 2006, it is the understanding of Defendants Nathan I. Finkelstein and Finkelstein & Horvitz, P.C. that the instant case will be dismissed. Accordingly, although Defendants Nathan I. Finkelstein and Finkelstein & Horvitz, P.C. oppose Plaintiff Carol A. Forti's Motion for Summary Judgment, they will not file a response to said Motion unless ordered to do so by the Court.

Respectfully submitted,

_____/s/_____
Nathan I. Finkelstein, # 173682
Laurie B. Horvitz, # 384702
Robert J. Goldman, # 481642
Finkelstein & Horvitz, P.C.
7315 Wisconsin Avenue, Suite 400 East
Bethesda, Maryland 20814
Telephone: (301) 951-8400
Facsimile: (301) 951-8401

## **CERTIFICATE OF SERVICE**

I hereby certify that this 2nd day of June, 2006, a copy of the foregoing Praecipe was mailed with adequate postage prepaid to:

Carol A. Forti, Esq.
14 West Chapman Street
Alexandria, Virginia 22301

John Jay Range, Esq.
Richard L. Aguglia, Esq.
Hunton & Williams LLP
1900 K Street, N.W.
Washington, D.C. 20006

Patrick Kavanaugh
George T. Masson, Jr.
Hamilton & Hamilton, LLP
1900 M Street, N.W., Suite 410
Washington, D.C. 20036-3532

_____/s/_____
Nathan I. Finkelstein