# EXHIBIT A



# HUNTON & WILLIAMS

HUNTON & WILLIAMS LLP
1900 K STREET, N.W.
WASHINGTON, D.C. 20006-1109

TEL    202 • 955 • 1500
FAX    202 • 778 • 2201

RICHARD L. AGUGLIA
DIRECT DIAL: 202-955-1634
EMAIL: raguglia@hunton.com

May 8, 2006

FILE NO: 61681.000003

**By First Class Mail**

Carol A. Forti
14 West Chapman Street
Alexandria, VA 22301

Re:   *Forti v. Miller Development Co., et al.*
      **C.A. No. 1:06CV 00613**
      **Judge: James Robertson**

Dear Ms. Forti:

    We (Alberto Chong, Luisa Zanforlin, Richard Aguglia, and Jeffrey Hardie) do not understand how you in good faith can bring the above-styled matter. The claims advanced are frivolous, false and devoid of merit. In this regard, we are hereby serving on you the enclosed draft Motion for Rule 11 Sanctions. As provided by Rule 11(c)(1)(A), you have 21 days from your receipt of the enclosed motion to dismiss this action with prejudice. We urge you do to so to ensure that no further resources are wasted on these claims. If you do not dismiss this action with prejudice within 21 days, we will file the motion with the Court and seek a hearing at the earliest possible date.

    We will also seek sanctions under 28 U.S.C. 1927 for filing multiple suits which are both unreasonable and vexatious.

    Our views are set forth more fully in the accompanying draft motion and brief in support, as well as in the motion and brief we filed on April 26, 2006.

Sincerely,

*Richard L. Aguglia*
Richard L. Aguglia
Counsel for Alberto Chong
 and Luisa Zanforlin
Hunton & Williams LLP
1900 K Street, N.W.
Suite 1200
Washington, D.C. 20006
(202) 955-1500

Sincerely,

*John Jay Range*
John Jay Range
Counsel for Richard Aguglia
 and Jeffrey Hardie
Hunton & Williams LLP
1900 K Street, N.W.
Suite 1200
Washington, D.C. 20006
(202) 955-1500