UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. FORTI, | ) |
| | ) |
|       Plaintiff, | ) |
| | )   Case No. 1:06CV00613 |
| v. | )   Judge: James Robertson |
| | )   Deck Type: Contract |
| W.C. & A.N. MILLER | ) |
| DEVELOPMENT COMPANY, et al., | ) |
| | ) |
|       Defendants. | ) |

## ORDER

Upon consideration of Defendants Alberto Chong, Luisa Zanforlin, Richard Aguglia and Jeffrey Hardie's Motion for Sanctions, the Memorandum of Points and Authorities in support thereof, and for good cause shown, it is this ___ day of _____, 2006,

ORDERED that the Motion for Sanctions be and the same is hereby granted; and it is further

ORDERED that the Complaint be and the same is hereby dismissed with prejudice as to Defendants Alberto Chong, Luisa Zanforlin, Richard Aguglia and Jeffrey Hardie; and it is further

ORDERED that Defendants Alberto Chong, Luisa Zanforlin, Richard Aguglia and Jeffrey Hardie are entitled to an award of attorneys fees and costs against Plaintiff in an amount to be determined by the court; and it is further

ORDERED that Plaintiff shall pay a penalty to the Clerk of the Court for filing this action as determined by the Court.

                                                                                                             Judge James Robertson

Copies to:

Carol A. Forti, *pro se*
14 West Chapman Street
Alexandria, VA 22301

George Masson, Jr., Esq.
1900 M Street, N.W.
Suite 410
Washington, D.C. 20036

John Jay Range, Esq.
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Suite 1200
Washington, D.C. 20006

Richard L. Aguglia, Esq.
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Suite 1200
Washington, D.C. 20006

Nathan Finkelstein, Esq.
7315 Wisconsin Avenue, N.W.
Suite 400 East
Bethesda, MD 20814

61681.000002 WASHINGTON 597233v3