UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. FORTI, | * |
| Plaintiff, | * |
| v. | * Case No. 1:06CV00613 |
|  | * Judge: James Robertson |
|  | * Deck Type: Contract |
| W.C. & A.N. MILLER DEVELOPMENT COMPANY, et al., | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### MOTION OF DEFENDANTS NATHAN I. FINKELSTEIN AND FINKELSTEIN & HORVITZ, P.C. FOR SANCTIONS AGAINST CAROL A. FORTI PURSUANT TO FED. R. CIV. P. 11 AND 28 U.S.C. § 1927

COME NOW Defendants Nathan I. Finkelstein and Finkelstein & Horvitz, P.C. and hereby move this Court to impose sanctions against plaintiff Carol A. Forti pursuant to Fed. R. Civ. P. 11 and 28 U.S.C. § 1927. Defendants Nathan I. Finkelstein and Finkelstein & Horvitz, P.C. submit herewith a Memorandum of Points and Authorities in support of the instant Motion and a proposed Order.

Prior to the filing of the instant motion, Defendants Nathan I. Finkelstein and Finkelstein & Horvitz, P.C. served a copy of this motion, the attached Memorandum of Points and Authorities and proposed Order upon plaintiff Carol A. Forti with a letter requesting that she withdraw the Complaint filed in this action within twenty-one (21) days, as required by Fed. R. Civ. P. 11(c)(1)(A). A copy of said letter is attached as Exhibit C to the supporting Memorandum of Points and Authorities.

WHEREFORE, Defendants Nathan I. Finkelstein and Finkelstein & Horvitz, P.C. respectfully request that this Honorable Court grant the instant Motion; award attorney's

fees and costs in their favor; and impose a penalty on Forti as it deems appropriate to be paid to the Clerk of Court.

          Respectfully submitted,

          _____/s/_____
          Nathan I. Finkelstein, # 173682
          Laurie B. Horvitz, # 384702
          Robert J. Goldman, # 481642
          Finkelstein & Horvitz, P.C.
          7315 Wisconsin Avenue, Suite 400 East
          Bethesda, Maryland 20814
          Telephone: (301) 951-8400
          Facsimile: (301) 951-8401

## **REQUEST FOR HEARING**

Defendants Nathan I. Finkelstein and Finkelstein & Horvitz, P.C. hereby request an oral hearing on this motion pursuant to LCvR 7(f).

          _____/s/_____
          Nathan I. Finkelstein