**EXHIBIT C**

LAW OFFICES
**FINKELSTEIN & HORVITZ, P.C.**
Suite 400 East
7315 Wisconsin Avenue
Bethesda, Maryland 20814
Telephone: (301) 951-8400
Facsimile: (301) 951-8401
Email: info@fandhlaw.com

**Nathan I. Finkelstein** ✦•✱✦  ★ MD, ✱ DC, ✦ GA
**Laurie B. Horvitz** ✱✱

**Robert J. Goldman** ✱✱✦
**Emily D. Gooding** ✱✱         May 12, 2006

Ms. Carol A. Forti, Esquire
14 West Chapman Street
Alexandria, Virginia 22301

     Re:  <u>Carol A. Forti v. W.C. & A.N. Miller Development Company, et al.</u>
            U.S. District Court for the District of Columbia Case 1:06cv613 (JR)

Dear Ms. Forti

    Pursuant to Federal Rule of Civil Procedure 11(c)(1)(A), I am enclosing a copy of the Motion of Defendants Nathan I. Finkelstein and Finkelstein & Horvitz, P.C. for Sanctions Against Carol A. Forti pursuant to Fed. R. Civ. P. 11 and 28 U.S.C. §1927 ("Motion"); a supporting Memorandum of Points and Authorities; and a proposed Order.

    The bases for the Motion are that the Complaint you filed in the above action violates Federal Rule of Civil Procedure 11(b)(1), (2), (3), and (4). As set forth in greater detail in the attached Motion and supporting Memorandum of Points and Authorities, the Complaint has not been presented for any proper purpose; asserts claims that are not warranted by existing law or by a non-frivolous argument for extension, modification, or reversal of existing law; contains allegations and other factual contentions that lack evidentiary and factual support; and contains denials of facts that have been judicially determined.

    Federal Rule of Civil Procedure 11(c)(1)(A) provides that the attached Motion shall not be filed with the court unless, within 21 days after service of said Motion, the Complaint is not withdrawn. If, in 21 days, you have not withdrawn the Complaint, we will file the attached Motion seeking sanctions against you as more particularly described in the Motion.



Very truly yours,

Nathan I. Finkelstein

George T Masson Jr Esq
John Jay Range, Esq & Richard L. Aguglia Esq