UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. FORTI, | * |
| | * |
| Plaintiff, | * |
| | *   Case No. 1:06CV00613 |
| v. | *   Judge: James Robertson |
| | *   Deck Type: Contract |
| W.C. & A.N. MILLER DEVELOPMENT COMPANY, et al., | * |
| | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Having considered Motion of Defendants Nathan I. Finkelstein and Finkelstein & Horvitz, P.C. for Sanctions Against Carol A. Forti pursuant to Fed. R. Civ. P. 11 and 28 U.S.C. §1927, and the record herein; it is this _____ day of _____, 2006

ORDERED that the Motion of Defendants Nathan I. Finkelstein and Finkelstein & Horvitz, P.C. for Sanctions Against Carol A. Forti pursuant to Fed. R. Civ. P. 11 and 28 U.S.C. §1927 is hereby GRANTED;

FURTHER ORDERED that Defendants Nathan I. Finkelstein and Finkelstein & Horvitz, P.C. are entitled to an award of attorney's fees and costs in an amount to be determined by the Court;

FURTHER ORDERED that Plaintiff Carol A. Forti shall pay a penalty to the Clerk of Court in the amount of $ _____ on or before the ____ day of _____, 2006.

_____
Judge James Robertson

Copies to:

Carol A. Forti, *pro se*
14 West Chapman Street
Alexandria, Virginia 22301

John Jay Range, Esq.
Richard L. Arguglia, Esq.
Jeffrey Hardie, Esq.
Hunton & Williams, LLP
1900 K Street, N.W.
Suite 1200
Washington, D.C. 20006

George Masson, Jr., Esq.
1900 M Street, N.W.
Suite 410
Washington, D.C. 20036

Laurie B. Horvitz, Esq.
Robert J. Goldman, Esq.
Finkelstein & Horvitz, P.C.
7315 Wisconsin Avenue
Suite 400 East
Bethesda, Maryland 20814