UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. FORTI, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-0613 (JR) |
| W.C. & A.N. MILLER DEVELOPMENT CO., *et al.*, | : |
| Defendants. | : |

### NOTICE TO PARTIES AND COUNSEL

Upon review of the three essentially identical motions for summary judgment plaintiff filed on May 30, 2006 [20, 21, 22], it appears (a) that none of them contains the "statement of material facts as to which the moving party contends there is no genuine issue" required by LCvR 56.1, <u>i.e.</u>, a statement that "include[s] references to the parts of the record relied on to support the statement" -- plaintiff's <u>ipse dixit</u> affidavits [20 #7, 21 # 7, 22 # 7] do not satisfy the Rule -- and (b) that none of them is responsive to the Court's <u>sua sponte</u> order of May 25, 2006 [18] directing plaintiff to show cause why sanctions should not be imposed upon her pursuant to F.R.Civ.P. 11(b).  Defendants are under no obligation to respond to plaintiff's motions for summary judgment before a decision is rendered on their motions to dismiss [10, 12, 15] and the order to show cause [18] is discharged.

JAMES ROBERTSON
United States District Judge