14 West Chapman Street
Alexandria, VA 22301
June 10, 2006

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2006 JUN 12 AM 9: 52
NANCY M.
MAYER-WHITTINGTON
CLERK

<u>Hand-delivered to the Clerk's Office</u>
The Honorable James Robertson
United States District Judge
United States District Court
for the District of Columbia

RE: Civil Action No 06-0613
    CAROL A. FORTI, Plaintiff v. W.C. & A.N. MILLER DEVELOPMENT CO.
    et al., Defendants.

Dear Judge Robertson:

I just received your "Notice to Parties and Counsel" in today's mail. I did not receive a copy of your order to show cause that you issued on May 25, 2006.
I will pick up a copy from the clerk's office on Monday, June 12 and immediately respond to it. This is not the first time that I have had a problem with mail delivered to my home, but I hope it will be the last.

In addition to responding to your order, I will correct the deficiencies you cited in my motions for summary judgment.

Thank you for your consideration in sending this notice instead of assuming that I was deliberately ignoring your order. I assure you that was not the case.

Sincerely,

Carol A. Forti
Plaintiff <u>pro se</u>
703.535.5449

6/12/06
[handwritten notation]
JR
USDJ

CC: George Masson, Jr.
    Richard Agulia
    Nathan Finkelstein