priv. sunny estate-like grounds, 2-car gar. EZ access...
SUNDAY ONLY 12:30-3:30. 5637 Western Ave. NW
ROBERT ISREAL                 301-961-5295

**Gerloch real estate**

**CH CH/FRIENDSHIP        $965,000**



**LAST ONE - CLOSE OUT!**
New home by Chase Builders w/4 fin lvls, garage, superior construct, exquisite detailing, crisp, open spaces. near Ch Ch Pav, Metro, Mazza, etc. OPEN SUN ONLY 12-2. 4200 Military Rd; NW
MEL SILICKI                   301-495-5481

**Gerloch real estate**

**CHEVY CHASE            $384,900**
**JUST LISTED - OPEN SAT & SUN**
**CHRISTOPHER MEWS**
Private gated courtyard community. Spacious end-unit townhouse condo with spectacular private roof deck. LR w/fpl, 3 BR / 2.5 BA. Freshly painted. Lots of windows & lovely window treatments. Great closet space (including walk-in). Hardwoods throughout. New appliances. Parking space. Wonderful in-town living. Walk to METRO, restaurants, stores, theatres and more. For detailed info. & photos, see www.SherryDavis.com. Open 12-3. N Conn. just past Nebraska see sign on right - Christopher Mews - 5227 Conn. Ave. DOES NOT FRONT CONN. AVE. Follow walkway back to courtyard to #1007.
SHERRY DAVIS          301-996-3220
                      202-362-0708

**SAM MILLER**

**Chevy Chase         $399,000**
**FIRST OPEN 2:30-5**
**Parkland Views**
Listing/Barnaby Wds Appealing setting

FR only 10 yrs... w/stone fp, gorgeous big BR on main, 2 add'l BRs + bath on 3rd, great rec rm + au pair ste in bsmt, 2 car gar. Cathedral view! It doesn't get much better than this! Subject to assignment of existing contract.
wfpslr.com
Liz Lavette Shorb        202-243-1629

**Exclusive Affiliate of**
**SOTHEBY'S**
**International Realty**

**Cleveland Pk/Woodley Pk**
Beaut. award-winning 4 BR home on 1/4 ac; 2FB/2HB's; Spac LR, DR, Kit, Fin bsmt/family rm, au pair suite; Spect. patio/tall hrdwds; $895,000. Fin pre-appr. req. Show 4/13, 4/14, 1-3:30 p.m. Appt. only. 202/462-1843. Co-op 3%. Dir. N on Conn. Ave. L Woodley Rd to Garfield St. 2nd L to 2936 Garfield Terrace.

**Open Today**
**COLONIAL VILLAGE $899,000**
Open Sat & Sun 1-3 Det cust. brk. & stone rambler overlooking the Rock Creek Church golf course. Spac 7 BRs, 3 FBA, 4HBA, 2-car gar. on 1/3 acre. Sect. cul de sac. 60' rec. rm. & 33' LR w/fp, fiw firs. 1625 Underwood St. NW. Call 301-980-2001

**LONG & FOSTER**

**COLUMBIA HGHTS/3302 11TH ST NW**
3br/2ba, 1 car garage. Renovated. Open 1-4. $219,900.
United Realty 703-966-2241

**COLUMBIA HGTS $610,000**
3238 13th St. NW Open 1-5
Four Victorian Units. Great Area! New, Updated, partially finished bsmt. More info. on site? Katie Moore 202-362-8784
Weichert Realtors    202-326-1100

**COLUMBIA HGTS $499,999**
**OPEN SUN 2-3**
1323 GIRARD ST NW. Det. huge, over 7,000 s.f. 301-306-5314/X1. or email at ewilsonrealty@hotmail.com. ERNESTINE L WILSON RE

**NEAR M METRO**

**COLUMBIA HTS NW     Open 2-5**
**SUCCESS**
spell it without 'U' You an investment and ensure your future. -unit duplex in desir-...that offers

formal dining rm. & gracious... ing onto brick-paved gard... foyer, powder rm, fam.rm w... laundry rm. Top level: Master w/fpl; 2 dressing rms; & lge b... tub. 2 more ample BRs &... include oversized det. 2-car g...
Mary Grover Bow...
John A. Vardas

**RANDALL**

**Dup                  NEW LISTING**
**Multi-Unit!**
Four renovated 2BR units in HISTORIC VICTORIAN! Half blk to Fresh Fields, sep util, lg priv yard! Units always well-rented! By Appt Tour @ www.Martin-Jeff.com
1506 P St            $899,000
Martin Toews & Jeff Brier
202-471-5203 / 202-333-6100

**PARDOE** 

**DUP                   $359,000**
**A RARE FIND**
2BR, 2BA Contemporary townhome with great kitchen, hardwood floors, great light. Extras include roofdeck & garage parking. You better not wait!
OPEN 1-4
1607 T Street NW
The New Washington Land Co.
Suzanne Winter        202-271-8282

**DUPONT         1-4    $479,000**
**"HEAVEN IN THE CITY"**
**"SPRINT TO METRO"**
Stunning 3 BRs TH with gorgeous hardwood floors. Spacious Living Room and large Dining Room that is ideal for entertaining. Renovated Kitchen & Baths. VERY DEEP PRIVACY YARD. FULLY FENCED WITH DECK. Large parking pad for 2 cars! 1424 S Street, N.W.
STEVEN FIGMAN        202-359-5324
Weichert Realtors    202-326-1300

**DUPONT CIRCLE        BY APPT**
Back on the Market! The 4BR 3.5BA Vic... hrdwd fl... marble... deck...

**DEFENDANT'S EXHIBIT 1**