# District of Columbia
# Court of Appeals

FILED MAR 15 2005 DISTRICT OF COLUMBIA COURT OF APPEALS

No. 03-CV-1254

CAROL A. FORTI,

    Appellant,

           CA4745-02

v.

W.C. & A.N. MILLER DEVELOPMENT
COMPANY, INC., ET AL.,

    Appellees

BEFORE: Farrell and Ruiz, Associate Judges; Nebeker, Senior Judge.

## ORDER

On consideration of appellant's *pro se* motion to void the judgment and other relief and the responses of appellees, it is

ORDERED that the motion is denied. It is

FURTHER ORDERED that appellant is hereby prohibited from filing any further motions or pleadings in this appeal and the Clerk shall not accept for filing any further pleadings, papers or motions in this appeal.

PER CURIAM

Copies to:

Carol A. Forti
14 West Chapman Street
Alexandria, VA 22301

Richard L. Aguglia, Esquire
1900 K Street, NW, Suite 1200
Washington, DC 20006

George T. Masson, Esquire
1900 M Street, NW, Suite 410
Washington, DC 20036

aj


DEFENDANT'S EXHIBIT 12