SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| W.C. & A.N. MILLER DEVELOPMENT COMPANY, | ) ) ) |
| Plaintiff/Counterclaim Defendant, | ) ) ) |
| v. | ) ) |
| CAROL A. FORTI, | ) ) |
| Defendant/Counterclaim & Third-Party Plaintiff, | ) ) ) ) |
| v. | ) ) |
| JUNE HUMBERT, | ) ) |
| Third-Party Defendant, | ) ) |
| and | ) ) |
| ALBERTO CHONG and LUISA ZANFORLIN | ) ) ) |
| Third-Party Defendants. | ) |

Case No. 02ca0004745
Calendar 13
Judge Melvin R. Wright

FILED
CIVIL ACTIONS BRANCH
NOV 0 4 2004
Superior Court
of the District of Columbia
Washington, D.C.

## ORDER

Upon consideration of the motion of plaintiff/counterclaim defendant W.C. & A.N. Miller Development Company to recover additional attorney's fees and costs from defendant/counterclaimant/third-party defendant Carol A. Forti, the memorandum of points and authorities in support thereof, including the detailed listing of fees and costs incurred, the opposition of defendant/counterclaimant/third-party defendant Forti thereto, and it appearing that the request for attorney's fees and costs is reasonable, and it further appearing that under the


DEFENDANT'S EXHIBIT 13

terms of the relevant contract defendant/counterclaimant/third-party defendant Forti is obligated to reimburse plaintiff/counterclaim defendant Miller, as the prevailing party, for its attorney's fees and costs in this case, it is, by the Court, this 4th day of November 2004,

ORDERED that the motion be, and the same is, hereby GRANTED; and it is further

ORDERED that judgment is entered in favor of W.C. & A.N. Miller Development Company in the amount of $28,005.24, which is the amount of fees and costs incurred by it for which recovery is sought since October 31, 2003.

_____
JUDGE MELVIN R. WRIGHT

Copies to:

Carol A. Forti, Esq.
14 West Chapman Street
Alexandria, VA 22301

Richard Aguglia, Esq.
Hunton & Williams
1900 K Street, N.W., 12th Floor
Washington, DC 20006

George T. Masson, Jr., Esq.
Hamilton and Hamilton, LLP
1900 Pennsylvania Avenue, N.W.
Suite 410
Washington, DC 20036-3532