## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CAROL A. FORTI,                         *
                                        *
              Plaintiff,                *
                                        *       Case No. 1:06CV00613
v.                                      *       Judge: James Robertson
                                        *       Deck Type: Contract
W.C. & A.N. MILLER                      *
DEVELOPMENT COMPANY, et al.,            *
                                        *
              Defendants.               *
                                        *

*     *     *     *     *     *     *     *     *     *     *     *     *

### MOTION OF DEFENDANTS NATHAN I. FINKELSTEIN
### AND FINKELSTEIN & HORVITZ, P.C. TO DISMISS AMENDED COMPLAINT
### OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

COME NOW, Defendants Nathan I. Finkelstein and Finkelstein & Horvitz, P.C.,

and hereby move to dismiss the Amended Complaint filed in this case or, in the

alternative, move for summary judgment in favor of Defendants Nathan I. Finkelstein

and Finkelstein & Horvitz, P.C. for the reasons specifically set forth in the attached

Memorandum of Points and Authorities.  Defendants Nathan I. Finkelstein and

Finkelstein & Horvitz, P.C. assert that Plaintiff Carol A. Forti's Amended Complaint is

barred by the applicable statute of limitations, the doctrine of collateral estoppel, and

fails to state a claim upon which relief can be granted.  A proposed Order is also

attached hereto.

WHEREFORE, Defendants Nathan I. Finkelstein and Finkelstein & Horvitz, P.C.

respectfully request that this Honorable Court enter an Order granting the instant Motion

and dismissing Plaintiff Carol A. Forti's Amended Complaint with prejudice or, in the

alternative, entering final judgment in this matter in favor of Defendants Nathan I.

Finkelstein and Finkelstein & Horvitz, P.C.

Respectfully submitted,

_____/s/_____
Nathan I. Finkelstein, # 173682
Laurie B. Horvitz, # 384702
Robert J. Goldman, # 481642
Finkelstein & Horvitz, P.C.
7315 Wisconsin Avenue, Suite 400 East
Bethesda, Maryland 20814
Telephone: (301) 951-8400
Facsimile: (301) 951-8401

## **REQUEST FOR HEARING**

Pursuant to LCvR 7(f), Defendants Nathan I. Finkelstein and Finkelstein &

Horvitz, P.C., request an oral hearing on this motion.

_____/s/_____
Nathan I. Finkelstein