```
        SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
            02ca004745  DOCKET      AS OF   2/23/05          EP2003

CAPTION: W.C. and A.N. Miller vs. Forti,C       USER:Wiggins, Vondell
ASSIGNED JUDGE  Melvin R. Wright                DEPT:CivClk

  Codes Embedded in Docket Entries
  --------------------------------
  (cns) - cancelled by consolidation
  (den) - denied
  (fin) - final disposition
  (jsd) - cancelled by disposition
  (gra) - granted
  (hrg) - hearing
  (mot) - motion opposition due
  (ord) - order
  (opp) - opposition to motion
  (prt) - partial disposition
  (rej) - rejected
  (rst) - rescheduled
  (wdr) - withdrawn

  (cnl) - Captioned case is the lead case in consolidated group
  (case#) - Captioned case is subsidiary to (lead case)
  FSDATE: - first scheduled date
  NSDATE: - next scheduled date
  LSDATE: - last scheduled date
  INTRATE - interest rate
  INTDATE - interest as of date
```



EXHIBIT

D

```
           SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
                 02ca004745  DOCKET        AS OF  2/23/05          EP2003


CAPTION: W.C. and A.N. Miller vs. Forti,C              USER:Wiggins, Vondell
ASSIGNED JUDGE  Melvin R. Wright                       DEPT:CivClk


   FILED/                   PARTIES/                          DOCKETED
   EVENT                    ENTRIES


   P001         W.C. & A.N. Miller Develop. Co.

   P001A        George T. Masson, Jr.                  bar#051953
                1900 M St Nw
                Ste 410
                Wash Dc
                20036


                    VS


   D001         Carol A Forti

   D001A        (Pro se )
                14 West Chapman St
                Alexandria, VA
                22301


   D002         June Humbert

   D002A        George T. Masson, Jr.                  bar#051953
                1900 M St Nw
                Ste 410
                Wash Dc
                20036


   D003         Luisa Zanforlin

   D003A        Francine E. Friedman, Esq.             bar#468557
                1900 K St., N.W.
                Suite #1200
                Washington, D.C.
                20006


   D004         Alberto Chong

   D004A        see previous   bar#468557

   06/13/02     Complaint for Breach of contract                06/13/02

   06/14/02     AMENDED complaint                                06/17/02
                BY        WC & AN

   06/14/02     ALIAS summons to: Carol A. Forti                 06/18/02
                BY        (clerk)

   06/20/02     CERTIFICATE regarding discovery filed            06/21/02
                BY        wc & an mi

   06/21/02     AFFIDAVIT of service of summons and complaint by special  06/24/02
```

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
02ca004745   DOCKET        AS OF   2/23/05        EP2003

CAPTION: W.C. and A.N. Miller vs. Forti,C          USER:Wiggins, Vondell
ASSIGNED JUDGE  Melvin R. Wright                   DEPT:CivClk

| FILED/<br>EVENT | PARTIES/<br>ENTRIES | DOCKETED |
|---|---|---|
| | process server on carol forti on 6-18-02<br>BY      (clerk) | |
| 07/08/02 | Motion to Extension of time to answer complaint and file<br>counterclaim<br>BY      Forti | 07/09/02 |
| 07/09/02 | (ORDER GRANTING) Motion for Extension of time to answer<br>complaint and file counterclaim. FLD 7/9/02<br>BY      J/Abrecht | 07/09/02 |
| 07/15/02 | COUNTER claim<br>BY      Forti | 07/16/02 |
| 07/15/02 | ANSWER to complaint By Carol A. Forti<br>BY      Forti | 07/16/02 |
| 08/02/02 | ANSWER to counter claim By WC & AN Miller Development<br>Company<br>BY      WC & AN | 08/05/02 |
| 08/06/02 | THIRD PARTY complaint against June Humbert, Luisa Zanforli<br>n, and Alberto Chong<br>BY      Forti | 08/07/02 |
| 08/06/02 | CERTIFICATE regarding discovery filed<br>BY      Miller | 08/07/02 |
| 08/13/02 | AFFIDAVIT of service of summons and complaint by special<br>process server on June Humbert on 8/7/02<br>BY      (clerk) | 08/14/02 |
| 08/13/02 | AFFIDAVIT of service of summons and complaint by special<br>process server on Luisa Zanforlin on 8/4/02<br>BY      (clerk) | 08/14/02 |
| 08/13/02 | AFFIDAVIT of service of summons and complaint by special<br>process server on Alberto Chong on 8/7/02<br>BY      (clerk) | 08/14/02 |
| 08/26/02 | Mot to strike or in the Alternative ,dismiss third party<br>complaint<br>BY      Chong | 08/28/02 |
| 08/27/02 | ANSWER to third party complaint by june humbert<br>BY      humbert | 08/28/02 |
| 09/10/02 | (opp) Mot to strike or in the Alternative ,dismiss third<br>party complaint | 09/11/02 |

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
02ca004745  DOCKET         AS OF   2/23/05          EP2003

CAPTION: W.C. and A.N. Miller vs. Forti,C          USER:Wiggins, Vondell
ASSIGNED JUDGE  Melvin R. Wright                   DEPT:CivClk

| FILED/<br>EVENT | PARTIES/<br>ENTRIES | DOCKETED |
|---|---|---|
| | BY       Chong | |
| 09/20/02 | 3rd party defts' reply to opp to mot strike or in the alternative mot to dismiss the 3rd party comp. against defts Chang & Zanforli<br>BY       Humbert | 09/23/02 |
| 09/25/02 | ORDER DENYING Mot to strike or in the Alternative ,dismiss third party complaint SEE LG FLD 9-25-02<br>BY       J/Abrecht | 08/28/02 |

_____(Extended Text)
    ORDER:that third party deft's mot to strike is denied and leave be grante
dnunc pro tunc for the untimely filing of the third party complaint

_____

| 09/25/02 | ORDER denying mot to dismiss third party complaint SEE LG FLD 9-25-02,<br>BY       J/Abrecht | 09/26/02 |

_____(Extended Text)
    ORDER:That the third party complaint be answered

_____

| 09/27/02 | (jsd) Initial SCHEDULING conference @ 9:30am<br>FSDATE:   020927ss | 06/13/02 |
| 10/10/02 | ANSWER to third party complaint By Alberto Chong & Lusia Zanforlin<br>BY       Chong | 10/15/02 |
| 11/14/02 | CERTIFICATE regarding discovery filed<br>BY       miller | 11/15/02 |
| 11/18/02 | CERTIFICATE regarding discovery filed<br>BY       WC & AN | 11/19/02 |
| 11/18/02 | Rule 26(b)(4) statement RECEIVED from June Humbert and W.C. & A.N. Miller Development Co<br>BY       Humbert | 11/19/02 |
| 11/18/02 | Witness list RECEIVED from W.C. & A.N. Miller Development Co., and June Humbert<br>BY       W.C | 11/19/02 |
| 11/21/02 | Motion to EXTEND time for deft/counterclaim/third party pltf to provide her witness list & to file opponent's rule, seelg,<br>BY       Forti | 11/22/02 |

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
           02ca004745  DOCKET         AS OF   2/23/05              EP2003

