## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. FORTI, * | |
| * | |
| Plaintiff, * | |
| * | Case No. 1:06CV00613 |
| v. * | Judge: James Robertson |
| * | Deck Type: Contract |
| W.C. & A.N. MILLER * | |
| DEVELOPMENT COMPANY, et al., * | |
| * | |
| Defendants. * | |
| * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Having considered the Motion of Defendants Nathan I. Finkelstein and Finkelstein & Horvitz, P.C. for Enlargement of Time to Respond to the Amended Motion for Summary Judgment of Plaintiff, Carol A. Forti, and the record herein; it is this _____ day of _____, 2006

ORDERED that the Motion for Enlargement of Time is GRANTED; and

FURTHER ORDERED that Defendants Nathan I. Finkelstein and Finkelstein & Horvitz, P.C. shall file their response to the Amended Motion for Summary Judgment of plaintiff, Carol A. Forti, on or before ten (10) days after the Court's ruling on the Motion to Dismiss Complaint or, in the Alternative, for Summary Judgment, and the Motion to Dismiss Amended Complaint or, in the Alternative, for Summary Judgment of Defendants Nathan I. Finkelstein and Finkelstein & Horvitz, P.C.

_____
Judge James Robertson
United States District Court
For the District of Columbia

Copies to:

Carol A. Forti, *pro se*
14 West Chapman Street
Alexandria, Virginia 22301

George Masson, Jr., Esq.
1900 M Street, N.W.
Suite 410
Washington, D.C. 20036

John Jay Range, Esq.
Richard L. Arguglia, Esq.
Jeffrey Hardie, Esq.
Hunton & Williams, LLP
1900 K Street, N.W.
Suite 1200
Washington, D.C. 20006

Laurie B. Horvitz, Esq.
Robert J. Goldman, Esq.
Finkelstein & Horvitz, P.C.
7315 Wisconsin Avenue
Suite 400 East
Bethesda, Maryland 20814