UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. FORTI,        ) | |
| )  | |
| Plaintiff,   ) | |
| )  | Case No. 1:06CV00613 |
| v.         ) | Judge: James Robertson |
| )  | Deck Type: Contract |
| W.C. & A.N. MILLER    ) | |
| DEVELOPMENT COMPANY, et al.,  ) | |
| )  | |
| Defendants.    ) | |

**JOINT MOTION OF DEFENDANTS GEORGE T. MASSON, JR., HAMILTON AND HAMILTON, LLP, RICHARD L. AGUGLIA, AND JEFFREY HARDIE FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF FORTI'S AMENDED MOTION FOR SUMMARY JUDGMENT**

COME NOW, Defendants George T. Masson, Jr., Hamilton and Hamilton, LLP, Richard L. Aguglia, and Jeffrey Hardie and move the Court to grant them an enlargement of time within which to respond to the Amended Motion for Summary Judgment filed by plaintiff, Carol A. Forti ("Forti"), until ten (10) days after the Court has rendered rulings denying their pending motions to dismiss or, in the alternative, for summary judgment as to Forti's complaint and as to Forti's amended complaint filed in this cause. The reasons for this motion are set forth in the Memorandum of Points and Authorities in Support of Motion of Defendants Nathan I. Finkelstein and Finkelstein & Horvitz, P.C. for Enlargement of Time to Respond to Amended Motion for Summary Judgment of Plaintiff, Carol A. Forti, previously filed in this cause [Dkt. No. 37], that is adopted by these Defendants in the accompanying memorandum of points and authorities.

Pursuant to LCvR 7(m), counsel for these defendants contacted Forti by telephone on August 8, 2006, at approximately 2:30 p.m. in order to request consent to the relief sought in this motion. Forti indicated that she opposed the granting of the motion.

        Respectfully submitted,

        RICHARD AGUGLIA
        JEFFREY HARDIE

By:   /s/ _____
        John Jay Range, DC Bar No. 376028
        HUNTON & WILLIAMS, LLP
        1900 K Street, N.W., Suite 1200
        Washington, D.C. 20006
        202-955-1500

        HAMILTON & HAMILTON, LLP

By:   /s/ _____
        Patrick Kavanaugh, DC Bar No. 192963
        HAMILTON AND HAMILTON, LLP
        1900 M Street, N.W., Suite 410
        Washington, D.C. 20036-3532
        202-463-8282

        /s/ _____
        George T. Masson, Jr., DC Bar No. 51953
        HAMILTON AND HAMILTON, LLP
        1900 M Street, N.W., Suite 410
        Washington, D.C. 20036-3532
        202-463-8282

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing motion, memorandum of points and authorities in support thereof, proposed order, and notice of electronic filing was mailed, postage prepaid, this 9th day of August, 2006, to the following:

     Carol A. Forti, Esq.
     14 West Chapman Street
     Alexandria, Virginia 22301

     John Jay Range, Esq.
     Richard L. Aguglia, Esq.
     HUNTON & WILLIAMS, LLP
     1900 K Street, N.W.
     Suite 1200
     Washington, D.C. 20006

     Nathan I. Finkelstein, Esq.
     Laurie B. Horvitz, Esq.
     Robert J. Goodman, Esq.
     FINKELSTEIN & HORVITZ, P.C.
     7315 Wisconsin Avenue
     Suite 400 East
     Bethesda, Maryland   20814


                                                                     /s/_____
                                                                      George T. Masson, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. FORTI, | ) |
|       **Plaintiff,** | ) |
| v. | ) Case No. 1:06CV00613 |
| | ) Judge: James Robertson |
| W.C. & A.N. MILLER | ) Deck Type: Contract |
| DEVELOPMENT COMPANY, et al., | ) |
|       **Defendants.** | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION OF DEFENDANTS GEORGE T. MASSON, JR., HAMILTON AND HAMILTON, LLP, RICHARD L. AGUGLIA, AND JEFFREY HARDIE FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF FORTI'S AMENDED MOTION FOR SUMMARYJUDGMENT**

    Defendants George T. Masson, Jr., Hamilton and Hamilton, LLP, Richard L. Aguglia, an and Jeffrey Hardie hereby adopt the Memorandum of Points and Authorities in Support of Motion of Defendants Nathan I. Finkelstein and Finkelstein & Horvitz, P.C., for Enlargement of Time to Respond to Amended Motion for Summary Judgment of Plaintiff, Carol A. Forti [Dkt. no. 37] in support of their motion for enlargment of time to respond to the Amended Motion for Summary Judgment of plaintiff, Carol A. Forti.

    Respectfully submitted,

    RICHARD AGUGLIA
    JEFFREY HARDIE

By:   /s/
    John Jay Range, DC Bar No. 376028
    HUNTON & WILLIAMS, LLP
    1900 K Street, N.W., Suite 1200
    Washington, D.C. 20006
    202-955-1500

HAMILTON & HAMILTON, LLP

By:   /s/
      Patrick Kavanaugh, DC Bar No. 192963
      HAMILTON AND HAMILTON, LLP
      1900 M Street, N.W., Suite 410
      Washington, D.C. 20036-3532
      202-463-8282


      /s/
      George T. Masson, Jr., DC Bar No. 51953
      HAMILTON AND HAMILTON, LL
      1900 M Street, N.W., Suite 410
      Washington, D.C. 20036-3532
      202-463-8282