UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. FORTI, )<br>)<br>      **Plaintiff,** )<br>)<br>v. )<br>)<br>W.C. & A.N. MILLER )<br>DEVELOPMENT COMPANY, et al., )<br>)<br>      **Defendants.** ) | Case No. 1:06CV00613<br>Judge: James Robertson<br>Deck Type: Contract |

## O R D E R

Upon consideration of the Motion of Defendants George T. Masson, Jr., Hamilton and Hamilton, LLP, Richard L. Aguglia, and Jeffrey Hardie for Enlargement of Time to Respond to Amended Motion for Summary Judgment of Plaintiff, Carol A. Forti, the memorandum of points and authorities in support thereof, and it appearing that the motion should be granted for good cause shown, it is this ____ day of _____, 2006,

ORDERED: that the Motion be, and the same is, hereby GRANTED; and it is,

FURTHER ORDERED: that the time within which Defendants George T. Masson, Jr., Hamilton and Hamilton, LLP, Richard L. Aguglia, and Jeffrey Hardie have to respond to the Amended Motion for Summary Judgment of plaintiff, Carol A. Forti, if such response be required, be and the same is extended until ten (10) days after the Court's rulings on the motions to dismiss the complaint or, in the alternative, for summary judgment, and the motions to dismiss the amended complaint or, in the alternative, for summary judgment filed herein on behalf of those defendants.

_____
United States District Court Judge

Copies to:

Carol A. Forti, Esq.
14 West Chapman Street
Alexandria, Virginia   22301

John Jay Range, Esq.
Richard L. Aguglia
HUNTON & WILLIAMS, LLP
1900 K Street, N.W.
Suite 1200
Washington, D.C. 20006

Nathan I. Finkelstein, Esq.
Laurie B. Horvitz, Esq.
Robert J. Goodman, Esq.
FINKELSTEIN & HORVITZ, P.C.
7315 Wisconsin Avenue
Suite 400 East
Bethesda, Maryland   20814

Patrick Kavanaugh, Esq.
George T. Masson, Jr., Esq
HAMILTON AND HAMILTON, LLP
1900 M Street, NW.
Suite 410
Washington, D.C.  20036-3532