UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAROL A. FORTI,
14 West Chapman Street
Alexandria, VA 22301
703.535.5449
      Plaintiff

v.

GEORGE MASSON, JR. (COUNSEL TO
  W.C. & A.N. MILLER)
Hamilton and Hamilton LLP
1900 M Street, N.W.—Suite 410
Washington, D.C. 20036-3532
      Defendant

Civil Action No. 1:06CV00613 JR

HAMILTON AND HAMILTON LLP (COUNSEL TO
  W.C. & A.N. MILLER)
1900 M Street, N.W.—Suite 410
Washington, D.C. 20036-3532
      Defendant,

RICHARD AGULIA
(COUNSEL TO CHONG AND ZANFORLIN)
Hunton & Williams, LLP
1900 K Street, N.W.
Washington, D.C. 20006
      Defendant,

JEFFREY HARDIE
(COUNSEL TO CHONG AND ZANFORLIN)
Hunton & Williams, LLP
1900 K Street, N.W.
Washington, D.C. 20006
      Defendant,

NATHAN FINKELSTEIN
(SETTLEMENT ATTORNEY)
Finkelstein & Horvitz
7315 Wisconsin Avenue
Suite 400 East
Bethesda, MD 20814
      Defendant,

RECEIVED
AUG 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**FINKELSTEIN & HORVITZ, P.C.**
**(SETTLEMENT ATTORNEYS)**
7315 Wisconsin Ave., N.W.
Suite 400 East
Bethesda, MD 20814
      Defendant.

## IMPORTANT INFORMATION INADVERTENTLY OMITTED FROM THE AMENDED MOTION FOR SUMMARY JUDGMENT

On page 21 of the Amended Motion for Summary Judgment, plaintiff Forti stated that attorneys are "liable for the intentional torts of malicious prosecution and abuse of process. The privilege that an attorney has for his actions in representing a client is a qualified one that does not extend to the intentional torts of malicious prosecution and abuse of process. Nor does the privilege apply to the intentional tort of furthering and participating in a fraudulent conveyance." Authority for these statements comes from the the Supreme Court. See McElhanon v. Hing, 728 P.2d 256, 264 (Ariz.App 1985) cert denied 481, U.S. 1030, 107 S.Ct 1956, 95 L.Ed 2d 529 (1987).

                                Respectfully submitted,

                                */s/ Carol A. Forti*

                                Carol A. Forti
                                Plaintiff pro se
                                14 West Chapman Street
                                Alexandria, VA 22301
                                703.535.5449

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have served George Masson, Jr., Richard Agulia, Jeffrey Hardie, and Nathan Finkelstein with a copy of this Information by first-class mail, postage prepaid on August 18, 2006.

_____
Carol A. Forti