**EXHIBIT C**

LAW OFFICES
**FINKELSTEIN & HORVITZ, P.C.**
Suite 400 East
7315 Wisconsin Avenue
Bethesda, Maryland 20814
Telephone: (301) 951-8400
Facsimile: (301) 951-8401
Email: info@fandhlaw.com

**Nathan I. Finkelstein** ★*♦
**Laurie B. Horvitz** ★*

★ MD, * DC, ♦ GA

**Robert J. Goldman** ★*♦
**Emily D. Gooding** ★*

August 1, 2006

Ms. Carol A. Forti, Esquire
14 West Chapman Street
Alexandria, Virginia 22301

    Re: <u>Carol A. Forti v. W.C. & A.N. Miller Development Company, et al.</u>
          U.S. District Court for the District of Columbia Case 1:06cv613 (JR)

Dear Ms. Forti:

    In accordance with Federal Rule of Civil Procedure 11(c)(1)(A), I am enclosing a copy of the Motion of Defendants Nathan I. Finkelstein and Finkelstein & Horvitz, P.C. for Sanctions Against Carol A. Forti Pursuant to Fed. R. Civ. P. 11 and 28 U.S.C. §1927 ("Motion"); a supporting Memorandum of Points and Authorities; and a proposed Order.

    The basis for the Motion is that the Amended Complaint you filed in the above action violates Federal Rule of Civil Procedure 11(b)(1), (2), (3), and (4). As set forth in greater detail in the attached Motion and supporting Memorandum of Points and Authorities, the Amended Complaint (1) has not been presented for any proper purpose; (2) asserts claims that are not warranted by existing law or by a non-frivolous argument for extension, modification, or reversal of existing law; (3) contains allegations and other factual contentions that lack evidentiary and factual support; and (4) contains denials of facts that have been judicially determined.

    Federal Rule of Civil Procedure 11(c)(1)(A) provides that the attached Motion shall not be filed with the court unless, within 21 days after service of said Motion, the Amended Complaint is not withdrawn. If, in 21 days, you have not withdrawn the Amended Complaint, we will file the attached Motion seeking sanctions against you as more particularly described in the Motion.



Very truly yours,

Nathan I. Finkelstein

Enclosures
cc:   George T. Masson, Jr., Esq.
      John Jay Range, Esq. & Richard L. Aguglia, Esq.