SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Civil Division

| | | |
|---|---|---|
| W.C. & A.N. Miller Development Company, | : | |
| Plaintiff | : | Civil No. 02CA4745 |
| | : | Calendar Number 13 |
| | : | Judge Melvin R. Wright |
| v. | : | |
| | : | |
| Carol A. Forti, | : | |
| Defendant | : | |

### ORDER

Upon consideration of defendant/third party plaintiff Forti's Motion for Rule 11 Sanctions against George Masson, Jr., the law firm of Hamilton & Hamilton, LLP, Richard Agulia, Francine Friedman, and the law firm of Hunton and Williams, it is this _14th_ day of March 2003,

ORDERED that the Motion be and the same is DENIED. This Court finds absolutely no basis in fact upon which the motion can be granted and determines that each party shall bear the costs associated with the filing and opposition of the motion.

COPIES MAILED FROM CHAMBERS:
3-19-03

MELVIN R. WRIGHT

Copies to:

Carol A. Forti, Esq
14 West Chapman Street
Alexandria, VA 22301

George T. Masson, Jr., Esq.
1775 Pennsylvania Avenue, NW
Suite 1100
Washington, D.C. 20006-4605

Richard L. Aguglia, Esq
1900 K Street, NW
Washington, D.C. 20006

