SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| W.C. & A.N. MILLER DEVELOPMENT CO.<br>    Plaintiff/Counterclaim Defendant | |
| v. | Case No. 02CA4745<br>Calendar 13<br>Judge Melvin R. Wright |
| CAROL FORTI<br>    Defendant/Counterclaimant &<br>    Third-Party Plaintiff | |
| v. | |
| JANE HUMBERT<br>    Third-Party Defendant | |
| and | |
| ALBERTO CHONG<br>and LUISA ZANFORLIN<br>    Third-Party Defendants | |

### ORDER GRANTING PLAINTIFF/COUNTERCLAIM DEFENDANT W.C. and A.N. MILLER DEVELOPMENT COMPANY'S MOTION TO RECOVER ATTORNEY'S FEES AND COSTS FROM DEFENDANT/COUNTERCLAIMANT/THIRD-PARTY PLAINTIFF CAROL A. FORTI

This matter is before the Court on Plaintiff/Counterclaim Defendant W.C. and A.N. Miller Development Company's Motion to Recover Attorney's Fees and Costs from Defendant/Counterclaimant/Third-Party Plaintiff Carol A. Forti. Defendant/Counterclaimant/Third-Party Plaintiff has filed an Opposition.

Paragraph 23 of the April 15, 2002 Regional Sales Contract by and between the parties, which formed the basis of the underlying dispute, provides, in relevant part, as follows:

> ATTORNEY'S FEES. . . . . In the event a dispute arises resulting in the Broker being made a party to any litigation or if the Broker is required to bring litigation to collect the Broker's Fee, the Purchaser and Seller agree to indemnify the



Broker, its employees, and/or licencees for all attorney fees and costs of litigation . . .

The plain language of the Contract entitles Plaintiff/Counterclaim Defendant, the Broker, to recover its reasonable attorney's fees and costs. Accordingly, finding Plaintiff/Counterclaim Defendant's attorney's fees and costs to be reasonable, it is by the Court this 9th day of June 2004,

ORDERED that Plaintiff/Counterclaim Defendant W.C. and A.N. Miller Development Company's Motion to Recover Attorney's Fees and Costs from Defendant/Counterclaimant/Third-Party Plaintiff Carol A. Forti be and is hereby GRANTED; and it is further

ORDERED that Plaintiff/Counterclaim Defendant W.C. and A.N. Miller is entitled to recover attorney's fees and costs in the amount of $49,295.49[1] from Defendant/Counterclaimant/Third-Party Plaintiff Carol A. Forti.

_____
Melvin R. Wright
Associate Judge

Copies to:

Carol A. Forti
14 West Chapman St.
Alexandria, VA 22301

Richard Agulia, Esq.
HUNTON & WILLIAMS
1900 K St., NW
Washington, DC 20006-1109

George T. Masson, Jr., Esq.
HAMILTON AND HAMILTON, LLP
1775 Pennsylvania Ave., NW
Washington, DC 20006-4645



DOCKETED JUN 10 2004
MAILED JUN

A TRUE COPY
TEST: June 23, 2004
Clerk, Superior Court of the District of Columbia
By _____ Deputy Clerk

---

[1] This total amount represents Plaintiff's attorney's fees and costs less $1,006.25 sought in the Bill of Costs filed with the Court on November 6, 2003.