**District of Columbia**
**Court of Appeals**


FILED
AUG - 6 2004
DISTRICT OF COLUMBIA
COURT OF APPEALS

No. 03-CV-1254

CAROL A. FORTI,

                              Appellant,

v.                                             CA4745-02

W.C. AND A.N. MILLER
DEVELOPMENT COMPANY, ET AL.,

                              Appellees.

BEFORE:    Farrell and Ruiz, Associate Judges, and Nebeker, Senior Judge.

## JUDGMENT

On consideration of appellees' motion for summary affirmance, no opposition having been filed and the briefs filed by the parties, it is

ORDERED AND ADJUDGED that the judgment on appeal is hereby affirmed. *See King v. Industrial Bank of Washington*, 474 A.2d 151, 156 (D.C. 1984) and *Facchina v. Sullivan*, 109 A.2d 581, 582 (D.C. 1954).

                                          FOR THE COURT:

                                          JOY A. CHAPPER
                                          Acting Clerk of the Court

Copies to:

Honorable Melvin R. Wright

Clerk, Superior Court

Carol A. Forti
14 West Chapman Street
Alexandria, VA 22301

Richard L. Aguglia, Esquire
1900 K Street, N.W.
Suite 1200
Washington, D.C. 20036

George T. Masson, Jr., Esquire
1900 M Street, N.W.
Suite 410 Washington, D.C. 20036-3532

jb


DEFENDANT'S EXHIBIT 8