# District of Columbia
# Court of Appeals



No. 03-CV-1254

CAROL A. FORTI,

    Appellant,

v.



CA4745-02

W.C. & A.N. MILLER DEVELOPMENT
COMPANY, *et al.*

    Appellees.

## ORDER

On consideration of appellant's motion to supplement the record on appeal, the oppositions thereto, and the mandate issued by this court on August 31, 2004, it is

ORDERED that appellant's motion to supplement the record is denied as moot.

BY THE COURT:

ANNICE M. WAGNER
Chief Judge

Copies to:

Carol A. Forti
14 West Chapman Street
Alexandria, VA 22301

George T. Masson, Esquire
1900 M Street, NW - Suite 410
Washington, DC 20036

Richard L. Aguglia, Esquire
1900 K Street, NW - Suite 1200
Washington, DC 20006

lw



DEFENDANT'S EXHIBIT 9