# District of Columbia
# Court of Appeals

No. 03-CV-1254

CAROL A. FORTI,

                 Appellant,

                                 CA4745-02

v.

W.C. & A.N. MILLER DEVELOPMENT
COMPANY, INC., ET AL.,

                 Appellees.

BEFORE: Wagner, Chief Judge; Terry, Schwelb, Farrell, Ruiz, Reid, *Glickman, and Washington, Associate Judges.

## ORDER

On consideration of appellant's *pro se* petition for rehearing en banc; and it appearing that no judge of this court has called for a vote on the petition for rehearing en banc, it is

ORDERED that the petition for rehearing en banc is denied.

PER CURIAM

*Associate Judge Glickman has recused himself from this case.

Copies to:

Honorable Melvin R. Wright

Clerk, Superior Court

Carol A. Forti
14 West Chapman Street
Alexandria, VA 22301

George T. Masson, Esquire
1900 M Street, NW, Suite 410
Washington, DC 20036

Richard L. Aguglia, Esquire
1900 K Street, NW, Suite 1200
Washington, DC 20006

sl

