**HAMILTON AND HAMILTON, LLP**

ATTORNEYS AT LAW

1900 M STREET, N.W., SUITE 410

WASHINGTON, D.C. 20036-3532

(202) 463-8282

FACSIMILE (202) 463-7282

WWW.HAMILTONLAW.COM

**GEORGE T. MASSON, JR.**

MEMBER OF DISTRICT OF COLUMBIA
AND MARYLAND BARS

WRITER'S DIRECT EMAIL: GTM@HAMILTONLAW.COM

SUITE 204
401 EAST JEFFERSON STREET
ROCKVILLE, MARYLAND 20850

SUITE 201
400 NORTH COLUMBUS STREET
ALEXANDRIA, VIRGINIA 22314

July 26, 2006

Carol A. Forti, Esq.
14 West Chapman Street
Alexandria, VA 22301

Re:   Carol A. Forti v. W.C. & A.N. Miller Development Company, et al., Case 1:06cv613(JR), United States District Court for the District of Columbia

Dear Ms. Forti:

Pursuant to the provisions of Fed. R. Civ. P. 11(c)(1)(A), I am enclosing copies of a Motion of George T. Masson, Jr., and Hamilton and Hamilton, LLP, for Sanctions Against Carol A. Forti pursuant to Fed. R. Civ. P. 11 and 28 U.S.C. § 1927 For Filing of Amended Complaint ("Motion"); a memorandum of points and authorities in support thereof; and a proposed Order.

The bases for the Motion are that the Amended Complaint which you filed in the above-referenced action violates the proscriptions of Rule 11(b)(1), (2), (3), and (4), in that it is not presented for any proper purpose; asserts claims which are not warranted under existing law or in support of a nonfrivolous argument for change of existing law; contains allegations which have no evidentiary or factual support; and contains denials of facts which have been judicially established. The memorandum of points and authorities in support of the Motion sets forth in detail the grounds for the Motion, as does the motion for summary judgment and supporting memorandum of points and authorities filed on behalf of these defendants on April 25, 2006.

**Rule 11(c)(1)(A) provides that the Motion shall not be filed with or presented to the court if, within 21 days after service of the Motion, you withdraw the Amended Complaint. If you fail to withdraw the Amended Complaint, I intend to file the Motion and seek sanctions as described therein and as the Court may deem appropriate.**

Sincerely,

George T. Masson, Jr.

Enclosures
GTM:slf