**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CAROL A. FORTI,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Case No. 1:06CV00613 (JR) |
| ) | |
| **W.C. & A.N. MILLER** ) | |
| **DEVELOPMENT COMPANY, et al.,** ) | |
| ) | |
| **Defendants** ) | |

**ORDER**

Upon consideration of the Motion of Defendants George T. Masson, Jr., and Hamilton and Hamilton, LLP, for Sanctions Against Carol A. Forti Pursuant to Fed. R. Civ. P. 11 and 28 U.S.C. § 1927 for Filing of Amended Complaint filed herein, the memorandum of points and authorities filed in support thereof, and it appearing that sanctions should be imposed against Plaintiff Carol A. Forti, it is, by the Court, this_____day of _____, 2006,

ORDERED: that the Motion of Defendants George T. Masson, Jr., and Hamilton and Hamilton, LLP, for Sanctions Against Carol A. Forti Pursuant to Fed. R. Civ. P. 11 and 28 U.S.C. § 1927 for Filing of Amended Complaint be, and the same is, hereby GRANTED; and it is

FURTHER ORDERED: that Defendants George T. Masson, Jr. and Hamilton and Hamilton, LLP, are entitled to an award of attorney's fees and costs in an amount to be determined by the Court; and it is

FURTHER ORDERED: that Plaintiff shall pay a penalty in the amount of

_____ to the Clerk of the Court no later than the ____ day of _____ , 2006; and it is

FURTHER ORDERED: that Plaintiff Carol A. Forti shall be referred to the bar of the Commonwealth of Pennsylvania for a determination of whether her conduct warrants the imposition of sanctions.

_____
JUDGE

Copies to:

Carol A. Forti, Esq.
14 West Chapman Street
Alexandria, Virginia 22301

John Jay Range, Esq.
Richard L. Aguglia, Esq.
Hunton & Williams LLP
1900 K Street, N.W., 12th Floor
Washington, D.C. 20006

Nathan I. Finkelstein, Esq.
Laurie B. Horvitz, Esq.
Robert J. Goldman, Esq.
Finkelstein & Horvitz, P.C.
7315 Wisconsin Ave., Suite 400 East
Bethesda, MD 20814

Patrick Kavanaugh, Esq.
George T. Masson, Jr., Esq.
Hamilton and Hamilton, LLP
1900 M Street, N.W., Suite 410
Washington, D.C. 20036-3532