## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. FORTI, | * |
| Plaintiff, | * |
| v. | * Case No. 1:06CV00613 |
| | * Judge: James Robertson |
| | * Deck Type: Contract |
| W.C. & A.N. MILLER DEVELOPMENT COMPANY, et al., | * |
| Defendants. | * |

\* * * * * * * * * * * * *

### NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Emily D. Gooding, bar identification number 496227, as attorney for defendants, Nathan I. Finkelstein and Finkelstein & Horvitz, P.C. The correct address for Emily Gooding is 7315 Wisconsin Avenue, Suite 400 East, Bethesda, Maryland 20814. The telephone number is (301) 951-8400.

Respectfully submitted,

_____/s/_____
Emily D. Gooding, #496227
Finkelstein & Horvitz, P.C.
7315 Wisconsin Avenue, Suite 400 East
Bethesda, Maryland 20814
Telephone: (301) 951-8400
Facsimile: (301) 951-8401

## **CERTIFICATE OF SERVICE**

I hereby certify that this 29th day of August, 2006, a copy of the foregoing Notice of Entry of Appearance was mailed with adequate postage prepaid to:

Carol A. Forti, Esq.
14 West Chapman Street
Alexandria, Virginia 22301

John Jay Range, Esq.
Richard L. Aguglia, Esq.
Hunton & Williams LLP
1900 K Street, N.W.
Washington, D.C. 20006

Patrick Kavanaugh, Esq.
George T. Masson, Jr., Esq.
Hamilton & Hamilton, LLP
1900 M Street, N.W., Suite 410
Washington, D.C. 20036-3532

_____/s/_____
Emily D. Gooding