UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. FORTI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:06CV00613 |
| v. | ) Judge: James Robertson |
| | ) Deck Type: Contract |
| W.C. & A.N. MILLER | ) |
| DEVELOPMENT COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of the Motion of Co-Defendants Richard Aguglia and Jeffrey Hardie, for Sanctions against Carol A. Forti pursuant to Fed. R. Civ. P. 11 and 28 U.S.C. §1927 for the filing herein, the memorandum of points and authorities filed in support thereof, the opposition thereto, and it appearing that sanctions should be imposed against Plaintiff Carol A. Forti, it is, by the Court, this ___ day of _____, 2006,

ORDERED: that the Motion of Co-Defendants Richard Aguglia and Jeffery Hardie for Sanctions Against Carol A. Forti pursuant to Fed. R. Civ. P. 11 and 28 U.S.C. §1927 for filing the Amended Complaint be, and the same is, hereby GRANTED; and it is,

FURTHER ORDERED: that Co-Defendants Richard Aguglia and Jeffrey Hardie, are entitled to an award of attorney's fees and costs in an amount to be determined by the Court; and it is

FURTHER ORDERED: that Plaintiff shall pay a penalty in the amount of _____ to the Clerk of the Court no later than the ___ day of _____, 2006.

_____
United States District Court Judge

Copies to:

Carol A. Forti, Esq.
14 West Chapman Street
Alexandria, Virginia 22301

John Jay Range, Esq.
HUNTON & WILLIAMS, LLP
1900 K Street, N.W.
Suite 1200
Washington, D.C. 20006

Nathan I. Finkelstein, Esq.
Laurie B. Horvitz, Esq.
Robert J. Goldman, Esq.
FINKELSTEIN & HORVITZ, P.C.
7315 Wisconsin Avenue
Suite 400 East
Bethesda, Maryland 20814

Patrick Kavanaugh, Esq.
George T. Masson, Jr., Esq.
HAMILTON & HAMILTON, LLP
1900 M Street, NW.
Suite 410
Washington, DC 20036-3532