UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAROL A. FORTI,
14 West Chapman Street
Alexandria, VA 22301
703.535.5449
        Plaintiff
v.

Civil Action No. 1:06CV00613 JR

GEORGE MASSON, JR. (COUNSEL TO
   W.C. & A.N. MILLER)
Hamilton and Hamilton LLP
1900 M Street, N.W.—Suite 410
Washington, D.C. 20036-3532
        Defendant


HAMILTON AND HAMILTON LLP (COUNSEL TO
   W.C. & A.N. MILLER)
1900 M Street, N.W.—Suite 410
Washington, D.C. 20036-3532
        Defendant,

RICHARD AGULIA
(COUNSEL TO CHONG AND ZANFORLIN)
Hunton & Williams, LLP
1900 K Street, N.W.
Washington, D.C. 20006
        Defendant,

JEFFREY HARDIE
(COUNSEL TO CHONG AND ZANFORLIN)
Hunton & Williams, LLP
1900 K Street, N.W.
Washington, D.C. 20006
        Defendant,

NATHAN FINKELSTEIN
(SETTLEMENT ATTORNEY)
Finkelstein & Horvitz
7315 Wisconsin Avenue
Suite 400 East
Bethesda, MD 20814
        Defendant,

RECEIVED
SEP 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**FINKELSTEIN & HORVITZ, P.C.**
**(SETTLEMENT ATTORNEYS)**
7315 Wisconsin Ave., N.W.
Suite 400 East
Bethesda, MD 20814
    Defendant.

## MOTION FOR ENLARGMENT OF TIME TO RESPOND TO MOTION FOR SANCTIONS

Forti finds it necessary to file a motion for enlargement of time to respond to the motions for sanctions by George Masson Jr., Richard Agulia, and Nathan Finkestein because of conflicting legal obligations. Pursuant to court rules, she sought the consent of opposing counsel. They do not consent.

    Respectfully submitted,

Carol A. Forti
Plaintiff pro se
14 West Chapman Street
Alexandria, VA 22301
703.535.5449

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I served George Masson, Jr., Richard Agulia, and Nathan Finkelstein with a copy of this motion by first-class mail, postage prepaid on September 7, 2006.

    Carol A. Forti