UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAROL A. FORTI,
14 West Chapman Street
Alexandria, VA 22301
703.535.5449
        Plaintiff

v.

Civil Action No. 1:06CV00613 JR

GEORGE MASSON, JR. (COUNSEL TO
   W.C. & A.N. MILLER)
Hamilton and Hamilton LLP
1900 M Street, N.W.—Suite 410
Washington, D.C. 20036-3532
        Defendant


HAMILTON AND HAMILTON LLP (COUNSEL TO
   W.C. & A.N. MILLER)
1900 M Street, N.W.—Suite 410
Washington, D.C. 20036-3532
        Defendant,

RICHARD AGULIA
(COUNSEL TO CHONG AND ZANFORLIN)
Hunton & Williams, LLP
1900 K Street, N.W.
Washington, D.C. 20006
        Defendant,

JEFFREY HARDIE
(COUNSEL TO CHONG AND ZANFORLIN)
Hunton & Williams, LLP
1900 K Street, N.W.
Washington, D.C. 20006
        Defendant,

NATHAN FINKELSTEIN
(SETTLEMENT ATTORNEY)
Finkelstein & Horvitz, P.C.
7315 Wisconsin Avenue
Suite 400 East
Bethesda, MD 20814
        Defendant,

**FINKELSTEIN & HORVITZ, P.C.**
**(SETTLEMENT ATTORNEYS)**
7315 Wisconsin Ave., N.W.
Suite 400 East
Bethesda, MD 20814
        Defendant.

## ORDER

Forti has shown good cause for her motion for an enlargement of time to respond to the motion for sanctions. Accordingly, it is, this _____ day of September 2006,

HEREBY DECIDED that the Motion is GRANTED.

                                                       Judge James Robertson

Please serve the following parties:

Carol A. Forti
14 West Chapman Street
Alexandria, VA 22301

George Masson , Jr.
Hamilton and Hamilton LLP
1900 M Street N.W. Suite 410
Washington, D.C. 20036-3235

Richard Agulia
Hunton & Williams, LLP
1900 K Street, N.W., Suite 1200
Washington, D.C. 20006

Nathan Finkelstein
Finkelstein & Horvitz P.C.
7315 Wisconsin Avenue
Suite 400 East
Bethesda, Maryland 20814