UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAROL A. FORTI,
14 West Chapman Street
Alexandria, VA 22301
703.535.5449
      Plaintiff

v.

GEORGE MASSON, JR. (COUNSEL TO
  W.C. & A.N. MILLER)
Hamilton and Hamilton LLP
1900 M Street, N.W.—Suite 410
Washington, D.C. 20036-3532
      Defendant

HAMILTON AND HAMILTON LLP (COUNSEL TO
  W.C. & A.N. MILLER)
1900 M Street, N.W.—Suite 410
Washington, D.C. 20036-3532
      Defendant,

RICHARD AGULIA
(COUNSEL TO CHONG AND ZANFORLIN)
Hunton & Williams, LLP
1900 K Street, N.W.
Washington, D.C. 20006
      Defendant,

JEFFREY HARDIE
(COUNSEL TO CHONG AND ZANFORLIN)
Hunton & Williams, LLP
1900 K Street, N.W.
Washington, D.C. 20006
      Defendant,

NATHAN FINKELSTEIN
(SETTLEMENT ATTORNEY)
Finkelstein & Horvitz, P.C.
7315 Wisconsin Avenue
Suite 400 East
Bethesda, MD 20814
      Defendant,

Civil Action No. 1:06CV00613 JR

RECEIVED
SEP 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**FINKELSTEIN & HORVITZ, P.C.**
**(SETTLEMENT ATTORNEYS)**
7315 Wisconsin Ave., N.W.
Suite 400 East
Bethesda, MD 20814
      Defendant.

## MOTION FOR LEAVE OF COURT TO FILE SECOND AMENDED COMPLAINT

After filing the Amended Complaint, Plaintiff discovered to her dismay that she had not accurately stated her causes of action against the defendant attorneys. As it stands, the Amended Complaint would confuse the court and the defendant attorneys as to which parties she is holding responsible for what conduct. She seeks leave of Court to file the Second Amended Complaint to eliminate the confusion.

The defendant attorneys do not consent to this motion.

                        Respectfully submitted,

                        Carol A. Forti
                        Plaintiff pro se
                        14 West Chapman Street
                        Alexandria, VA 22301
                        703.535.5449

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I served George Masson, Jr., Richard Agulia and Jeffrey Hardie, and Nathan Finkelstein with a copy of this Motion to file the Second Amended Complaint by first-class mail, postage prepaid on September 20, 2006.

                        _____
                        Carol A. Forti