UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAROL A. FORTI,
14 West Chapman Street
Alexandria, VA 22301
703.535.5449
    Plaintiff

v.

GEORGE MASSON, JR. (COUNSEL TO
  W.C. & A.N. MILLER)
Hamilton and Hamilton LLP
1900 M Street, N.W.—Suite 410
Washington, D.C. 20036-3532
    Defendant

Civil Action No. 1:06CV00613 JR

HAMILTON AND HAMILTON LLP (COUNSEL TO
  W.C. & A.N. MILLER)
1900 M Street, N.W.—Suite 410
Washington, D.C. 20036-3532
    Defendant,

RICHARD AGULIA
(COUNSEL TO CHONG AND ZANFORLIN)
Hunton & Williams, LLP
1900 K Street, N.W.
Washington, D.C. 20006
    Defendant,

JEFFREY HARDIE
(COUNSEL TO CHONG AND ZANFORLIN)
Hunton & Williams, LLP
1900 K Street, N.W.
Washington, D.C. 20006
    Defendant,

NATHAN FINKELSTEIN
(SETTLEMENT ATTORNEY)
Finkelstein & Horvitz, P.C.
7315 Wisconsin Avenue
Suite 400 East
Bethesda, MD 20814
    Defendant,

**FINKELSTEIN & HORVITZ, P.C.**
(SETTLEMENT ATTORNEYS)
7315 Wisconsin Ave., N.W.
Suite 400 East
Bethesda, MD 20814
        Defendant.

## ORDER

Having been convinced of the need to clarify the causes of action against the defendant attorneys and to eliminate confusion as to which attorneys are being held responsible for what conduct, it is, this _____ day of September 2006,

HEREBY DECIDED that the Motion to file the Second Amended Complaint is GRANTED.

                                              Judge James Robertson

Please serve the following parties:

Carol A. Forti
14 West Chapman Street
Alexandria, VA 22301

George Masson, Jr.
Hamilton and Hamilton LLP
1900 M Street N.W. Suite 410
Washington, D.C. 20036-3235

Richard Agulia
Hunton & Williams, LLP
1900 K Street, N.W., Suite 1200
Washington, D.C. 20006

Nathan Finkelstein
Finkelstein & Horvitz P.C.
7315 Wisconsin Avenue
Suite 400 East
Bethesda, Maryland 20814