UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAROL A. FORTI,                         *
                                        *
        Plaintiff,                      *
                                        *
                                        *   Case No. 1:06CV00613
v.                                      *   Judge: James Robertson
                                        *   Deck Type: Contract
W.C. & A.N. MILLER                      *
DEVELOPMENT COMPANY, et al.,            *
                                        *
        Defendants.                     *
                                        *
*   *   *   *   *   *   *   *   *   *   *   *   *

## ORDER

Having considered the Joint Memorandum of Points and Authorities of Defendants, Nathan I. Finkelstein, Finkelstein & Horvitz, P.C., George Masson, Jr., Hamilton and Hamilton, LLP, Richard Aguglia, and Jeffrey Hardie, in Opposition to Plaintiff's Motion for Leave of Court to File Second Amended Complaint, Plaintiff's Motion for Leave of Court to File Second Amended Complaint, and the record herein; it is this _____ day of _____, 2006

ORDERED that Plaintiff's Motion for Leave of Court to File Second Amended Complaint is DENIED.

_____
Judge James Robertson
United States District Court
For the District of Columbia

Copies to:

Carol A. Forti, Esq.
14 West Chapman Street
Alexandria, Virginia 22301

John Jay Range, Esq.
Richard L. Arguglia, Esq.
Jeffrey Hardie, Esq.
Hunton & Williams, LLP
1900 K Street, N.W.
Suite 1200
Washington, D.C. 20006

George Masson, Jr., Esq.
1900 M Street, N.W.
Suite 410
Washington, D.C. 20036

Nathan I. Finkelstein, Esq.
Laurie B. Horvitz, Esq.
Robert J. Goldman, Esq.
Emily D. Gooding, Esq.
Finkelstein & Horvitz, P.C.
7315 Wisconsin Avenue
Suite 400 East
Bethesda, Maryland 20814