**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CAROL A. FORTI, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Case No. 1:06CV00613 |
| v. | * | Judge: James Robertson |
| | * | Deck Type: Contract |
| W.C. & A.N. MILLER DEVELOPMENT COMPANY, et al., | * | |
| | * | |
| Defendants. | * | |

*   *   *   *   *   *   *   *   *   *   *   *   *

## ORDER

Having considered the Joint Motion to Set Case for Status Hearing and the record herein; it is this _____ day of _____, 2006

ORDERED that the Joint Motion to Set Case for Status Hearing is GRANTED; and it is

FURTHER ORDERED that a Status Hearing is set in this case for the ____ day of _____, 2006, at _____ a.m./p.m.

_____
Judge James Robertson
United States District Court
For the District of Columbia

Copies to:

Carol A. Forti, Esq.
14 West Chapman Street
Alexandria, Virginia 22301

John Jay Range, Esq.
Richard L. Arguglia, Esq.
Jeffrey Hardie, Esq.
Hunton & Williams, LLP
1900 K Street, N.W.
Suite 1200
Washington, D.C. 20006

George Masson, Jr., Esq.
1900 M Street, N.W.
Suite 410
Washington, D.C. 20036

Nathan I. Finkelstein, Esq.
Laurie B. Horvitz, Esq.
Robert J. Goldman, Esq.
Emily D. Gooding, Esq.
Finkelstein & Horvitz, P.C.
7315 Wisconsin Avenue
Suite 400 East
Bethesda, Maryland 20814