UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAROL A. FORTI,
14 West Chapman Street
Alexandria, VA 22301
703.535.5449
      Plaintiff

v.

Civil Action No. 1:06CV00613 JR

GEORGE MASSON, JR. (COUNSEL TO
  W.C. & A.N. MILLER)
Hamilton and Hamilton LLP
1900 M Street, N.W.—Suite 410
Washington, D.C. 20036-3532
      Defendant


HAMILTON AND HAMILTON LLP (COUNSEL TO
  W.C. & A.N. MILLER)
1900 M Street, N.W.—Suite 410
Washington, D.C. 20036-3532
      Defendant,

RICHARD AGULIA
(COUNSEL TO CHONG AND ZANFORLIN)
Hunton & Williams LLP
1900 K Street, N.W.
Washington, D.C. 20006
      Defendant,

JEFFREY HARDIE
(COUNSEL TO CHONG AND ZANFORLIN)
Hunton & Williams, LLP
1900 K Street, N.W.
Washington, D.C. 20006
      Defendant,

NATHAN FINKELSTEIN
(SETTLEMENT ATTORNEY)
Finkelstein & Horvitz, P.C.
7315 Wisconsin Avenue
Suite 400 East
Bethesda, MD 20814
      Defendant,

RECEIVED
OCT 16 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**FINKELSTEIN & HORVITZ, P.C.**
**(SETTLEMENT ATTORNEYS)**
7315 Wisconsin Ave., N.W.
Suite 400 East
Bethesda, MD 20814
   Defendant.

## RESPONSE TO OPPOSITION OF THE ATTORNEY DEFENDANTS TO FILING OF THE SECOND AMENDED COMPLAINT

  The purpose of filing a Second Amended Complaint is to eliminate in the eyes of the attorney defendants and in the eyes of the Court any confusion as to which parties plaintiff is holding responsible for which causes of action. That, in itself, is reason for the Court to grant Forti's Motion for Leave of Court to file the Second Amended Complaint. According to F.RC.P. 15(a), "leave of court shall be freely given when justice so requires." Justice requires that leave of Court be granted. Furthermore, the attorney defendants did not file any substantive response to Forti's Amended Complaint. The attorney defendants have only filed two baseless Motions for Sanctions against Forti. Opposition by the attorney defendants to filing the Second Amended Complaint should be viewed by the Court as a refusal to engage on the actual issues between the parties and should be dismissed forthwith.

  Plaintiff did not confer with opposing counsel on her Motion for Leave to file a Second Amended Complaint, because their opposition was entirely predictable. No discussion could have narrowed the areas of disagreement. The filing of Opposition by the attorney defendants shows that plaintiff's assessment of the situation was perfectly accurate.

Respectfully submitted,

*/s/ Carol A. Forti*

Carol A. Forti  
Plaintiff pro se  
14 West Chapman Street  
Alexandria, VA 22301  
703.535.5449

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have served George Masson, Jr., Richard Agulia, Jeffrey Hardie, and Nathan Finkelstein with a copy of this Response by first-class mail, postage prepaid on October 16, 2006.

_____
Carol A. Forti