UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
CAROL A. FORTI,                    :
                                   :
        Plaintiff,                 :
                                   :
     v.                            :   Civil Action No. 06-0613 (JR)
                                   :
W.C. & A.N. MILLER DEVELOPMENT     :
CO., et al.,                       :
                                   :
        Defendants.                :
```

**ORDER**

For reasons explained in the accompanying memorandum, the defendants' motions to dismiss [10, 12, 15] and for sanctions [19, 24, 25], are **granted**. Pursuant to F.R.Civ.P. 11, the plaintiff is **ordered** to pay $15,000 in sanctions. The sanctions shall be paid in sums of $5,000 to each of the following three defendant groups: (1) Hamilton & Hamilton, S.C. & A.N. Miller, June Humbert, and George Masson, Jr.; (2) Jeffrey Hardie, Richard Agulia, Alberto Chong, and Luisa Zanforlin; (3) Nathan Finkelstein and Finkelstein & Horvitz. The plaintiff's first amended complaint [28] is stricken. All other motions [14, 20, 21, 22, 32, 33, 34, 35, 36, 40, 43, 49, 51] are dismissed as moot.

                                        JAMES ROBERTSON
                                   United States District Judge