UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAROL A. FORTI,
14 West Chapman Street
Alexandria, VA 22301
703.535.5449
        Plaintiff

v.

        Civil Action No. 1:06CV00613 JR

GEORGE MASSON, JR. (COUNSEL TO
  W.C. & A.N. MILLER)
Hamilton and Hamilton LLP
1900 M Street, N.W.—Suite 410
Washington, D.C. 20036-3532
        Defendant

HAMILTON AND HAMILTON LLP (COUNSEL TO
  W.C. & A.N. MILLER)
1900 M Street, N.W.—Suite 410
Washington, D.C. 20036-3532
        Defendant,

RICHARD AGULIA
(COUNSEL TO CHONG AND ZANFORLIN)
Hunton & Williams, LLP
1900 K Street, N.W.
Washington, D.C. 20006
        Defendant,

JEFFREY HARDIE
(COUNSEL TO CHONG AND ZANFORLIN)
Hunton & Williams, LLP
1900 K Street, N.W.
Washington, D.C. 20006
        Defendant,

NATHAN FINKELSTEIN
(SETTLEMENT ATTORNEY)
Finkelstein & Horvitz, P.C.
7315 Wisconsin Avenue
Suite 400 East
Bethesda, MD 20814
        Defendant,

**FINKELSTEIN & HORVITZ, P.C.**
**(SETTLEMENT ATTORNEYS)**
7315 Wisconsin Ave., N.W.
Suite 400 East
Bethesda, MD 20814
    Defendant.

## ORDER

Forti has filed a motion for reconsideration asking me to accept her first amended complaint, asking for leave of court to file her Second Amended Complaint, asking me to reverse the motion to dismiss granted at the October 17 hearing for which she did not receive notice, and to vacate the sanctions granted at the October 17 hearing for which she did not receive notice. After careful consideration, I have concluded that all parts of her motion are meritorious. Accordingly, it is, this _____ day of November 2006,

    HEREBY DECIDED that the Motion is GRANTED.

                                                           Judge James Robertson

Please serve the following parties:
Carol A. Forti
14 West Chapman Street
Alexandria, VA 22301

George Masson , Jr.
Hamilton and Hamilton LLP
1900 M Street N.W. Suite 410
Washington, D.C. 20036-3235

Richard Agulia
Hunton & Williams, LLP
1900 K Street, N.W., Suite 1200
Washington, D.C. 20006

Nathan Finkelstein
Finkelstein & Horvitz P.C.
7315 Wisconsin Avenue
Suite 400 East
Bethesda, Maryland 20814