UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAROL A. FORTI,                         :
                                        :
        Plaintiff,                      :
                                        :
    v.                                  : Civil Action No. 06-0613 (JR)
                                        :
W.C. & A.N. MILLER DEVELOPMENT          :
CO., *et al.*,                          :
                                        :
        Defendants.                     :

### NOTICE TO COUNSEL

The Court has under consideration plaintiff's motion for reconsideration of the memorandum and order of November 2, 2006 [#53, #54] imposing monetary sanctions of $15,000 upon her. In her motion, Ms. Forti asserts <u>inter alia</u> (1) that, by filing an amended complaint, she clarified her intent only to sue lawyers who were not parties to the Superior Court litigation -- the settlement attorney and counsel for the sellers and the realtor; and (2) that three times $5000 was an unreasonably high sanction amount. Responding counsel (George Masson, Jr., Richard Agulia, Jeffrey Hardie and Nathan Finkelstein) are invited to submit statements of their hours logged and their normal hourly rates, and any out-of-pocket expenses they incurred, responding to plaintiff's original complaint, and then, separately, to plaintiff's first amended complaint. Only statements submitted

within 21 days of the date of this Notice will be considered in the Court's recomputation of monetary sanctions.

                                        JAMES ROBERTSON
                                United States District Judge