IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. FORTI, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:06CV00613 (JR) |
| ) | |
| W.C. & A.N. MILLER ) | |
| DEVELOPMENT COMPANY, et al., ) | |
| ) | |
| Defendants ) | |

## ORDER

Upon consideration of the Joint Motion of Defendants W.C. & A.N. Miller Development Company, June Humbert, Hamilton and Hamilton, LLP, George T. Masson, Jr., Nathan I. Finkelstein, and Finkelstein & Horvitz, P.C., to Alter or Amend Memorandum and Order, the record herein, and it appearing that the Joint Motion should be granted, it is, by the Court, this_____day of _____, 2006,

ORDERED: that the Joint Motion of Defendants W.C. and A.N. Miller Development Company, June Humbert, Hamilton and Hamilton, LLP, George T. Masson, Jr., Nathan I. Finkelstein, and Finkelstein & Horvitz, P.C., to Alter or Amend Memorandum and Order be, and the same is, hereby GRANTED for the reasons stated therein; and it is

FURTHER ORDERED: that the Memorandum and Order of the Court entered herein on November 2, 2006, are vacated and the Court will issue a new Memorandum and Order consistent with this Order.

                                                               _____
Judge James Robertson
United States District Court
For the District of Columbia

Copies to:

Carol A. Forti, Esq.
14 West Chapman Street
Alexandria, Virginia 22301

John Jay Range, Esq.
Richard L. Aguglia, Esq.
Hunton & Williams LLP
1900 K Street, N.W., 12th Floor
Washington, D.C. 20006

Nathan Finkelstein, Esq.
Laurie B. Horvitz, Esq.
Robert J. Goldman, Esq.
Emily D. Gooding, Esq.
Finkelstein & Horvitz
7315 Wisconsin Ave., Suite 400 East
Bethesda, MD 20814

Patrick Kavanaugh, Esq.
George T. Masson, Jr., Esq.
Hamilton and Hamilton, LLP
1900 M Street, N.W., Suite 410
Washington, D.C. 20036-3532