IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. FORTI, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:06CV00613 (JR) |
| ) | |
| W.C. & A.N. MILLER ) | |
| DEVELOPMENT COMPANY, et al., ) | |
| ) | |
| Defendants ) | |

### MEMORANDUM OF POINTS AND AUTHORITIES OF DEFENDANTS GEORGE T. MASSON, JR., AND HAMILTON AND HAMILTON, LLP, IN OPPOSITION TO MOTION FOR RECONSIDERATION OF THE COURT'S MEMORANDUM AND ORDER DATED NOVEMBER 2, 2006

Defendants George T. Masson, Jr., and Hamilton and Hamilton, LLP, are in receipt of the Court's Notice to Counsel [Docket no. 56] filed herein on November 8, 2006, in response to the plaintiff's motion for reconsideration of the memorandum and order of November 2, 2006 [55], and will submit a statement of hours logged, normal hourly billing rates, and out-of-pocket expenses incurred, as described by the Court.

In addition, these defendants file this opposition to plaintiff's motion and incorporate herein all facts, exhibits, and legal grounds set forth in their Motion of George T. Masson, Jr., and Hamilton and Hamilton, LLP, for Sanctions Against Carol A. Forti Pursuant to Fed. R. Civ. P. 11 and 28 U.S.C. § 1927 for Filing of Amended Complaint [41] and supporting Memorandum of Points and Authorities; the Motion of Defendants Nathan I. Finkelstein and Finkelstein & Horvitz, P.C. for Sanctions Against Carol A. Forti Pursuant to Fed. R. Civ. P. 11 and 28 U.S.C. § 1927 [40] and supporting Memorandum of Points and Authorities; and the Motion for Sanctions [43] of defendants Aguglia and Hardie and supporting Memorandum of Points and

Authorities.  Plaintiff's first amended complaint was yet another attempt to harass and disparage these defendants and lacked any basis in either fact or law.   The causes of action asserted by plaintiff therein failed to state a claim upon which relief can be granted; asserted claims barred by the applicable statute of limitations; and asserted claims barred by the doctrine of collateral estoppel and issue preclusion.  As such, the Court acted properly in imposing sanctions against plaintiff pursuant to F. R .Civ. P. 11, as had been requested by all defendants.

Accordingly, for the foregoing reasons, defendants George T. Masson, Jr., and Hamilton and Hamilton, LLP, respectfully submit that none of the reasons cited by plaintiff justify elimination or lessening of the sanctions imposed by  the Court in its memorandum and order of November 2, 2006.  Furthermore, these defendants submit that their motion to alter or amend the memorandum and order of November 2, 2006 [57], should be granted and the sanctions imposed against plaintiff increased for the reasons stated therein.

Respectfully submitted,

 /s/
George T. Masson, Jr., D.C. Bar No. 51953
Patrick Kavanaugh, D.C. Bar No. 192963
HAMILTON AND HAMILTON, LLP
1900 M Street, N.W., Suite 410
Washington, D.C. 20036-3532
Telephone: (202) 463-8282
Facsimile: (202) 463-7282

Attorneys for Defendants George T. Masson,
   Jr., and Hamilton and Hamilton, LLP

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing memorandum of points and authorities, proposed order, and notice of electronic filing was mailed, postage prepaid, this 20th day of November, 2006, to the following:

>Carol A. Forti, Esq.
>14 West Chapman Street
>Alexandria, Virginia 22301
>
>John Jay Range, Esq.
>Richard L. Aguglia, Esq.
>HUNTON & WILLIAMS, LLP
>1900 K Street, N.W.
>Suite 1200
>Washington, D.C. 20006
>
>Nathan I. Finkelstein, Esq.
>Laurie B. Horvitz, Esq.
>Robert J. Goodman, Esq.
>FINKELSTEIN & HORVITZ, P.C.
>7315 Wisconsin Avenue
>Suite 400 East
>Bethesda, Maryland 20814

/s/_____
George T. Masson, Jr.