IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAROL A. FORTI,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Case No. 1:06CV00613 (JR) |
| ) | |
| **W.C. & A.N. MILLER** ) | |
| **DEVELOPMENT COMPANY, et al.,** ) | |
| ) | |
| **Defendants** ) | |

## ORDER

Upon consideration of the motion of plaintiff for reconsideration of the Court's Memorandum and Order dated November 2, 2006, the record herein, and it appearing that the motion should not be granted for the reasons stated therein, it is, by the Court, this_____day of _____, 2006,

ORDERED: that the motion of plaintiff for reconsideration of the Court's Memorandum and Order dated November 2, 2006, is hereby DENIED.

_____
Judge James Robertson
United States District Court
For the District of Columbia

Copies to:

    Carol A. Forti, Esq.
    14 West Chapman Street
    Alexandria, Virginia 22301

John Jay Range, Esq.
Richard L. Aguglia, Esq.
Hunton & Williams LLP
1900 K Street, N.W., 12th Floor
Washington, D.C. 20006

Nathan Finkelstein, Esq.
Laurie B. Horvitz, Esq.
Robert J. Goldman, Esq.
Emily D. Gooding, Esq.
Finkelstein & Horvitz, P.C.
7315 Wisconsin Ave., Suite 400 East
Bethesda, MD 20814

Patrick Kavanaugh, Esq.
George T. Masson, Jr., Esq.
Hamilton and Hamilton, LLP
1900 M Street, N.W., Suite 410
Washington, D.C. 20036-3532