UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. FORTI, | * |
| Plaintiff, | * |
| | * Case No. 1:06CV00613 |
| v. | * Judge: James Robertson |
| | * Deck Type: Contract |
| W.C. & A.N. MILLER DEVELOPMENT COMPANY, et al., | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STATEMENT OF HOURS LOGGED AND EXPENSES INCURRED IN RESPONDING TO PLAINTIFF'S ORIGINAL COMPLAINT

Counsel for defendants, Nathan I. Finkelstein and Finkelstein & Horvitz, P.C. ("Finkelstein Defendants"), hereby submit this statement of hours logged and expenses incurred in responding to Plaintiff's original Complaint pursuant to the Court's Notice to Counsel entered on November 8, 2006. Counsel for the Finkelstein Defendants states as follows:

1.   Counsel for Finkelstein Defendants collectively spent 24.5 hours responding to Plaintiff's original complaint,[1] which was allocated between the Finkelstein Defendants' attorneys as follows: Nathan I. Finkelstein, 9.5 hours; and Emily D. Gooding, 15 hours.

---

[1] Counsel for the Finkelstein Defendants also spent 16.9 additional hours in defending this action prior to Plaintiff's filing of her Amended Complaint, which included preparing a motion for sanctions, reviewing Plaintiff's Motion for Summary Judgment and opposition to the Finkelstein Defendants' motion to dismiss, and other related tasks. This additional time spent was allocated between the Finkelstein Defendants' attorneys as follows: Nathan I. Finkelstein, 4.5 hours; and Emily D. Gooding, 12.4 hours. Counsel for Finkelstein Defendants also incurred out-of-pocket expenses relating to the aforementioned tasks totaling $28.00, which represents copying costs.

2.      The normal hourly rates for the Finkelstein Defendants' attorneys are as follows: Nathan I. Finkelstein, $325.00; Laurie B. Horvitz, $300.00; Robert J. Goldman, $225.00; and Emily D. Gooding, $150.00.

3.      The Finkelstein Defendants incurred out-of-pocket expenses totaling $42.19, which reflect the postage and copying costs of serving the Finkelstein Defendants' response to Plaintiff's original Complaint on the parties to this matter.

4.      It is the opinion of undersigned counsel that the hours spent, the normal hourly rates charged, and the out-of-pocket expenses incurred were reasonable and necessary under the circumstances.

Respectfully submitted,

By:    _____/s/_____
Nathan I. Finkelstein, D.C. Bar # 173682
Laurie B. Horvitz, D.C. Bar # 384702
Robert J. Goldman, D.C. Bar # 481642
Emily D. Gooding, D.C. Bar #496227
FINKELSTEIN & HORVITZ, P.C.
7315 Wisconsin Avenue, Suite 400 East
Bethesda, Maryland 20814
Telephone: (301) 951-8400

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2006, the foregoing Statement of Hours Logged and Expenses Incurred in Responding to Plaintiff's Original Complaint was mailed first-class with adequate postage prepaid to:

Carol A. Forti, Esq.
14 West Chapman Street
Alexandria, Virginia 22301

John Jay Range, Esq.
Richard L. Arguglia, Esq.
Jeffrey Hardie, Esq.
Hunton & Williams, LLP
1900 K Street, N.W., Suite 1200
Washington, D.C. 20006

George Masson, Jr., Esq.
Patrick Kavanaugh, Esq.
Hamilton and Hamilton, LLP
1900 M Street, N.W., Suite 410
Washington, D.C. 20036

_____/s/_____
Nathan I. Finkelstein