**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAROL A. FORTI, | * |
| | * |
| Plaintiff, | * |
| | * Case No. 1:06CV00613 |
| v. | * Judge: James Robertson |
| | * Deck Type: Contract |
| W.C. & A.N. MILLER | * |
| DEVELOPMENT COMPANY, et al., | * |
| | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STATEMENT OF HOURS LOGGED AND EXPENSES INCURRED IN RESPONDING TO PLAINTIFF'S AMENDED COMPLAINT

Counsel for defendants, Nathan I. Finkelstein and Finkelstein & Horvitz, P.C. ("Finkelstein Defendants"), hereby submit this statement of hours logged and expenses incurred in responding to Plaintiff's Amended Complaint pursuant to the Court's Notice to Counsel entered on November 8, 2006. Counsel for the Finkelstein Defendants states as follows:

1. Counsel for Finkelstein Defendants collectively spent 16.4 hours responding to Plaintiff's Amended Complaint,[1] which was allocated between the Finkelstein Defendants' attorneys as follows: Nathan I. Finkelstein, 3 hours; and Emily D. Gooding, 13.4 hours.

---

[1] Counsel for the Finkelstein Defendants also spent 55.85 additional hours in defending this action following Plaintiff's filing of her Amended Complaint and up to, and including, the motions hearing, which included reviewing Plaintiff's Amended Motion for Summary Judgment and Plaintiff's Second Amended Complaint and accompanying motion; preparing a second motion for sanctions, a motion for enlargement of time to respond to Plaintiff's Amended Motion for Summary Judgment, and a motion for status hearing; and other related tasks. This additional time spent on the aforesaid tasks was allocated among the Finkelstein Defendants' attorneys as follows: Nathan I. Finkelstein, 11.5 hours; Laurie B. Horvitz, .75 hours; and Emily D. Gooding, 43.6 hours. Counsel for Finkelstein Defendants also incurred out-of-pocket expenses relating to the aforementioned tasks totaling $60.51, which represents copying and postage costs.

2.      The normal hourly rates for the Finkelstein Defendants' attorneys are as follows: Nathan I. Finkelstein, $325.00; Laurie B. Horvitz, $300.00; Robert J. Goldman, $225.00; and Emily D. Gooding, $150.00.

3.      The Finkelstein Defendants incurred out-of-pocket expenses totaling $23.52, which reflects the postage and copying costs of serving the Finkelstein Defendants' response to Plaintiff's Amended Complaint on the parties to this matter.

4.      It is the opinion of undersigned counsel that the hours spent, the normal hourly rates charged, and the out-of-pocket expenses incurred were reasonable and necessary under the circumstances.

                                Respectfully submitted,

By:     _____/s/_____
        Nathan I. Finkelstein, D.C. Bar # 173682
        Laurie B. Horvitz, D.C. Bar # 384702
        Robert J. Goldman, D.C. Bar # 481642
        Emily D. Gooding, D.C. Bar #496227
        FINKELSTEIN & HORVITZ, P.C.
        7315 Wisconsin Avenue, Suite 400 East
        Bethesda, Maryland 20814
        Telephone: (301) 951-8400

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2006, the foregoing Statement of Hours Logged and Expenses Incurred in Responding to Plaintiff's Amended Complaint was mailed first-class with adequate postage prepaid to:

Carol A. Forti, Esq.
14 West Chapman Street
Alexandria, Virginia 22301

John Jay Range, Esq.
Richard L. Arguglia, Esq.
Jeffrey Hardie, Esq.
Hunton & Williams, LLP
1900 K Street, N.W., Suite 1200
Washington, D.C. 20006

George Masson, Jr., Esq.
Patrick Kavanaugh, Esq.
Hamilton and Hamilton, LLP
1900 M Street, N.W., Suite 410
Washington, D.C. 20036

_____/s/_____
Nathan I. Finkelstein