IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. FORTI, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:06CV00613 (JR) |
| ) | |
| W.C. & A.N. MILLER ) | |
| DEVELOPMENT COMPANY, et al., ) | |
| ) | |
| Defendants ) | |

**STATEMENT OF HOURS LOGGED AND EXPENSES INCURRED BY HAMILTON AND HAMILTON, LLP, AND GEORGE T. MASSON, JR., IN RESPONDING TO PLAINTIFF'S ORIGINAL COMPLAINT, THE FIRST AMENDED COMPLAINT AND RELATED ISSUES**

Counsel for defendants Hamilton and Hamilton, LLP, and George T. Masson, Jr. ("Hamilton Defendants"), in response to the Court's Notice to Counsel [docket no. 56] entered in this cause on November 8, 2006, hereby submit this statement of hours logged, hourly billing rates, and expenses incurred in responding to plaintiff's original complaint [1].[1] In addition, they are submitting a separate statement of hours logged and expenses incurred in responding to plaintiff's first amended complaint [28].

**I.   Statement of hours logged and expenses incurred by Hamilton and Masson in responding to plaintiff's original complaint.**

The usual hourly billing rates for George T. Masson, Jr., and Patrick Kavanaugh, counsel representing the Hamilton Defendants and defendants Miller and Humbert, range from $230.00 to $300.00. Bills submitted to defendant Miller related to a response to plaintiff's original complaint were based on a preferential hourly billing rate of $230.00. George T. Masson, Jr.,

---

[1] Counsel for the Hamilton Defendants also represented W.C. & A.N. Miller Development Company ("Miller") and June Humbert ("Humbert"), who were named defendants in the original complaint (but not in the first amended complaint).

spent 66.2 hours in responding to the original complaint, including the preparation of a motion to dismiss or, in the alternative, for summary judgment; preparation of a "safe harbor" letter to plaintiff and a motion for sanctions; preparation of a reply to plaintiff's opposition to the motion to dismiss or, in the alternative, for summary judgment; and similarly related matters.[2] Of that time, only 62.0 hours, was billed to defendant Miller, as the remaining 4.2 hours of time expended pertained to oral and written communications had with the Hamilton Defendants' malpractice insurance carrier.[3] Patrick Kavanaugh spent 6.50 hours in dealing with matters to the original complaint, all of which was billed to defendant Miller. Therefore, counsel for the Hamilton Defendants spent a total of 72.7 hours on matters related to the original complaint with a value, based on the $230 hourly rate, of $16,721.00.

In addition, costs totaling $193.75 were incurred for postage, copying, and long-distance telephone charges related to the described matters.

## II.   Statement of hours logged and expenses incurred by Hamilton and Masson in responding to plaintiff's amended complaint.

George T. Masson, Jr., has logged 30.20 hours up to and including the motions' hearing held by the Court on October 17, 2006, in responding to plaintiff's first amended complaint, including the preparation of another motion to dismiss or, in the alternative, for summary judgment; preparation of another "safe harbor" letter to plaintiff and a motion for sanctions;

---

[2] The pleadings filed on behalf of all defendants herein reflect that undersigned counsel took the lead in preparation of what was ultimately filed by all defendants in response to the original complaint and in the motions for sanctions.

[3] The Hamilton Defendants did not feel that Miller should be billed for those charges, although it respectfully submits that it should be compensated for that time in any award of fees rendered in its favor.

preparation of a joint motion for extension of time to respond to plaintiff's amended motion for summary judgment; review of a joint opposition to plaintiff's motion to extend time to reply to motions for sanctions; review of a joint opposition to plaintiff's motion to amend or correct her amended complaint; review of a joint motion for hearing; communications with the malpractice insurance carrier; and similarly related matters.[4] The total value of that time, utilizing the same hourly billing rate of $230.00 as was previously submitted to defendant Miller, is $6,946.00.[5]

Subsequent to the motions' hearing on October 17, 2006, George T. Masson, Jr., has logged another 22.40 hours in researching and preparing a joint motion to alter or amend the judgment; preparation of an opposition to plaintiff's motion for reconsideration; communications with the malpractice insurance carrier, and similarly related matters. That total does not include time involved in preparing this Statement. The value of that time at the $230.00 hourly billing rate is $5,152.00.

