UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. FORTI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:06CV00613 |
| v. ) | Judge: James Robertson |
| ) | Deck Type: Contract |
| W.C. & A.N. MILLER ) | |
| DEVELOPMENT COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF RICHARD L. AGUGLIA

Richard L. Aguglia, being first duly sworn under oath, deposes and says as follows:

1. My name is Richard L. Aguglia.

2. I have been an attorney (counsel) at Hunton & Williams since 1990.

3. I hereby state that the following information accurately reflects the hours logged and expenses incurred in the defense of Alberto Chong, Luisa Zanforlin, myself and Jeffrey Hardie in the case of Forti v. W.C. & A.N. Miller Development et al., in the U.S. District Court for the District of Columbia, C.A. No.: 06-0613 (JR).

4. With respect to responding to the original Complaint and all related filings, the hours recorded were collectively 73.25, totaling $27,633.

   a. Hours and rates were as follows: John Jay Range - 10.25 hours at $600 an hour; Richard L. Aguglia - 46.5 hours at $420 an hour; David Gunn (Law Librarian) - 0.5 hour at $195 an hour; Harold Schlicht (Assistant Law Librarian) - 5 hours at $140 an hour; Shannon Mohan (Paralegal) - 11 hours at $105 an hour.

   b. The costs incurred were $618.50.

   c. The work involved review of the Complaint, review of the prior Superior Court/Court of Appeals case history files, filing a motion to dismiss and research of related case

law, service of a Rule 11 letter and motion for sanctions on Forti, filing same, review of Plaintiff's Motion for Summary Judgment, and other defense counsel pleadings.

5.  With respect to responding to the amended Complaint, the hours recorded were collectively 37, totaling $16,136.25.

   a.  Hours were as follows:

   John Jay Range - 3.75 hours; Richard L. Aguglia - 33 hours; Shannon Mohan (Paralegal) - 0.25 hours.

   b.  The costs incurred were $509.65.

   c.  The work involved review of the amended Complaint and relevant case law, filing a motion to dismiss, service of a Rule 11 letter and motion for sanctions on Forti, filing same, review of Plaintiff's Motions for Extension of Time and file joint opposition to same, and other defense counsel pleadings.

6.  With respect to responding to the Second Amended Complaint, including attendance in court at the hearing, the hours recorded were collectively 9.25, totaling $4,605.

   a.  Hours were as follows:

   John Jay Range - 4 hours ; Richard L. Aguglia - 5.25 hours.

   b.  The costs incurred were not available as of this date.

   c.  The work involved review of the Second Amended Complaint and related case law, filing a joint motion for status conference and opposition to amendment, review court orders, attend court hearing, and other defense counsel pleadings.

7.  It should be noted that as the case progressed, all defense counsel coordinated their filings to reduce time and thus fees and expenses  Accordingly, the "brunt" of the work for the response to the original and first amended complaint was shared by Hunton & Williams and Hamilton & Hamilton, and the majority of the work thereafter by Finkelstein & Horvitz.

8. No bill has been submitted to our clients Chong and Zanforlin for services rendered in this case as of the date of this Affidavit.

Further affiant sayeth not.

*Richard L. Aguglia*
Richard L. Aguglia

Subscribed and sworn before me this 28th day of November, 2006.

*Priscilla J. McClain*
Notary Public

My Commission Expires: **Priscilla J. McClain, Notary Public, District of Columbia, My Commission Expires 10-14-2008**

61681.000002 WASHINGTON 643802v3