UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAROL A. FORTI,
14 West Chapman Street
Alexandria, VA 22301
703.535.5449
      Plaintiff
  v.

Civil Action No. 1:06CV00613 JR

GEORGE MASSON, JR. (COUNSEL TO
  W.C. & A.N. MILLER)
Hamilton and Hamilton LLP
1900 M Street, N.W.—Suite 410
Washington, D.C. 20036-3532
      Defendant


HAMILTON AND HAMILTON LLP (COUNSEL TO
  W.C. & A.N. MILLER)
1900 M Street, N.W.—Suite 410
Washington, D.C. 20036-3532
      Defendant,

RICHARD AGULIA
(COUNSEL TO CHONG AND ZANFORLIN)
Hunton & Williams LLP
1900 K Street, N.W.
Washington, D.C. 20006
      Defendant,

JEFFREY HARDIE
(COUNSEL TO CHONG AND ZANFORLIN)
Hunton & Williams, LLP
1900 K Street, N.W.
Washington, D.C. 20006
      Defendant,

NATHAN FINKELSTEIN
(SETTLEMENT ATTORNEY)
Finkelstein & Horvitz, P.C.
7315 Wisconsin Avenue
Suite 400 East
Bethesda, MD 20814
      Defendant,

RECEIVED
DEC - 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FINKELSTEIN & HORVITZ, P.C.
(SETTLEMENT ATTORNEYS)
7315 Wisconsin Ave., N.W.
Suite 400 East
Bethesda, MD 20814
      Defendant.

## MOTION TO GRANT PLAINTIFF TIME TO RECOVER FROM MENTAL ILLNESS

Plaintiff Forti is seriously ill with deep depression and anxiety, which have dedilitating effects on cognitive functions. Stress exacerbates these effects. Dr. Richard Greenberg, her psychopharmacologist, states that Ms. Forti is "incompetent to participate in any legal proceeding until her condition improves." In his professional opinion, Ms. Forti needs stress-free time in order to recover from her mental illness.

Respectfully submitted,

Carol A. Forti
Plaintiff pro se
14 West Chapman Street
Alexandria, VA 22301
703.535.5449

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have served George Masson, Jr., Richard Agulia, Jeffrey Hardie, and Nathan Finkelstein with a copy of this motion on December 6, 2006.

Carol A. Forti

**RICHARD GREENBERG, M. D.**
SUITE 604
2112 F ST., N.W.
WASHINGTON, D. C. 20037

TELEPHONE (202) 785-1836
FAX (202) 835-0888

December 5, 2006

To Whom it May Concern:

I am a psychiatrist and psychopharmocologist. Carol Forti is a patient under my care. She is suffering from severe depression and anxiety, which are extremely debilitating to her cognitive functioning. I have referred her to a neurologist to rule out any organic problems. She is forgetful – when she reads the newspaper she cannot read one or two lines and remember what they said. She also may be experiencing other possible neurological symptoms.

Carol Forti is incompetent to participate in any legal proceedings until her condition improves.. In my professional opinion, I believe that Ms. Forti needs stress-free time in order to recover from her mental illness.

Sincerely,

Richard Greenberg, D.F.A P.A
Board Certified Psychiatrist

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAROL A. FORTI,
14 West Chapman Street
Alexandria, VA 22301
703.535.5449
       Plaintiff                    Civil Action No. 1:06CV00613
  v.                                        JR

GEORGE MASSON, JR. (COUNSEL TO
   W.C. & A.N. MILLER)
Hamilton and Hamilton LLP
1900 M Street, N.W.—Suite 410
Washington, D.C. 20036-3532
       Defendant


HAMILTON AND HAMILTON LLP (COUNSEL TO
   W.C. & A.N. MILLER)
1900 M Street, N.W.—Suite 410
Washington, D.C. 20036-3532
       Defendant,

RICHARD AGULIA
(COUNSEL TO CHONG AND ZANFORLIN)
Hunton & Williams LLP
1900 K Street, N.W.
Washington, D.C. 20006
       Defendant,

JEFFREY HARDIE
(COUNSEL TO CHONG AND ZANFORLIN)
Hunton & Williams, LLP
1900 K Street, N.W.
Washington, D.C. 20006
       Defendant,

NATHAN FINKELSTEIN
(SETTLEMENT ATTORNEY)
Finkelstein & Horvitz, P.C.
7315 Wisconsin Avenue
Suite 400 East
Bethesda, MD 20814
       Defendant,

**FINKELSTEIN & HORVITZ, P.C.**
**(SETTLEMENT ATTORNEYS)**
7315 Wisconsin Ave., N.W.
Suite 400 East
Bethesda, MD 20814
       Defendant.

### ORDER

I understand that Ms. Forti is mentally ill and incompetent to participate in any legal proceeding until her condition improves.

It is HEREBY DECIDED, this _____ day of December 2006 to provide Ms. Forti whatever amount of time she needs to recover her mental health.

                              _____
                                  Judge Robertson

Please serve the following parties:

Carol A. Forti
14 West Chapman Street
Alexandria, VA 22301

George Masson , Jr.
Hamilton and Hamilton LLP
1900 M Street N.W. Suite 410
Washington, D.C. 20036-3235

Richard Agulia
Hunton & Williams, LLP
1900 K Street, N.W., Suite 1200
Washington, D.C. 20006

Nathan Finkelstein
Finkelstein & Horvitz P.C.
7315 Wisconsin Avenue
Suite 400 East
Bethesda, Maryland 20814