# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CAROL A. FORTI, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Case No. 1:06CV00613 |
| v. | * | Judge: James Robertson |
| | * | Deck Type: Contract |
| W.C. & A.N. MILLER | * | |
| DEVELOPMENT COMPANY, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Having considered the Joint Memorandum of Points and Authorities of

Defendants, Nathan I. Finkelstein and Finkelstein & Horvitz, P.C., George Masson, Jr.

and Hamilton and Hamilton, LLP, and Richard Aguglia and Jeffrey Hardie, in Opposition

to Plaintiff's Motion to Grant Plaintiff Time to Recover From Mental Illness, and the

record herein, for good cause shown, it is this _____ day of _____,

200_

ORDERED that Plaintiff's Motion to Grant Plaintiff Time to Recover From Mental

Illness be and the same is hereby DENIED.


_____
Judge James Robertson
United States District Court
For the District of Columbia

Copies to:

Carol A. Forti, Esq.
14 West Chapman Street
Alexandria, Virginia 22301

John Jay Range, Esq.
Richard L. Arguglia, Esq.
Jeffrey Hardie, Esq.
Hunton & Williams, LLP
1900 K Street, N.W.
Suite 1200
Washington, D.C. 20006

George Masson, Jr., Esq.
1900 M Street, N.W.
Suite 410
Washington, D.C. 20036

Nathan I. Finkelstein, Esq.
Laurie B. Horvitz, Esq.
Robert J. Goldman, Esq.
Emily D. Gooding, Esq.
Finkelstein & Horvitz, P.C.
7315 Wisconsin Avenue
Suite 400 East
Bethesda, Maryland 20814