UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAROL A. FORTI,
14 West Chapman Street
Alexandria, VA 22301
703.535.5449
    Plaintiff

v.

Civil Action No. 1:06CV00613 JR

GEORGE MASSON, JR. (COUNSEL TO
  W.C. & A.N. MILLER)
Hamilton and Hamilton LLP
1900 M Street, N.W.—Suite 410
Washington, D.C. 20036-3532
    Defendant


HAMILTON AND HAMILTON LLP (COUNSEL TO
  W.C. & A.N. MILLER)
1900 M Street, N.W.—Suite 410
Washington, D.C. 20036-3532
    Defendant,

RICHARD AGULIA
(COUNSEL TO CHONG AND ZANFORLIN)
Hunton & Williams, LLP
1900 K Street, N.W.
Washington, D.C. 20006
    Defendant,

JEFFREY HARDIE
(COUNSEL TO CHONG AND ZANFORLIN)
Hunton & Williams, LLP
1900 K Street, N.W.
Washington, D.C. 20006
    Defendant,

NATHAN FINKELSTEIN
(SETTLEMENT ATTORNEY)
Finkelstein & Horvitz, P.C.
7315 Wisconsin Avenue
Suite 400 East
Bethesda, MD 20814
    Defendant,

RECEIVED

JAN - 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FINKELSTEIN & HORVITZ, P.C.
(SETTLEMENT ATTORNEYS)
7315 Wisconsin Ave., N.W.
Suite 400 East
Bethesda, MD 20814
      Defendant.

**MOTION BY FORTI THAT COURT NOT RULE ON DEFENSE COUNSEL'S MEMORANDUM 65 UNTIL SHE REGAINS HER COGNITIVE FUNCTIONS AND HAS AN OPPORTUNITY TO RESPOND TO THE MEMORANDUM**

Given Forti's current incapacity, she is unable to respond in a meaningful way to memorandum 65 filed by defense counsel. She asks the Court not to rule on this memorandum until she regains her cognitive functions and can respond in a meaningful manner. She asks the Court for a three-month stay in ruling on the order. The three months would be calculated from the date of the order.

Respectfully submitted,

Carol A. Forti
Plaintiff pro se
14 West Chapman Street
Alexandria, VA 22301
703.535.5449

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I served George Masson, Jr., Richard Agulia and Jeffrey Hardie, and Nathan Finkelstein on January 8, 2007 with a copy of this Motion.

_____
Carol A. Forti

## AFFIDAVIT OF DR. RICHARD GREENBERG

I am a psychiatrist and psychopharmocologist. Carol Forti is a patient under my care. When the brain has been stressed more than it can cope with, it "shuts down." Ms. Forti is currently experiencing the feeling that a fog has descended over her brain. She can not read even the newspaper and remember what she has read. When she is stressed, she becomes very confused. Carol Forti is incompetent to participate in any legal proceeding until her condition improves. In my professional opinion, I believe that Ms. Forti needs about three months stress-free time in order to recover her higher cognitive functions.

Then came Dr. Richard Greenberg, who swore under the pains ands penalties of perjury that the forgoing statements were true and accurate.

_____
Dr. Richard Greenberg D.F.A.P.A

District of Columbia : SS
Subscribed and Sworn to before me, in my presence,
this __8__ day of __January__, 2007

_____
Gisella Lanzone, Notary Public, D.C.
My commission expires March 14, 2009

Notary Public

Civil Action No. 1:06 CV00613 JR