UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAROL A. FORTI,
14 West Chapman Street
Alexandria, VA 22301
703.535.5449
    Plaintiff

v.

Civil Action No. 1:06CV00613 JR

GEORGE MASSON, JR. (COUNSEL TO
  W.C. & A.N. MILLER)
Hamilton and Hamilton LLP
1900 M Street, N.W.—Suite 410
Washington, D.C. 20036-3532
    Defendant


HAMILTON AND HAMILTON LLP (COUNSEL TO
  W.C. & A.N. MILLER)
1900 M Street, N.W.—Suite 410
Washington, D.C. 20036-3532
    Defendant,

RICHARD AGULIA
(COUNSEL TO CHONG AND ZANFORLIN)
Hunton & Williams, LLP
1900 K Street, N.W.
Washington, D.C. 20006
    Defendant,

JEFFREY HARDIE
(COUNSEL TO CHONG AND ZANFORLIN)
Hunton & Williams, LLP
1900 K Street, N.W.
Washington, D.C. 20006
    Defendant,

NATHAN FINKELSTEIN
(SETTLEMENT ATTORNEY)
Finkelstein & Horvitz, P.C.
7315 Wisconsin Avenue
Suite 400 East
Bethesda, MD 20814
    Defendant,

**FINKELSTEIN & HORVITZ, P.C.**
**(SETTLEMENT ATTORNEYS)**
7315 Wisconsin Ave., N.W.
Suite 400 East
Bethesda, MD 20814
   Defendant.

## ORDER

Given Ms. Forti's current incapacity, this Court will not rule on defense counsel's memorandum 65 until Ms. Forti recovers her cognitive functions and has an opportunity to respond to the memorandum. The three months will be calculated from the date of the order. Forti's motion is hereby GRANTED.

                _____
                Judge James Robertson

Please serve the following parties:

Carol A. Forti
14 West Chapman Street
Alexandria, VA 22301

George Masson , Jr.
Hamilton and Hamilton LLP
1900 M Street N.W. Suite 410
Washington, D.C. 20036-3235

Richard Agulia
Hunton & Williams, LLP
1900 K Street, N.W., Suite 1200
Washington, D.C. 20006

Nathan Finkelstein
Finkelstein & Horvitz P.C.
7315 Wisconsin Avenue
Suite 400 East
Bethesda, Maryland 20814