RECEIVED
JAN - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAROL A. FORTI,
14 West Chapman Street
Alexandria, VA 22301
703.535.5449
   Plaintiff

v.

Civil Action No. 1:06CV00613 JR

GEORGE MASSON, JR. (COUNSEL TO
 W.C. & A.N. MILLER)
Hamilton and Hamilton LLP
1900 M Street, N.W.—Suite 410
Washington, D.C. 20036-3532
   Defendant


HAMILTON AND HAMILTON LLP (COUNSEL TO
 W.C. & A.N. MILLER)
1900 M Street, N.W.—Suite 410
Washington, D.C. 20036-3532
   Defendant,

RICHARD AGULIA
(COUNSEL TO CHONG AND ZANFORLIN)
Hunton & Williams, LLP
1900 K Street, N.W.
Washington, D.C. 20006
   Defendant,

JEFFREY HARDIE
(COUNSEL TO CHONG AND ZANFORLIN)
Hunton & Williams, LLP
1900 K Street, N.W.
Washington, D.C. 20006
   Defendant,

NATHAN FINKELSTEIN
(SETTLEMENT ATTORNEY)
Finkelstein & Horvitz, P.C.
7315 Wisconsin Avenue
Suite 400 East
Bethesda, MD 20814
   Defendant,

**FINKELSTEIN & HORVITZ, P.C.**
**(SETTLEMENT ATTORNEYS)**
7315 Wisconsin Ave., N.W.
Suite 400 East
Bethesda, MD 20814
    Defendant.

## MOTION TO GRANT PLAINTIFF TIME TO RECOVER FROM DEEP DEPRESSION AND SEVERE ANXIETY

By motion, plaintiff Forti advised the Court on 12/06/06 that she was seriously ill with deep depression and anxiety, which have had debilitating effects on her cognitive functions. Her motion was supported by a letter from Richard Greenberg, her psychiatrist and psychopharmacologist. In Dr. Greenberg's opinion, Ms. Forti is "incompetent to participate in any legal proceeding until her condition improves." The stress and anxiety in Forti's life is not limited to this case. Ms. Forti's illness began early in November. She was not competent to respond to any of defense counsel's pleadings through November and December. She realizes that she should have informed the Court sooner about her illness. She is not asking the Court to postpone the post-judgment motions indefinitely. She seeks a period of three months in which to recover her cognitive functions. Granting this stay would not prejudice the defendant counsel.

Given Ms. Forti's incapacity, it would be wrong for the Court to rule on defense counsel's memorandum 65 until Ms. Forti recovers her cognitive functions and has an opportunity to respond to the memorandum.

The defendant attorneys do not consent to this motion.

Respectfully submitted,

Carol A. Forti

Plaintiff <u>pro</u> <u>se</u>  
14 West Chapman Street  
Alexandria, VA 22301  
703.535.5449

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I served George Masson, Jr., Richard Agulia and Jeffrey Hardie, and Nathan Finkelstein on January ___, 2007, with a copy of this Motion.

                                       _/s/ Carol A. Forti_  
                                           Carol A. Forti

## AFFIDAVIT OF CAROL A. FORTI

I, Carol A. Forti, have been diagnosed with a deep-seated depression and anxiety by psychiatrist and psychopharmacologist Richard Greenberg. I have been subject to severe stress, and, as a result, my brain has "shut down." The feeling is that a fog has descended over my brain, and I do not think clearly. I am not able to perform higher cognitive functions. I am not even able to read the newspaper. The words on the page do not mean anything to me. I can not remember what I read. When I am subjected to stress, I become very confused. My memory is seriously deficient. According to Dr. Greenberg, it can take about 3 months to regain the use of one's higher cognitive functions after experiencing deep depression and anxiety. The remedy is to eliminate as much stress as possible. I seek three months in which to recover and be able to respond to opposing counsel.

Then came Carol Forti who swore under the pains and penalties of perjury that the foregoing statements are true and accurate.

_____
Carol A. Forti

COUNTY/CITY OF Alexandria
COMMONWEALTH OF VIRGINIA
The foregoing instrument was acknowledged before me this 4 day of January, 20 07
by Carol A. Forti
(name of person seeking acknowledgement)

Notary Public
My Commission Expires: March 31, 2010

_____
Notary Public