UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAROL A. FORTI,
14 West Chapman Street
Alexandria, VA 22301
703.535.5449
      Plaintiff
v.

Civil Action No. 1:06CV00613 JR

GEORGE MASSON, JR. (COUNSEL TO
   W.C. & A.N. MILLER)
Hamilton and Hamilton LLP
1900 M Street, N.W.—Suite 410
Washington, D.C. 20036-3532
      Defendant

HAMILTON AND HAMILTON LLP (COUNSEL TO
   W.C. & A.N. MILLER)
1900 M Street, N.W.—Suite 410
Washington, D.C. 20036-3532
      Defendant,

RICHARD AGULIA
(COUNSEL TO CHONG AND ZANFORLIN)
Hunton & Williams, LLP
1900 K Street, N.W.
Washington, D.C. 20006
      Defendant,

JEFFREY HARDIE
(COUNSEL TO CHONG AND ZANFORLIN)
Hunton & Williams, LLP
1900 K Street, N.W.
Washington, D.C. 20006
      Defendant,

NATHAN FINKELSTEIN
(SETTLEMENT ATTORNEY)
Finkelstein & Horvitz, P.C.
7315 Wisconsin Avenue
Suite 400 East
Bethesda, MD 20814
      Defendant,

**FINKELSTEIN & HORVITZ, P.C.**
**(SETTLEMENT ATTORNEYS)**
7315 Wisconsin Ave., N.W.
Suite 400 East
Bethesda, MD 20814
       Defendant.

## ORDER

Given the fact that Ms. Forti is seriously ill with depression and anxiety which are having a debilitating effect on her cognitive functions, the Court has decided to stay the case for three months until she can recover those functions. The three months will be dated from the date of this order. Ms. Forti's motion is hereby GRANTED.

                                                        Judge James Robertson

Please serve the following parties:

Carol A. Forti
14 West Chapman Street
Alexandria, VA 22301

George Masson , Jr.
Hamilton and Hamilton LLP
1900 M Street N.W. Suite 410
Washington, D.C. 20036-3235

Richard Agulia
Hunton & Williams, LLP
1900 K Street, N.W., Suite 1200
Washington, D.C. 20006

Nathan Finkelstein
Finkelstein & Horvitz P.C.
7315 Wisconsin Avenue
Suite 400 East
Bethesda, Maryland 20814