UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAROL A. FORTI,
14 West Chapman Street
Alexandria, VA 22301
703.535.5449
      Plaintiff                    Civil Action No. 1:06CV00613
v.                                             JR

GEORGE MASSON, JR. (COUNSEL TO
   W.C. & A.N. MILLER)
Hamilton and Hamilton LLP
1900 M Street, N.W.—Suite 410
Washington, D.C. 20036-3532
      Defendant


HAMILTON AND HAMILTON LLP (COUNSEL TO
   W.C. & A.N. MILLER)
1900 M Street, N.W.—Suite 410
Washington, D.C. 20036-3532
      Defendant,

RICHARD AGULIA
(COUNSEL TO CHONG AND ZANFORLIN)
Hunton & Williams, LLP
1900 K Street, N.W.
Washington, D.C. 20006
      Defendant,

JEFFREY HARDIE
(COUNSEL TO CHONG AND ZANFORLIN)
Hunton & Williams, LLP
1900 K Street, N.W.
Washington, D.C. 20006
      Defendant,

NATHAN FINKELSTEIN
(SETTLEMENT ATTORNEY)
Finkelstein & Horvitz, P.C.
7315 Wisconsin Avenue
Suite 400 East
Bethesda, MD 20814
      Defendant,

RECEIVED
JAN - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FINKELSTEIN & HORVITZ, P.C.
(SETTLEMENT ATTORNEYS)
7315 Wisconsin Ave., N.W.
Suite 400 East
Bethesda, MD 20814
    Defendant.

## MOTION BY FORTI ASKING THE COURT TO GIVE HER THREE MONTHS TO REGAIN HER COGNITIVE FUNCTIONS

Forti asks this Court to give her three months to regain her cognitive functions so that she can participate in this trial. Any deficiencies in Forti's pleading should be attributed to the fact that she is not thinking clearly and is finding it very difficult to draft this pleading. Forti should neither be forced to hire counsel or seek the appointment of a conservator. A stay of three months will not prejudice the defendant attorneys.

The defendant attorneys do not consent to this motion.

Respectfully submitted,

Carol A. Forti
Plaintiff pro se
14 West Chapman Street
Alexandria, VA 22301
703.535.5449

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I served George Masson, Jr., Richard Agulia and Jeffrey Hardie, and Nathan Finkelstein on January 5, 2007 with a copy of this Motion.

Carol A. Forti

2

## AFFIDAVIT OF CAROL A. FORTI

I, Carol A. Forti, have been diagnosed with a deep-seated depression and anxiety by psychiatrist and psychopharmacologist Richard Greenberg. I have been subject to severe stress, and, as a result, my brain has "shut down." The feeling is that a fog has descended over my brain, and I do not think clearly. I am not able to perform higher cognitive functions. I am not even able to read the newspaper. The words on the page do not mean anything to me. I can not remember what I read. When I am subjected to stress, I become very confused. My memory is seriously deficient. According to Dr. Greenberg, it can take about 3 months to regain the use of one's higher cognitive functions after experiencing deep depression and anxiety. The remedy is to eliminate as much stress as possible. I seek three months in which to recover and be able to respond to opposing counsel.

Then came Carol Forti who swore under the pains and penalties of perjury that the foregoing statements are true and accurate.

_____
Carol A. Forti

COUNTY/CITY OF Alexandria
COMMONWEALTH OF VIRGINIA
The foregoing instrument was acknowledged before me this 4 day of January, 20 07
by Carol A Forti
(name of person seeking acknowledgement)

_____
Notary Public
My Commission Expires: March 31, 2010

_____
Notary Public