UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. FORTI, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-0613 (JR) |
| W.C. & A.N. MILLER DEVELOPMENT CO., *et al.*, | : |
| Defendants. | : |

### ORDER

Plaintiff's repetitive motions to stay proceedings and for extensions of time recite her inability to participate further in this litigation. It was the plaintiff who initiated the latest round of motions, with her motion [55] for reconsideration of my order [54] imposing Rule 11 sanctions upon her. The responses of counsel to my notice [56] indicate plainly that, if anything, the assessment of $15,000 against plaintiff was considerably <u>less</u> than it would be if the current round of briefing were completed and the sanction reassessed. It is in the interest of justice to foreclose any further briefing of the sanction question and bring this matter to a close, and it is accordingly **ORDERED** that plaintiff's motion for reconsideration [55] is **denied**, that the joint motion of defendants to alter judgment [57] is **denied**, and that plaintiff's various motions to

stay, for extensions of time, etc. [64, 66, 67, 68] are **denied as moot.**

                                        JAMES ROBERTSON
                                   United States District Judge