CAPTION: W.C. and A.N. Miller vs. Forti,C          USER:Wiggins, Vondell
ASSIGNED JUDGE  Melvin R. Wright                   DEPT:CivClk

   FILED/                      PARTIES/
   EVENT                       ENTRIES                             DOCKETED


_____(Extended Text)
       26(b)(4) statement


11/27/02   Third Party defts' response to deft/counterclaim & third   11/29/02
           party pltf's motion for enlargement of time and cross
           motion for see lg
           BY       Forti


_____(Extended Text)
     enlargement of time to file rule 26(b)(4) statement


11/27/02   Witness list RECEIVED                                      12/02/02
           BY       Zanforlin

11/27/02   Deadline for DISCOVERY REQUESTS........................... 09/27/02

11/27/02   EXCHANGE lists of fact WITNESSES......................... 09/27/02

11/27/02   PROPONENT'S Rule 26(b) (4) statements due................ 09/27/02

12/09/02   opp to cross mot filed by Buyers Chong & Zanforling to     12/09/02
           postpone the date for filing their 26(b)(4) statement
           BY       WC & AN

12/12/02   Reply to Deft/Counterclaim & 3rd Party Pltf's Opposition   12/13/02
           to Cross Motion for Enlargement of time to file Rule
           26(b)(4) Statement
           BY       Chong

12/13/02   CERTIFICATE regarding discovery filed                      12/16/02
           BY       Forti

12/16/02   (ORDER GRANTING) Motion to EXTEND time for deft/countercla 11/22/02
           im/third party pltf to provide, seelg, fld 12/17/02,
           mailed 12/18/02
           BY       J/Abrecht


_____(Extended Text)
       her witness list & to file opponet's Rule 26(b)(4) statement
     ORDERED, that Third Party Defendants' cross motion for enlargement of time
be and the same is hereby also granted; and it is further
     ORDERED, that the time for filing Defendant/Counterclaim & Third Party Plai
ntiff's witness lists is extended until and including December 13, 2002; and it
is further
     ORDERED, that the time for filing Defendant/Counterclaim & Third Party Plai
ntiff's Rule 26(b)(4) Statement is extended until and including December 31, 200

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
02ca004745   DOCKET        AS OF    2/23/05        EP2003

CAPTION: W.C. and A.N. Miller vs. Forti,C          USER:Wiggins, Vondell
ASSIGNED JUDGE  Melvin R. Wright                    DEPT:CivClk

| FILED/ | PARTIES/ | |
| EVENT | ENTRIES | DOCKETED |

2; and it is further
     ORDERED, that the time for filing Third Party Defendants' Rule 26(b)(4) Sta
tement is extended until and including January 8, 2003

---

| 12/18/02 | CERTIFICATE regarding discovery filed | 12/19/02 |
| | BY      Forti | |

| 12/18/02 | CERTIFICATE regarding discovery filed | 12/19/02 |
| | BY      Forti | |

| 12/20/02 | CERTIFICATE regarding discovery filed | 12/23/02 |
| | BY      forti | |

| 12/26/02 | CERTIFICATE regarding discovery filed | 12/27/02 |
| | BY      humbert | |

| 12/27/02 | OPPONENT'S Rule 26(b)(4) statements due.................. | 09/27/02 |

| 12/31/02 | Rule 26(b)(4) statement RECEIVED | 01/02/03 |
| | BY      Forti | |

| 01/02/03 | CERTIFICATE regarding discovery filed | 01/02/03 |
| | BY      miller | |

| 01/03/03 | Motion to quash notices of oral depositions & motion for a protective order to prevent oppression &, See Lg., | 01/06/03 |
| | BY      Forti | |

---

_____(Extended Text)
     harassment

---

| 01/07/03 | CERTIFICATE regarding discovery filed | 01/08/03 |
| | BY      Forti | |

| 01/07/03 | CERTIFICATE regarding discovery filed | 01/08/03 |
| | BY      Forti | |

| 01/07/03 | Third Party defts Chong and Zanforlins expert witness designation | 01/08/03 |
| | BY      Chong | |

| 01/09/03 | motion to strike 3rd party pltf fortis 26(b)(4) expert statement | 01/10/03 |
| | BY      chong,et | |

| 01/13/03 | (opp) Motion to quash notices of oral depositions & motion for a protective order to prevent oppression, See | 01/14/03 |

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
02ca004745  DOCKET        AS OF   2/23/05         EP2003

CAPTION: W.C. and A.N. Miller vs. Forti,C          USER:Wiggins, Vondell
ASSIGNED JUDGE  Melvin R. Wright                    DEPT:CivClk

| FILED/<br>EVENT | PARTIES/<br>ENTRIES | DOCKETED |
|---|---|---|
| | Lg.,<br>BY       WC | |
| 01/16/03 | (ORDER DENYING) Motion to quash notices of oral deposition<br>s & motion for a protective, SEE LG. FLD 1/16/03<br>BY       J/Wright | 01/06/03 |

_____ (Extended Text)
    · order to prevent oppression & harassment.
                                              FURTHER ORDERED: that De
ft/counterclaimant/3rd-party Pltf Forti shall agree w/ all counsel upon a date, t
ime, and place for her deposition;            FURTHER ORDERED, parties
 appear before the Court for a Status Hearing on 2/7/03 @ 9:30 a.m. in Courtroom
 #118
_____

| | | |
|---|---|---|
| 01/16/03 | (opp) motion to strike 3rd party pltf fortis 26(b)(4)<br>expert statement<br>BY       Forti | 01/17/03 |
| 01/16/03 | CERTIFICATE regarding discovery filed by Carol A Forti<br>BY       Forti | 01/17/03 |
| 01/16/03 | Opposition to third party defts' motion to strike Forti's<br>motion to quash depositions and her motion for a protecti<br>ve order<br>BY       Forti | 01/17/03 |
| 01/21/03 | Motion to strike SCR-Civil Rule 26(b)(4) statement of<br>deft, counterclaimant, & third-party pltf Forti<br>BY       W.C. & A.N | 01/22/03 |
| 01/23/03 | Set hearing on STATUS conference calendar for 030207st @<br>9:30am (per tm form) | -SCDC- |
| 01/27/03 | All DISCOVERY CLOSED.................................... | 09/27/02 |
| 01/28/03 | CERTIFICATE regarding discovery filed<br>BY       Forti | 01/30/03 |
| 01/30/03 | (opp) motion to strike 3rd party pltf fortis 26(b)(4)<br>expert statement<br>BY | 01/10/03 |
| 02/07/03 | (rst) STATUS conference @ 9:30am<br>FSDATE:<br>NSDATE:    030307st cnw | 01/23/03 |
| 02/10/03 | MOTION for summary judgment against pltf & third party | 02/10/03 |

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
02ca004745   DOCKET         AS OF   2/23/05             EP2003