In addition, counsel for the Hamilton Defendants have incurred $250.29 in costs for postage and copying related to these matters..

**III.    Conclusion.**

Plaintiff's failure to accept the judgments of the Superior Court of the District of Columbia and of the District of Columbia Court of Appeals has led her to file this meritless case against multiple defendants. Defendant Miller has been billed $16,914.75 in fees and costs

---

[4] In order to reduce costs and time of counsel in responding to plaintiff's motions, counsel for defendants Nathan I. Finkelstein and Finkelstein & Horvitz, P.C. took the lead in preparing the oppositions.

[5] This rate is well below the rates set forth in the *Laffey* matrix prepared by the U.S. Attorney's Office.

related to the filing of plaintiff's original complaint. The Hamilton Defendants have logged additional time since the filing of the first amended complaint in the amount of 52.60 hours having a total value of $12,098.00, utilizing the $230.00 hourly billing rate, and have incurred another $250.29 in costs. The sum of these totals is $29,263.04.

Apart from the entitlement which defendants Miller and Humbert have in this action to recover their fees from plaintiff pursuant to F.R.Civ.P. 11, they also have a right to recover those fees under the terms of the underlying real estate contract which plaintiff has continued to challenge. Plaintiff has already paid defendants in the Superior Court and District of Columbia Court of Appeals proceedings over $144,000.00 in fees and costs incurred by defendants in those proceedings but remains undeterred in pursuing her baseless complaints.

The undersigned counsel submit that the hours spent, the normal hourly rates charged, and the expenses incurred in this matter were both reasonable in amount and necessary under the circumstances. In the event that the Court wishes to see further detail pertaining to the hours logged and/or expenses incurred, undersigned counsel will willingly provide the same.

The Hamilton Defendants respectfully submit that they should be awarded fees and costs incurred in defending this litigation; that defendant Miller should be awarded its fees and costs related to its defense and that of defendant Humbert; and that an additional sanction should be imposed against plaintiff to be paid to the United States District Court of the District of Columbia.

                Respectfully submitted,

                _/s/_____
                George T. Masson, Jr., D.C. Bar No. 51953
                Patrick Kavanaugh, D.C. Bar No. 192963
                HAMILTON AND HAMILTON, LLP
                1900 M Street, N.W., Suite 410
                Washington, D.C. 20036-3532
                Telephone: (202) 463-8282
                Facsimile: (202) 463-7282

                Attorneys for Defendants George T. Masson,
                  Jr., and Hamilton and Hamilton, LLP

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Statement of Hours Logged and Expenses Incurred by Hamilton and Hamilton, LLP, and George T. Masson, Jr., in responding to Plaintiff's Original Complaint, the First Amended Complaint, and Related Issues, together with a copy of the Notice of Filing, was mailed, postage prepaid, this 29th day of November, 2006, to the following:

        Carol A. Forti, Esq.
        14 West Chapman Street
        Alexandria, Virginia 22301

        John Jay Range, Esq.
        Richard L. Aguglia, Esq.
        HUNTON & WILLIAMS, LLP
        1900 K Street, N.W.
        Suite 1200
        Washington, D.C. 20006

Nathan I. Finkelstein, Esq.
Laurie B. Horvitz, Esq.
Robert J. Goldman, Esq.
Emily D. Gooding, Esq.
FINKELSTEIN & HORVITZ, P.C.
7315 Wisconsin Avenue
Suite 400 East
Bethesda, Maryland   20814

/s/
George T. Masson, Jr.