CAPTION: W.C. and A.N. Miller vs. Forti,C          USER:Wiggins, Vondell
ASSIGNED JUDGE  Melvin R. Wright                   DEPT:CivClk

| FILED/<br>EVENT | PARTIES/<br>ENTRIES | DOCKETED |
|---|---|---|
| | defts<br>BY      Forti | |
| 02/10/03 | Continued to 030307st @ 9:30am from 030207st – Inclement<br>weather<br>FSDATE:<br>LSDATE:   030207st cnw | 02/10/03 |
| 02/12/03 | MOTION to vacate the current scheduling order and set new<br>deadlines<br>BY      Chong | 02/13/03 |
| 02/12/03 | motion to modify sched order & to EXTEND time to for<br>responding to mtn for summary judgment<br>BY       wc & an | 02/13/03 |
| 02/12/03 | Deadline for filing MOTIONS............................... | 09/27/02 |
| 02/26/03 | Motion for rule 11 for sanctions<br>BY      Forti | 02/27/03 |
| 02/26/03 | Correction of misrepresentations to the court by opposing<br>counsel regarding compliance with rule 12(I)<br>BY      Forti | 02/27/03 |
| 03/06/03 | (opp) Motion for rule 11 for sanctions<br>BY      W.C. & A.N | 03/07/03 |
| 03/06/03 | (opp) Motion for rule 11 for sanctions<br>BY      Forti | 03/07/03 |
| 03/07/03 | (rst) STATUS conference @ 9:30am<br>FSDATE:<br>LSDATE:   030207st cnw<br>NSDATE:   030314st cnt | 02/10/03 |
| 03/11/03 | Continued to 030314st @ 9:30am from 030307st – Per<br>transmittal form<br>FSDATE:<br>LSDATE:   030307st cnt | 03/11/03 |
| 03/12/03 | MOTION for attorneys fees to be awarded to hunton &<br>williams<br>BY      chong | 03/13/03 |
| 03/12/03 | Deadline for ruling on DISPOSITIVE motions................ | 09/27/02 |
| 03/14/03 | ORDER DENYING Motion to strike SCR–Civil Rule 26(b)(4)<br>statement of deft, counterclaimant, See Lg., Fld 030320 | 01/22/03 |

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
02ca004745  DOCKET       AS OF   2/23/05          EP2003

CAPTION: W.C. and A.N. Miller vs. Forti,C          USER:Wiggins, Vondell
ASSIGNED JUDGE  Melvin R. Wright                   DEPT:CivClk

FILED/                PARTIES/                              DOCKETED
EVENT                 ENTRIES

         BY       J/Wright

_____(Extended Text)
    & Third party pltf Forti
       ORDERED: That the motion be, & the same is, hereby DENIED w/o prejudice
       FURTHER ORDERED: That expert witness statement of deft, counterclaimant, &
third-party pltf Forti, be & the same is, extended to May 5, 2003 for filing

---

03/14/03    (ORDER DENYING) Motion for summary judgment against pltf    02/10/03
            & third party defts, seelg, fld 3/20/03
            BY      J/Wright

_____(Extended Text)
    ORDERED, that the motion is denied because disputed issues of material fac
ts exist.
       The defendant/third party plaintiff Forti denies she signed or verbally agr
eed to pay a commission on the sale of property located at 2936 Garfield Terrac
e, NW., Washington, DC.  However, in the complaint, plaintiffs provided a writte
n contract containing a provision for the payment of a brokerage fee that appears
 to have defendant Forti's signature.  Because this fact is disputed and the fa
ct finder must rely on testimony regarding the intent of parties in order to res
olve the issues, the court, as a matter of law, must deny the motion for summary
judgment

---

03/14/03    (ORDER GRANTING) motion to modify sched order & to EXTEND    02/13/03
            time to for responding to mtn for summary judgment,
            seelg, fld 030320
            BY      J/Wright

_____(Extended Text)
    FURTHER ORDERED:  That the time within which W.C. and A.N. Miller Develo
pment Co. and June Humbert shall respond to this motion for summary jdgmt filed
by deft/counterclaimant/third-party pltf Forti be, and the same is, hereby extend
ed until thirty (30) days after the completion of deft Forti's deposition; and
it is FURTHER ORDERED:  That the deposition deft/counterclaimant/third-party plt
f Forti shall be completed within twenty days of this Order; and it is FURTHER OR
DERED:  That the Sched. Order in this case be modified as follows:
    Deadline for filing Motions:                05/29/03
    Dispositive Motions Decided:                06/29/03
ADR (Mediation                           Between 07/14/03 & 08/14/03

---

03/14/03    ORDER DENYING Motion for rule 11 for sanctions See Lg fld    02/27/03
            3-20-03
            BY      J/Wright

_____(Extended Text)

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
02ca004745  DOCKET        AS OF   2/23/05          EP2003

CAPTION: W.C. and A.N. Miller vs. Forti,C          USER:Wiggins, Vondell
ASSIGNED JUDGE  Melvin R. Wright                    DEPT:CivClk

| FILED/ | PARTIES/ | DOCKETED |
| EVENT | ENTRIES | |

ORDERED:  That the mot be and the same is denied.  This court finds abso
lutely no basis in fact upon which the mot can be granted and determines that ea
ch party shall bear the costs associated with the filing and opposition of mot

---

03/14/03   (rst) STATUS conference @ 9:30am                    03/11/03
           FSDATE:
           LSDATE:   030307st cnt
           NSDATE:   031024st cnx

03/27/03   (jsd) MEDIATION within 30 days following.................. 09/28/02

03/31/03   ORDER GRANTING MOTION to vacate the current scheduling   02/13/03
           order & set new deadlines,see lg,fld 4-3-03
           BY      J/Wright

_____(Extended Text)
ORDERED that pursuant to the deadlines established by the court in its p
rior order dated 3-14-03 a copy of which is attached hereto

---

04/14/03   AFFIDAVIT of service of subpoena by special process     04/16/03
           server on George Masson on date unknown
           BY      (clerk)

04/21/03   Rule 26(b)(4) statement RECEIVED                        04/23/03
           BY      Humbert

04/23/03   (jsd) MEDIATION conference @11:00am                     01/31/03
           FSDATE:

04/23/03   ORDER DENYING MOTION for attorneys fees to be awarded to   03/13/03
           hunton & williams, Fld 6-9-03
           BY      J/Wright

04/25/03   ORDER denying Mot for sanctions fld 4-25-03             04/25/03
           BY      J/Wright

05/07/03   mot for judicial enforcement of a subpoena for documents  05/08/03
           requested during discovery which pltf and third party
           deft see lg
           BY      forti

_____(Extended Text)
Humbert refuse to produce although they have no legitimate reason to refu
se production

---

05/14/03   (opp) mot for judicial enforcement of a subpoena for     05/15/03

PAGE       9 of       19

```
            SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
                 02ca004745  DOCKET        AS OF  2/23/05        EP2003

CAPTION: W.C. and A.N. Miller vs. Forti,C          USER:Wiggins, Vondell
ASSIGNED JUDGE Melvin R. Wright                    DEPT:CivClk

  FILED/                    PARTIES/                          DOCKETED
  EVENT                     ENTRIES

          documents requested during discovery, which pltf and
           third party see lg
          BY        W.C

05/23/03  MOTION for summary judgment                         05/27/03
          BY        Chong

05/29/03  MOTION for summary judgment                         05/30/03
          BY        WC & an

05/30/03  AFFIDAVIT of service of subpoena by special process 06/02/03
          server on June Humbeit 5/23/03
          BY        (clerk)

05/30/03  AFFIDAVIT of service of subpoena by special process 06/02/03
          server on W.C. & A.N. Miller Development Co on 5/23/03
          BY        (clerk)

06/04/03  ORDER DENYING mot for judicial enforcement of a subpoena 05/08/03
          for documents requested during discovery, see lg fld
          6-4-03,mld 6-6-03
          BY        J/Wright

_____ (Extended Text)
   deft Humbert refuse to produce although they have no legitimate reason to
refuse production
              ORDERED:That the mot for judicial Enforcement of a Subpoena be,and
the same is hereby denied for the reason stated in defts opp

06/09/03  deft's counterclaimant, third party pltf's Forti move for 06/10/03
          enlargement of time to file opp to summary judgment
          motions by WC&AN Mill
          BY        Forti

06/09/03  (ORDER GRANTING) Motion for an enlargement of time to   06/11/03
          June 18, 2003 to file opposition to, seelg, fld 6/10/03,
          mailed 6/11/03
          BY        J/Wright

_____ (Extended Text)
   summary judgment

06/11/03  Rsponse of pltf W.C.& A.N.Miller Development Co and Third 06/12/03
          -Party deft June Humbert to mot of deft Counterclaimant
          See Lg
          BY        Forti

PAGE      10 of       19
```

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
                    02ca004745  DOCKET        AS OF   2/23/05          EP2003

CAPTION: W.C. and A.N. Miller vs. Forti,C                USER:Wiggins, Vondell
ASSIGNED JUDGE  Melvin R. Wright                         DEPT:CivClk

| FILED/<br>EVENT | PARTIES/<br>ENTRIES | DOCKETED |
|---|---|---|
| 06/11/03 | Third Pty Defts response to Deft, Counterclaimant, Third<br>Pty Pltf's mtn for enlargement of time to file opp. to<br>summary, seelg,<br>BY       Chong | 06/12/03 |
| | _____ (Extended Text)<br>motions by W.C. & A.N. Miller and Third Pty Defts Chong and Zanforlin | |
| 06/13/03 | Motion for judicial enforcement for issuance of SUBPOENA<br>ad testificandum<br>BY      WC & AN Miller | 06/16/03 |
| 06/14/03 | (opp) MOTION for summary judgment<br>BY | 05/27/03 |
| 06/19/03 | (opp) MOTION for summary judgment<br>BY       Forti | 06/20/03 |
| 06/19/03 | MOTION for summary judgment (Renewed)<br>BY       Forti | 06/20/03 |
| 06/19/03 | motion for 2 hour enlargement of time to get her extensive<br>response to 2 mtns for summary judgment xeroxed<br>BY       forti | 06/20/03 |
| 06/19/03 | Opp deft ,counterclaimant,and third party pltf Forti to<br>mot for summary judment by pltf W.C.A.N.Miller and third<br>party Deft See Lg<br>BY       Forti | 06/23/03 |
| | _____ (Extended Text)<br>Counterclaimant and Third Pltf Forti | |
| 06/25/03 | (opp) MOTION for summary judgment (Renewed)<br>BY       chong | 06/26/03 |
| 06/26/03 | (opp) Motion for judicial enforcement for issuance of<br>SUBPOENA ad testificandum<br>BY      W.C | 06/27/03 |
| 07/02/03 | CERTIFICATE regarding discovery filed<br>BY       Forti | 07/07/03 |
| 07/03/03 | Motion for enlargement of time on grounds of excusable<br>neglect(for rule 34 production)<br>BY       Forti | 07/08/03 |

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
02ca004745  DOCKET        AS OF   2/23/05        EP2003

CAPTION: W.C. and A.N. Miller vs. Forti,C            USER:Wiggins, Vondell
ASSIGNED JUDGE  Melvin R. Wright                     DEPT:CivClk

| FILED/<br>EVENT | PARTIES/<br>ENTRIES | DOCKETED |
|---|---|---|
| 07/03/03 | Motion for enlargement of time on grounds of excusable<br>neglect(for filing dispositive motion)<br>BY        Forti | 07/08/03 |
| 07/04/03 | (opp) Motion for judicial enforcement for issuance of<br>SUBPOENA ad testificandum<br>BY | 06/16/03 |
| 07/09/03 | (opp) Motion to enlagement time on grounds of excusable<br>neglect.(for filing dispostive motion)<br>BY        Chong | 07/11/03 |
| 07/09/03 | mem of points & authorities of pltf & 3rd party deft in<br>opp to deft Forti renewed mot for summary judgment &<br>seeElg<br>BY        WC&AN | 07/14/03 |

_____ (Extended Text)
in reply to deft Forti's motion for motion for summary judgment
_____

| 07/10/03 | (opp) MOTION for summary judgment (Renewed)<br>BY | 06/20/03 |
|---|---|---|
| 07/10/03 | (mot) motion for 2 hour enlargement of time to get her<br>extensive response to two mtns for summary judgment<br>xeroxed<br>BY | 06/20/03 |
| 07/11/03 | (opp) Motion for enlargement of time on grounds of<br>excusable neglect(for rule 34 production)<br>BY        W.C | 07/14/03 |
| 07/11/03 | Response to "reply by deft, Counterclaimant, third party<br>pltf Forti to the memorandum of pts. & auths. filed by<br>W.C. and, seelg,<br>BY        Miller | 07/14/03 |

_____ (Extended Text)
     A.N. Miller and third party deft June Humbert"
_____

| 07/11/03 | memo of points & authorites in opp to deft Forti's mot<br>for ext of time to file a rule 34 request for production<br>of documents<br>BY        Forti | 07/16/03 |
|---|---|---|
| 07/12/03 | AFFIDAVIT of service of subpoena by special process<br>server on ct corporation system on 7-1-03 | 07/16/03 |

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
02ca004745  DOCKET        AS OF   2/23/05              EP2003

CAPTION: W.C. and A.N. Miller vs. Forti,C           USER:Wiggins, Vondell
ASSIGNED JUDGE  Melvin R. Wright                    DEPT:CivClk

| FILED/<br>EVENT | PARTIES/<br>ENTRIES | DOCKETED |
|---|---|---|
| | BY      (clerk) | |
| 07/12/03 | AFFIDAVIT of service of subpoena by special process<br>server on June Humbert on date unknown<br>BY      (clerk) | 07/16/03 |
| 07/15/03 | Reply to the response of Miller & Humbert to "reply" by<br>Forti to Miller & Humbert's Memorandum of points &<br>authorities<br>BY      Forti | 07/16/03 |
| 07/15/03 | reply by deft counterclaimant third party pltf forti to<br>memorandum of points & authorities by miller & humbert,se<br>e lg<br>BY      forti | 07/16/03 |

_____ (Extended Text)
     re: forti's mtn for enlargement of time to file a request for production
of documents

| | | |
|---|---|---|
| 07/24/03 | (opp) Motion to enlagement time on grounds of excusable<br>neglect.(for filing dispostive motion)<br>BY | 07/08/03 |
| 07/24/03 | (opp) Motion for enlargement of time on grounds of<br>excusable neglect(for rule 34 production)<br>BY | 07/08/03 |
| 08/18/03 | Continued to 031024st @ 9:30am from 030314st (PER T.M.<br>FORM)<br>FSDATE:<br>LSDATE:    030314st cnx | 08/18/03 |
| 10/21/03 | Continued to 031031st @11:00am from 031024st - Per<br>transmittal form<br>FSDATE:<br>LSDATE:    031024st cnt | 10/21/03 |
| 10/24/03 | (rst) STATUS conference @ 9:30am<br>FSDATE:<br>LSDATE:    030314st cnx<br>NSDATE:    031031st cnt | 08/18/03 |
| 10/31/03 | (jsd) STATUS conference @11:00am<br>FSDATE:<br>LSDATE:    031024st cnt½ | 10/21/03 |
| 10/31/03 | (fin) (ORDER GRANTING) Motion for summary judgment, | 05/30/03 |

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
02ca004745  DOCKET       AS OF  2/23/05          EP2003

CAPTION: W.C. and A.N. Miller vs. Forti,C          USER:Wiggins, Vondell
ASSIGNED JUDGE  Melvin R. Wright                   DEPT:CivClk

| FILED/<br>EVENT | PARTIES/<br>ENTRIES | DOCKETED |
|---|---|---|

seelg, fld 10/31/03
BY        J/Wright

_____    (Extended Text)
    ORDERED, that defendant's counterclaim against plaintiff is hereby DISMISS
ED with prejudice; and it is further
    ORDERED, that defendant's third-party complaint is hereby DISMISSED with pr
ejudice; and it is further
    ORDERED, that final judgment be and is hereby entered in favor of plaintif
f on its complaint; and it is further
    ORDERED, that final judgment be and is hereby entered in favor of plaintif
f on defendant's counterclaim; and it is further
    ORDERED, that final judgment be and is hereby entered in favor of all third
-party defendants on defendant's third party complaint; and it is further
    ORDERED, that the funds in the escrow created by the May 8, 2002 escrow ag
rement be and hereby are released to plaintiff

_____

| | | |
|---|---|---|
| 11/05/03 | Motion to PROCEED in FORMA PAUPERIS<br>BY       Forti | 11/06/03 |
| 11/06/03 | Plaintiff's Attorney Filed A Bill Of Costs<br>BY       (clerk) | 11/06/03 |
| 11/06/03 | Motion to recover reasonable for attorneys fees & costs<br>from defendant. & third party plaintiff Carol Forti<br>BY       Chong | 11/07/03 |
| 11/10/03 | Financial transaction - Appeal notice $5.00 dcr#/ck# cash | -SCDC- |
| 11/10/03 | Notice of appeal filed by Carol A. Forti from order<br>entered October 31,2003<br>BY       Forti | -SCDC-s* |
| 11/12/03 | Notice of appeal mailed to interested parties<br>BY       clerk | 11/12/03 |
| 11/14/03 | Motion to recover attorneys fees and costs from Deft/Count<br>erclaimant/3rd-Party Pltf Carol Forti<br>BY       W.C.and A | 11/18/03 |
| 11/24/03 | Motion for an enlargement of time to respond to pending<br>motions by Miller & 3rd party defts<br>BY       Miller | 11/25/03 |
| 11/26/03 | (mot) Motion to PROCEED in FORMA PAUPERIS<br>BY | 11/06/03 |
| 11/26/03 | ORDER GRANTING Motions for an enlargement of time to | 11/25/03 |

```
         SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
                02ca004745  DOCKET        AS OF   2/23/05         EP2003

CAPTION: W.C. and A.N. Miller vs. Forti,C              USER:Wiggins, Vondell
ASSIGNED JUDGE  Melvin R. Wright                       DEPT:CivClk

   FILED/                   PARTIES/                              DOCKETED
   EVENT                    ENTRIES
```

          respond to pending motion , See Lg., Fld 031126, Mld
          031201
          BY      J/Wright

_____ (Extended Text)
    by miller & 3rd party deft FURTHER ORDERED, that pltf file her response to
the pending motions by December 8, 2003

_____

12/09/03   Motion for relief from the October 31 Order on grounds of  12/11/03
           mistakes of law by the trial judge, fraud &, See Lg.,
           BY      Forti

_____ (Extended Text)
    other serious misconduct by opposing parties, & on grounds of equity to de
ft, counterclaimant, third party pltf (Rule 60(b))

_____

12/09/03   Mot for the monies formerly in escrow,atty's for attorneys 12/12/03
           fees billable hours, and costs against Pltf Miller
           BY      Forti

12/09/03   MOTION for attorneys fees & cost                           12/12/03
           BY      Forti

12/12/03   (opp) MOTION for attorneys fees & cost                     12/15/03
           BY      zanforlin

12/17/03   wc & an miller development co & june humbert in opposition 12/18/03
           to mtn of carol forti for atty fees & court costs
           BY      wc & an

12/17/03   (opp) Motion for relief from the October 31 Order on       12/18/03
           grounds of mistakes of law by the trial judge, See Lg.,
           BY      WC & An     Forti

12/24/03   motion for brief enlargement of time to file opposition    12/30/03
           to pltf & 3rd party defts mtn for attys fees & costs
           BY      forti

12/24/03   Rebuttal of Miller's purported points & authorities in     12/30/03
           opposition to deft, counterclaimant, third party, See
           Lg.,
           BY      Forti

_____ (Extended Text)
    pltf Forti's motion for rule 60(b) relief from the October 31 order

_____

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
02ca004745   DOCKET        AS OF   2/23/05          EP2003

CAPTION: W.C. and A.N. Miller vs. Forti,C          USER:Wiggins, Vondell
ASSIGNED JUDGE  Melvin R. Wright                    DEPT:CivClk

| FILED/<br>EVENT | PARTIES/<br>ENTRIES | DOCKETED |
|---|---|---|
| 12/30/03 | (opp) motion for brief enlargement of time to file<br>opposition to pltf & 3rd party defts mtn for atty fees &<br>costs<br>BY        Chong | 12/31/03 |
| 01/30/04 | PRAECIPE to change address for George Masson, counsel for<br>W.C. and A.N. Miller Development Company and June<br>Humbert<br>BY        W.C. & A.N | 02/02/04 |
| 02/12/04 | A courteous reminder<br>BY        Forti | 02/26/04 |
| 02/25/04 | Supplemental Memo. of pts. & auths. in opp. to motion of<br>Carol A. Forti for relief from the jdgmts entered<br>against her on 10/31/03<br>BY        W.C | 02/26/04 |
| 02/27/04 | ORDER DENYING Mot for relief from the 10/31 Order on<br>grounds of mistakes of law by the trial judge,See Lg,FLD<br>2/27/04, MLD 3/1/04<br>BY        J/WRIGHT | 12/11/03 |

_____(Extended Text)
   fraud & other serious misconduct by opposing parties, & on grounds of equi
ty to deft, counterclaimant, third party pltf (Rule 60(b))

| | | |
|---|---|---|
| 02/27/04 | ORDER GRANTING NUNC PRO TUNC mot for brief ext of time to<br>file opp to pltf,3rd party deft atty fees seelg fld<br>2/27/04,mld 3/1/04<br>BY        J/Wright | 12/30/03 |
| 03/02/04 | Deft Counterclaiment,Third party pltfs opposes pltfs<br>supplemental memorandum as contrary to See lg<br>BY        Forti | 03/09/04 |

_____(Extended Text)
              Superior Courts Rules and contrary to law

| | | |
|---|---|---|
| 03/15/04 | ORDERED, that appellant shall within 10 days from the<br>date of this order, make the necessary arrangements to<br>have the, seelg<br>BY        Pinkston | 03/23/04 |

_____(Extended Text)
   complete record on appeal transmitted to this court.  Failure to comply wi
th this order shall subject this appeal to dismissal without further notice.  Se

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
02ca004745   DOCKET        AS OF   2/23/05           EP2003

CAPTION: W.C. and A.N. Miller vs. Forti,C          USER:Wiggins, Vondell
ASSIGNED JUDGE Melvin R. Wright                     DEPT:CivClk

FILED/                  PARTIES/                              DOCKETED
EVENT                   ENTRIES

e DC. App. r. 11 and 13

_____

06/09/04    (ORDER GRANTING) Motion to recover reasonable for attorney 11/07/03
            s fees & costs from deft/third party, seelg, fld 6/9/04,
            mailed 6/10/04
            BY        J/Wright

            (Extended Text)
        ORDERED, that third party defendants Chong and Zanforlin are entitled to r
    ecover attorney's fees and costs in the amount of $54,655.16 from defendant/coun
    terclaimant/third party plaintiff Carol A. Forti

_____

06/09/04    (ORDER GRANTING) Motion to recover attorneys fees & costs  11/18/03
            from Deft/Counterclaimant/3rd-Party, seelg, fld 6/9/04,
            mailed 6/10/04
            BY        J/Wright

            (Extended Text)
        plaintiff C. Forti.
        ORDERED, that plaintiff/counterclaim defendant W.C. and A.N. Miller is ent
    itled to recover attorney's fees and costs in the amount of $49,295.49 from defen
    dant/counterclaimant/third  party plaintiff Carol A. Forti

_____

07/29/04    (ORDER DENYING) Mot for the monies formerly in escrow,atty 12/12/03
            's for attys fees billable hours, and costs, fld 040730,
            mld 040802
            BY        J/Wright

07/29/04    (ORDER DENYING) MOTION for attorneys fees & cost, seelg,    12/12/03
            fld 040730, mld 040802
            BY        J/Wright

            (Extended Text)
        ORDERED that there is no contractual, or other, basis on which the Court
    could make such an award, especially since Deft was not the prevailing party

_____

08/06/04    ORDERED, & ADJUDGED that the judgment on appeal is hereby  08/19/04
            affirmed. See King vs Industrial Bank of, See Lg.,
            BY        Chapper

            (Extended Text)
        Washington, 474 A.2d 151, 156 (D C 1984) & Facchina v Sullivan, 109, A.2d
    581, 582 (D.C. 1954)

_____

```
         SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
              02ca004745  DOCKET      AS OF  2/23/05          EP2003

CAPTION: W.C. and A.N. Miller vs. Forti,C          USER:Wiggins, Vondell
ASSIGNED JUDGE  Melvin R. Wright                   DEPT:CivClk

  FILED/                    PARTIES/                          DOCKETED
  EVENT                     ENTRIES
```

08/06/04    ORDERED AND ADJUDGED, that the judgment on appeal is      09/15/04
            hereby affirmed. See King v. Industrial Bank of Washingto
            n, 474 A.2d, seelg
            BY        Chapper

            (Extended Text)
      151, 156 (DC 1984) and Facchina v. Sullivan, 109 A.2d 581,582 (DC 1954)


09/28/04    Motion to recover reasonable attorneys fees & costs from   10/01/04
            deft & third party pltf Carol Fort as a result, See Lg.,
            BY        Chong

            (Extended Text)
      of prevailing on appeal


10/06/04    ORDERED that the petition for rehrg en banc is denied      11/01/04
            BY        per curiam

10/12/04    motion to recover to addit'l atty fees & costs from carol  10/13/04
            forti
            BY        w.c. & a.n

10/22/04    Opp. to motion by pltf Miller to recover add'l attys fees  10/26/04
            and costs from Forti on grounds that the motion has no
            legal merit
            BY        Forti

11/01/04    mot by Forti for brief enlargement time of time to file    11/03/04
            opp to the mot by 3rd party defts Chong see lg
            BY        Forti

            (Extended Text)
& Zanforlin for additional attys fees & coasts based on the false claim that th
ey prevailed on appeal


11/01/04    (opp) Motion to recover reasonable attorneys fees & costs  11/04/04
            from deft & third party pltf Carol, See Lg.,
            BY        Forti

11/04/04    ORDER GRANTING Motion to recover reasonable attorneys      10/01/04
            fees & costs from deft &, See Lg., Fld 041104, Mld
            041105
            BY        J/Wright

            (Extended Text)
      third party pltf Carol Forti as a result of prevailing on appeal


PAGE       18  of        19

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
02ca004745   DOCKET        AS OF    2/23/05        EP2003

CAPTION: W.C. and A.N. Miller vs. Forti,C          USER:Wiggins, Vondell
ASSIGNED JUDGE  Melvin R. Wright                   DEPT:CivClk

FILED/              PARTIES/                        DOCKETED
EVENT               ENTRIES

    FURTHER ORDERED, that Third Party Defts Chong & Zanforlin are entitled to
recover attys fees & costs in the total amount of $12,683.15, to be paid forthwit
h by deft & third party pltf Carol A Forti


11/04/04   ORDER GRANTING motion to recover to addit'l atty fees &    10/13/04
           costs from carol forti, See Lg., Fld 041104, Mld 041105
           BY        J/Wright

_____ (Extended Text)
   FURTHER ORDERED, that judgment is entered in favor of W.C. & A.N. Miller D
evelopment Company in the amount of $28,005.24. which is the amount of fees & co
sts incurred by it for which recovery is sought since October 31, 2003


11/06/04   Plantiff's Attorney Filed A Bil Of Costs With/out The    02/03/05
           Case File
           BY        (clerk)

11/22/04   (mot) mot by Forti for brief to EXTEND time to file opp    11/03/04
           to the motion by 3rd party deft Chong & Zanforlin see lg
           BY

_____ (Extended Text)
for additional attys' fees and costs based on the false claim that they prevail
ed on appeal


12/13/04   ORDERED that the petition for rehrg en banc is denied    01/03/05
           BY        per curiam

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

W.C. & A.N. Miller Development Company
    Plaintiff

       v.

Carol A. Forti
    Defendant/Counterclaimant/Third Party Plaintiff

       v.

June Humbert
4901 Scarsdale Road
Bethesda, Maryland 20816
    Third Party Defendant

       v.

Luisa Zanforlin
2936 Garfield Terrace, N.W.
Washington, D.C. 20008
    Third Party Defendant

       v.

Alberto Chong
2936 Garfield Terrace, N.W.
Washington, D.C. 20008
    Third Party Defendant

Case No. 02ca0004745
Calendar 13, Judge Wright

RECEIVED
Civil Clerk's Office

JUN 19 2003

Superior Court of the
District of Columbia
Washington, D.C.

## OPPOSITION OF DEFENDANT, COUNTERCLAIMANT, AND THIRD PARTY PLAINTIFF FORTI TO MOTION FOR SUMMARY JUDGMENT BY THIRD PARTY DEFENDANTS CHONG AND ZANFORLIN

### AND

## RENEWED MOTION FOR SUMMARY JUDGMENT BY DEFENDANT, COUNTERCLAIMANT, AND THIRD PARTY PLAINTIFF FORTI

Defendant, Counterclaimant, Third Party Plaintiff Forti strongly opposes the

Motion for Summary Judgment by Third Party Defendants Chong and Zanforlin.

Counsel Richard Agulia asserts that it is "undisputed fact" that Chong and Zanforlin "entered into a contract to purchase Forti's house for $950,000." The actual facts are that Chong and Zanforlin made an Offer to Forti to purchase her home for Net Proceeds of $950,000 with no deduction for a commission to W.C. & A.N. Miller or Humbert, who is Miller's agent and Buyer's exclusive Broker.

Through counsel, Third Party Defendants Chong and Zanforlin assert that this dispute is solely between Forti and W.C. & A.N. Miller. This assertion is utterly false. The facts are the following. Chong and Zanforlin submitted an Offer to Seller Forti to purchase her home for $950,000 in Net Proceeds and assured Forti that they would go to settlement on April 29, 2002, recognizing that for Forti, time was of the essence. On April 29, 2002, they refused to pay Forti the $950,000 in Net Proceeds that they had contracted to pay, and they refused to escrow a disputed commission. As a result, settlement did not take place on April 29, 2002 as scheduled. The actions of Chong and Zanforlin constitute material breach. Accordingly, they are liable to Forti for all the damages proximately caused by their breach. The damages and their associated costs to Forti are specified in Forti's Rebuttal of their Points and Authorities, snd they are very substantial.  Chong and Zanforlin are necessary parties to this litigation. They must remain Third Party Defendants in order to place Forti in the same position that she would have been in had they not breached—as required by contract law. As Forti's legal analysis in her rebuttal of the Third Party Defendants' Points and Authorities clearly demonstrates, the Chong/Zanforlin purported defense of accord and satisfaction has no

2

legal merit whatsoever.

Forti renews her Motion for Summary Judgment on grounds that no truly material facts are in dispute and she is entitled to summary judgment as a matter of contract law. Forti asks this Court to consider her prior Motion for Summary Judgment and her sound Opposition to this Motion as a Renewed Motion for Summary Judgment.

Respectfully submitted,

Carol A. Forti
Defendant, Counterclaimant, and
Third Party Plaintiff Pro Se
14 West Chapman Street
Alexandria, Virginia 22301
(703) 535-5449

3

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

W.C. & A.N. Miller Development Company
      Plaintiff

     v.

Carol A. Forti
     Defendant/Counterclaimant/Third Party Plaintiff

     v.

June Humbert
4901 Scarsdale Road
Bethesda, Maryland 20816
     Third Party Defendant

     v.

Luisa Zanforlin
2936 Garfield Terrace, N.W.
Washington, D.C. 20008
     Third Party Defendant

     v.

Alberto Chong
2936 Garfield Terrace, N.W.
Washington, D.C. 20008
     Third Party Defendant

Case No. 02ca0004745
Calendar 13, Judge Wright

## GENERAL OBJECTIONS TO THE CONTENTS OF THE MOTION FOR SUMMARY JUDGMENT FILED BY RICHARD AGULIA ON BEHALF OF THIRD PARTY DEFENDANTS CHONG AND ZANFORLIN

1.     Forti's Exhibit 1 is the actual Offer by Chong and Zanforlin and subsequent contract between Buyers and Seller.

2.     Forti's Exhibit 2 is the Escrow Agreement signed by Buyers Chong, Zanforlin, Don Hadley, outside counsel for W.C. & A.N. Miller, and Seller Forti

3.    Opposing counsel have made an Exhibit a HUD Settlement Sheet that was **NOT**
the final iteration agreed to by Seller Forti. See Forti's Exhibit 3 for the HUD Settlement
Sheet that she agreed to sign and was the final version signed by Buyers and Seller.

4.    Selective use by opposing counsel of some transcript pages and intentional
omission of other transcript pages takes Forti's deposition testimony out of context and
risks distorting her deposition testimony. For these reasons, the entire deposition
transcript should be attached as an exhibit, or Agulia should not be allowed to use
selective pages.  Forti asks this Court to <u>order</u> Richard Agulia to furnish this Court with
the entire deposition transcript.

5.    Opposing counsel include as Exhibits "Affidavits" by Humbert, Chong, Zanforlin,
settlement attorney Finklestein, and Esther Finklestein. All of these individuals
committed perjury in swearing to these false statements. In addition, Esther Finklestein
was <u>not</u> at the settlement table during the settlement proceeding on Forti's property on
April 29, 2002 and has no first-hand knowledge of what was said there or by whom. <u>See</u>
Gant Redmon's Affidavit in Forti's Exhibits for an accurate account—direct from
Finklestein—that Chong, Zanforlin, and Humbert prevented settlement on April 29, 2002
by refusing to escrow the disputed commission.

6.    A request for admissions addressed to Seller Forti by Plaintiff W.C. & A.N.
Miller is improperly included as Exhibit 4 in a pleading filed by Third Party Defendants
Chong and Zanforlin.

7.    Richard Agulia did not send Forti Exhibit 3 to the Chong/Zanforlin motion, if
indeed there is an Exhibit 3. Since Forti has no idea what Exhibit 3 includes, she cannot

2

comment on it, and not commenting on it can not be construed as an admission by Forti
of anything that it contains.

Respectfully submitted,

Carol A. Forti
Defendant, Counterclaimant, and
Third Party Plaintiff Pro Se
14 West Chapman Street
Alexandria, Virginia 22301

3

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

W.C. & A.N. Miller Development Company
    Plaintiff

        v.                            Case No. 02ca0004745
                                        Calendar 13, Judge Wright

Carol A. Forti
    Defendant/Counterclaimant/Third Party Plaintiff

        v.

June Humbert
4901 Scarsdale Road
Bethesda, Maryland 20816
    Third Party Defendant

        v.

Luisa Zanforlin
2936 Garfield Terrace, N.W.
Washington, D.C. 20008
    Third Party Defendant

        v.

Alberto Chong
2936 Garfield Terrace, N.W.
Washington, D.C. 20008
    Third Party Defendant

THE RESPONSE OF DEFENDANT, COUNTERCLAIMANT, AND THIRD
PARTY PLAINTIFF FORTI TO CHONG AND ZANFORLIN'S STATEMENT OF
UNDISPUTED MATERIAL FACTS BY LETTERED HEADINGS AND
NUMBERED PARAGRAPHS

    A.  Heading "A" should read Chong/Zanforlin Offer for $950,000 in Net

Proceeds.

    1.      Undisputed.

    2.      Disputed.  Forti said repeatedly during discovery and will state again, in

response to this motion, which is filed more than one year after events that gave rise to the suit, that she is relying on memory. She told opposing counsel that she thought the name of the other Offeror was Silas, but it could have been Seilas or Sailas. This gentleman submitted an Offer for $945,000 in Net Proceeds. He acted as a principal on his behalf and that of his wife. No real estate broker was involved.

3.    Disputed, because it misrepresents the facts. On or about April 15, 2002, June Humbert, a Buyer/Broker representing the exclusive interests of Chong and Zanforlin, presented an Offer to Seller on behalf of Chong/Zanforlin which began at $915,000 and through operation of an Escalation Clause Addendum (page one of the Offer and an extremely important provision in the Offer), automatically escalated the Offer to pay $5,000 in Net Proceeds above the Net Proceeds of the next highest Offer up to $975,000. The Escalator Clause Addendum was the first page of the Offer and the rest was the Regional Sales Contract.

4.    Disputed, because the Escalator Clause Addendum offered $5,000 in Net Proceeds more than the Net Proceeds of the next highest Offer and was an integral part of the contract. Paragraph 4, as stated by Third Party Defendants, infers that the Escalator Clause Addendum was a separate agreement, which it was not. It is an integral, extremely important, and controlling provision of the Offer and subsequent contract.

5.    First, see again Forti's response to paragraph 2. Second, the Escalator Clause Addendum automatically escalated the Chong/Zanforlin offer to $5,000 in Net Proceeds over the Net Proceeds of the next highest Offer. Since the Net Proceeds of the next highest Offer was for Net Proceeds of $945,000, the Escalator Clause Addendum in

2

the Chong/Zanforlin Offer automatically escalated the Chong/Zanforlin Offer to $950,000 in Net Proceeds.

6.    Forti wrote in $950,000 intending it to represent Net Proceeds. She neglected to cross out "Sales Price" on the printed form. However, if the court examines the entire contract and considers all of the provisions of the Offer and subsequent contract, the rules of contract interpretation and legal construction make it abundantly clear that Forti's writing in $950,000 refers to Net Proceeds.

7.    Seller learned, after the failed settlement on her home on April 29, that Chong and Zanforlin had entered into an agreement with Miller whereby Miller would act as their Buyer/Broker for $1. June Humbert deceptively "neglected" to disclose this agreement to Seller Forti when she presented the Chong/Zanforlin Offer or anytime before or at settlement. However, this agreement between Buyers and Buyers' Broker does not impose any obligation on Seller Forti to pay Humbert a commission. Forti first learned about this prior agreement between Buyer/Broker Humbert and Buyers in a phone call from the settlement attorney after settlement on her property broke down, and Forti was in settlement on her townhouse.

8.    Dispute. It is legally impossible for Chong and Zanforlin to bind any Seller to pay a commission to Miller if that Seller has not signed a contract with Miller agreeing to pay a commission.

9.    Undisputed that Buyers and Buyers Broker can enter into any written agreement between themselves.

10.    Undisputed.

3

11.   Disputed as misleading. Humbert inserted the phrase: "Commission 3% to be paid to W.C. & A.N. Miller at settlement." It does not say <u>who</u> will pay the commission, and for all the reasons that Seller Forti discusses in great detail in her Rebuttal of Points and Authorities], Forti reasonably believed that this phrase referred to an agreement between Buyers and Buyer's Broker that Buyers had agreed to pay Humbert a 3 percent commission, because Forti had not signed any agreement with Humbert to pay her a commission.

12.   Disputed. Chong and Zanforlin refused to abide by the terms of their Offer and subsequent contract with Seller Forti which promised Seller Forti Net Proceeds of $950,000.

13.   First, the HUD settlement statement included as Exhibit B is not signed and it is <u>not</u> the revised HUD settlement sheet that Forti signed. The HUD settlement sheet that Forti signed reflected that the commission was disputed and had been put in escrow. Please see Forti's exhibits for the final HUD Settlement Sheet agreed to by Seller and Buyers. Second, Forti did not enter into any agreement with W.C. & A.N. Miller to pay a 3 percent commission. Therefore, Chong and Zanforlin could not bind Forti to pay Miller a 3 percent commission.

14.   Undisputed.

15.   However, Forti submits the following exlanation with respect to this letter. Forti was out of town on April 26, 27, and 28, the three days before the scheduled settlement on April 29, so she wrote this letter on the morning of settlement. She was rushed in writing the letter and not as precise as she should have been. She neglected to

4

inform Humbert that advertisements are merely solicitations to make an offer—not offers themselves in case was Humbert was under that misimpression. Forti had a discussion with an individual in the Antitrust Division and another individual in a government investigative agency. Forti considered participating in an investigation they were interested in conducting but then decided that she did not have the time. Forti is ready and willing to provide more information to Judge Wright in chambers, if he so desires, , but she will not provide any further nformation to W.C. & A.N. Miller or discuss these matters in open court in order not to compromise any government investigation.

16.     At settlement, Humbert informed Forti for the first time that she believed that she was entitled to a commission from Forti.

17.     When Forti told all parties at settlement that she did not owe Humbert any commission, settlement attorney Finklestein suggested escrowing the disputed commission. Forti agreed to escrow the disputed commission so that settlement could proceed, but Humbert refused to escrow the disputed commission, and she encouraged Buyers to refuse as well; which they did. Footnote 2 is inaccurate. Eight days later, counsel for Forti at Paley Rothman told Agulia that Forti was ready and willing to go to settlement provided the disputed commission was escrowed. Agulia told Forti's counsel that W.C. & A.N. Miller and Chong and Zanforlin had changed their minds and were then willing to escrow the disputed commission.

18.     Undisputed.

19.     Forti has no personal knowledge regarding Chong and Zanforlin's actions on May 8. After the escrow agreement was signed on May 8, 2002, Forti then signed

5

settlement papers on her property. Third Party Defendants' paragraph 19 is inaccurately attributed to Forti's deposition.

20.     Forti has no personal knowledge of Chong or Zanforlin's whereabout on May 8, 2002.

**D.     An escrow agreement containing the disputed commission was signed by Chong, Zanforlin, Donald Hadley, outside counsel for W.C. & A.N. Miller and Seller Forti. Forti signed a revised HUD Settlement Sheet and other settlement papers in her counsel, Dan Hodin's office. Forti strongly disputes that Chong and Zanforlin's "obligations were fulfilled."**

21.     Objected to as misleading.. Richard Agulia drafted the Escrow Agreement, and Dan Hodin reviewed and edited it under rushed circumstances. Forti too was extremely rushed, because Agulia insisted on getting the Escrow Agreement signed before the end of the day on May 8. If Forti had noticed the language quoted here, she would have insisted that $950,000 refer to Net Proceeds. Forti disputes that the reference for this paragraph is her deposition.

22.     Agulia basically drafted the Escrow Agreement and aggressively promoted his clients' interests even though his clients Chong and Zanforlin were responsible for the eight day delay in escrowing the disputed funds and in settling on Forti's property. Forti's counsel had little time to make changes to protect Seller Forti. Forti disputes the reference to Forti's deposition.

23.     Forti lacks personal knowledge as to how or when Chong and Zanforlin made payment. Forti disputes that the source is Forti's deposition.

6